1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

2

3   BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division

4   MATTHEW A. PARRELLA (NYSBN 2040855)
    JEFFREY D. NEDROW (CSBN 161299)

5   JEFFREY R. FINIGAN (CSBN 168285)
    Assistant United States Attorneys

6
      150 Almaden Blvd., Suite 900
7     San Jose, CA 95113
      Telephone: (408) 535-5061
8     FAX: (408) 535-5066
      matthew.parrella@usdoj.gov
9     jeff.nedrow@usdoj.gov
      jeffrey.finigan@usdoj.gov

10

11
    Attorneys for Plaintiff

12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16
    UNITED STATES OF AMERICA,        )    No. CR 04-0044 SI
17                                    )
              Plaintiff,              )
18                                    )    **GOVERNMENT'S NOTICE OF**
          v.                          )    **RELATED CASES**
19                                    )
    VICTOR CONTE, JR., et al.,        )
20                                    )
              Defendants.             )
21                                    )
                                      )
22   UNITED STATES OF AMERICA,        )    No. CR 07-0732 WHA
                                      )
23            Plaintiff,              )
                                      )
24        v.                          )
                                      )
25   BARRY LAMAR BONDS,               )
                                      )
26            Defendant.              )
                                      )
27                                    )

28

    Notice of Related Cases

1     The government hereby files notice pursuant to Crim. L.R.8-1 that the newly-assigned

2 case, <u>United States v. Barry Lamar Bonds</u>, No. CR 07-0732 WHA and <u>United States v. Victor</u>

3 <u>Conte, et al.</u>, No. CR 04-0044 SI are related, and the new matter, which has been assigned to the

4 Honorable William H. Alsup, United States District Court Judge, may be reassigned to the

5 Honorable Susan Illston, United States District Court Judge, who presided over the earlier-filed

6 matter.  Mr. Bonds is scheduled to make his initial appearance on the indictment on December 7,

7 2007, at 9:30 a.m. before the Honorable Maria-Elena James, United States Magistrate Judge.

8     A federal criminal investigation ("the criminal investigation") commenced in the Northern

9 District of California concerning the distribution of anabolic steroids and other illegal

10 performance-enhancing drugs and the related money laundering of proceeds from said

11 distributions centered around Balco Laboratories, Inc. ("Balco"), a California corporation

12 performing blood-testing, among other functions, located in Burlingame, California.  The criminal

13 investigation also included investigating potential instances of perjury and false statements to

14 government agencies made by various witnesses who were interviewed by federal agents and who

15 testified before the grand jury.  The Internal Revenue Service - Criminal Investigation Division

16 ("IRS-CID") was the lead investigative agency throughout the course of the criminal

17 investigation.

18     As a result of the criminal investigation, a Grand Jury in the Northern District of

19 California returned the indictment in <u>United States v. Victor Conte, et al.</u>, which case was litigated

20 over the course of almost two years before Judge Illston.  As another result of the criminal

21 investigation, a Grand Jury in the Northern District of California also returned an indictment in

22 <u>United States v. Patrick Arnold</u>, CR No: 05-00703 SI.  The Arnold indictment was originally

23 assigned to the Honorable Maxine M. Chesney, United States District Court Judge, so the

24 government filed a Notice of Related Cases requesting the Arnold indictment be reassigned to

25 Judge Illston.  Judge Illston subsequently issued an order relating the Arnold indictment to the

26 Conte, et al. indictment and the Arnold indictment was thereafter litigated before Judge Illston.

27     Following this, an indictment was returned by a Grand Jury in the Northern District of

28 California charging Trevor Graham with violations of 18 USC § 1001 (false statements to federal

1   agents) by making three separate false statements to IRS-CID agents on June 8, 2004, during an

2   interview the agents conducted as part of the criminal investigation that led to the Conte, et al. and

3   Arnold indictments.  United States v. Trevor Graham, CR No: 06-0725 SI, was originally

4   assigned to the Honorable Phyllis J. Hamilton, United States District Court Judge, so the

5   government filed a Notice of Related Cases requesting the Graham indictment be reassigned to

6   Judge Illston.  Judge Illston subsequently issued an order relating the Graham indictment to the

7   Conte, et al. indictment and the Graham indictment is currently being litigated before Judge

8   Illston.

9        On November 14, 2006, an indictment was returned by a Grand Jury in the Northern

10  District of California charging Tammy A. Thomas with violations of 18 USC § 1623(a) - Perjury,

11  and 18 USC § 1503 - Obstruction of Justice, arising from her giving false testimony before the

12  Grand Jury on November 6, 2003, also as part of the criminal investigation that led to the Conte,

13  et al. and Arnold indictments.   United States v. Tammy A. Thomas, CR No: CR-06-0803-SI, was

14  originally assigned to the Judge Illston, United States District Court Judge, so the government did

15  not file a Notice of Related Cases, and the Thomas indictment is currently being litigated before

16  Judge Illston.

17       On November 15, 2007, an indictment was returned by a Grand Jury in the Northern

18  District of California charging Barry Lamar Bonds with violations of 18 USC § 1623(a) - Perjury,

19  and 18 USC § 1503 - Obstruction of Justice, arising from his giving false testimony before the

20  Grand Jury on December 4, 2003, as part of the criminal investigation that led to the Conte, et al.

21  and Arnold indictments.

22       One of the elements of each perjury charge against Bonds is that his false statements were

23  material to the Balco/Arnold criminal investigation.  Both actions potentially concern the same

24  defendants because one or more of the defendants in the Conte, et al., matter could be witnesses in

25  the Bonds matter.  The matters also concern many of the same events, occurrences, and

26  transactions.  For example, other athletes who used the same distributor of illegal performance-

27  enhancing drugs were also linked to the Balco/Arnold criminal investigation, and relevant

28  evidence in the Bonds matter was located during the execution of search warrants during the

 Notice of Related Cases                    3

1    Balco/Arnold criminal investigation.  A substantial amount of discovery in the Bonds matter may

2    come from the Balco/Arnold criminal investigation.

3         Thus, to the extent issues related to discovery and trial are raised, Judge Illston will be

4    uniquely suited to address them.  Judge Illston's comprehensive familiarity with the background

5    of the very lengthy and complex underlying investigation, during the course of which Bonds

6    committed the offenses charged, will enable her to efficiently oversee the case.  If conducted

7    before a different Judge of this Court, the new action will entail a substantial and unduly

8    burdensome duplication of labor and unnecessary expenditure of Court resources.  Assignment of

9    the new Bonds matter to Judge Illston is therefore likely to conserve judicial resources and

10   promote an efficient determination of the action.

11        Accordingly, the United States respectfully requests the Court to order that the newly-filed

12   action of CR 07-0732 WHA is related to the previously filed matter in CR 04-0044 SI and is

13   therefore reassigned to Judge Illston.

14

15   DATED:  November 15, 2007                    Respectfully submitted,

16                                               SCOTT N. SCHOOLS
                                                 United States Attorney

17

18                                                Jeffrey R. Finigan
                                                 MATTHEW A. PARRELLA
19                                               JEFFREY D. NEDROW
                                                 JEFFREY R. FINIGAN
20                                               Assistant United States Attorneys

21

22

23

24

25

26

27

28

Notice of Related Cases                    4