IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

BONDS,

        Defendant.

No. C 07-00732SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the trial setting conference conducted by Judge Susan Illston will immediately follow Magistrate-Judge James' arraignment at 9:00 a.m. Please report to Courtroom #10, on the 19th Floor.

Dated: December 3, 2007

RICHARD W. WIEKING, Clerk

*/s/ Tracy Sutton*

Tracy Sutton
Deputy Clerk