SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorneys

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                    )<br>                                                                )<br>         Plaintiff,                                          )<br>                                                                )<br>                                                                )<br>     v.                                                        )<br>                                                                )<br>                                                                )<br>BARRY LAMAR BONDS,                        )<br>                                                                )<br>         Defendant.                                       )<br>_____) | Criminal No. CR 07-0732 SI<br><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |

The above-captioned matter came before the Court on December 7, 2007, for initial appearance. The defendant was represented by Allen Ruby, Esq., and others, and the government was represented by Matthew Parrella, Assistant United States Attorney, and others. The matter was continued to February 7, 2007, at 9:00 a.m. in this Court for status.

The Court made a finding that the time from and including December 7, 2007, through February 7, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0732 SI

because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until February 7, 2007, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: December 12, 2007                    /s/
                                            ALLEN RUBY
                                            Counsel for Barry L. Bonds


DATED: December 12, 2007                    /s/
                                            JEFFREY FINIGAN
                                            Assistant U.S. Attorney

So ordered.

DATED:
                                            SUSAN ILLSTON
                                            UNITED STATES DISTRICT COURT JUDGE