**United States District Court**
**For the Northern District of California**

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4  USA,                                                                No. C 07-00732SI
5          Plaintiff,                           **NOTICE**
6    v.
7  BONDS,
8          Defendant.
                                          /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the hearing re: attorney conflict will be held on Friday, December 21, 2007, at 11:00 a.m. in Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: 12/19/07December 19, 2007                                    RICHARD W. WIEKING, Clerk

                                                                                         Tracy Sutton
                                                                                        Deputy Clerk