```
 1  ALLEN RUBY, SB #47109
    LAW OFFICES OF ALLEN RUBY
 2  125 South Market Street, Suite 1500
    San Jose, CA 95113-2379
 3  Telephone: 408 998-8500
    Facsimile: 408-998-8503
 4
    CRISTINA C. ARGUEDAS, SB #87787
 5  TED W. CASSMAN, SB #98932
    ARGUEDAS, CASSMAN & HEADLEY
 6  803 Hearst Avenue
    Berkeley, CA 94710
 7  Telephone: 510-845-3000
    Facsimile: 510-845-3003
 8
    DENNIS P. RIORDAN, SB # 69320
 9  DONALD M. HORGAN, SB #121547
    RIORDAN & HORGAN
10  523 Octavia Street
    San Francisco, CA 94102
11  Telephone: 415-431-3472
    Facsimile: 415-552-2703
12
    Attorneys for Defendant
13  BARRY BONDS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 07-0732 SJ |
|---|---|
| Plaintiffs, | ) WAIVER OF DEFENDANT'S RIGHT |
| vs. | ) TO BE PRESENT [Rule 43(b), Fed. |
| BARRY LAMAR BONDS, | ) Rules Crim. Pro.] |
| Defendants | ) |

Pursuant to Rule 43(b)(3), Fed. Rules Crim. Pro., I hereby waive my right to be present at any hearing involving only a conference or hearing on a question of law. This waiver specifically includes the hearing currently scheduled for February 8, 2008, at 11:00

1

1 | a.m., subject to any further order of the Court.
2 | DATED: December 3¹, 2007

_____
Defendant Barry Lamar Bonds

6 | Approved: JAN 2, 2008

_____
Allen Ruby, Attorney for
Defendant Bonds

J:\Bonds\P\Appearance waiver.doc