| | |
|---|---|
| ALLEN RUBY, SB #47109<br>LAW OFFICES OF ALLEN RUBY<br>125 South Market Street, Suite 1500<br>San Jose, CA 95113-2379<br>Telephone: 408 998-8500<br>Facsimile: 408-998-8503 | CRISTINA C. ARGUEDAS, SB #87787<br>TED W. CASSMAN, SB #98932<br>ARGUEDAS, CASSMAN & HEADLEY<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: 510-845-3000<br>Facsimile: 510-845-3003 |
| DENNIS P. RIORDAN, SB # 69320<br>DONALD M. HORGAN, SB #121547<br>RIORDAN & HORGAN<br>523 Octavia Street<br>San Francisco, CA 94102<br>Telephone: 415-431-3472<br>Facsimile: 415-552-2703 | MICHAEL RAINS, SB #91013<br>RAINS, LUCIA & WILKINSON, LLP<br>2300 Contra Costa Blvd., Suite 230<br>Pleasant Hill, CA 94523<br>Telephone: 925-609-1699<br>Facsimile: 925-609-1690 |

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>    Defendants | Case No.: CR 07-0732 SI<br><br>DECLARATION OF BARRY LAMAR BONDS RE INQUIRY INTO POTENTIAL CONFLICT OF INTEREST |

I, BARRY LAMAR BONDS, declare:

1. I am the defendant in this action.

2. I make this declaration from my personal knowledge.

3. Before retaining Mr. Allen Ruby as one of my attorneys, Mr. Ruby disclosed to me that he had previously represented Dr. Arthur Ting. Mr. Ruby also advised me of my right to seek independent legal counsel in respect to any conflict of interest issues.

4. Before I retained Ms. Cristina Arguedas as one of my attorneys, she advised me that she and her colleague, Mr. Ted Cassman, had previously represented Mr. Tim

1

1 | Montgomery, Mr. Chris Cooper, Mr. Chris Heatherington, and Mr. Tyrone Wheatley. Ms.
2 | Arguedas also advised me of my right to seek independent legal advice concerning any
3 | conflict of interest issues.
4 |     5.    I understand that Mr. Ruby has a continuing duty of loyalty to his former
5 | client, Dr. Ting, which could affect Mr. Ruby's ability to cross-examine Dr. Ting, and could
6 | possibly impair my defense in the present action.
7 |     6.    I understand that Ms. Arguedas and Mr. Cassman have continuing duties of
8 | loyalty to their former clients, Mr. Tim Montgomery, Mr. Chris Cooper, Mr. Chris
9 | Heatherington, and Mr. Tyrone Wheatley, which could affect their ability to cross-examine
10 | them at trial, and could possibly impair my defense in the present action.
11 |     7.    In connection with Mr. Ruby's prior representation of Dr. Ting, and Ms.
12 | Arguedas and Mr. Cassman's prior representation of Mr. Tim Montgomery, Mr. Chris
13 | Cooper, Mr. Chris Heatherington, and Mr. Tyrone Wheatley, I have received independent
14 | legal advice from Mr. Michael Rains, who has represented me for several years.
15 |     8.    I choose to make a knowing and voluntary waiver of any conflict of interest
16 | arising from Mr. Ruby's prior representation of Dr. Ting, and I choose to have Mr. Ruby
17 | represent me in the present case.
18 |     9.    I choose to make a knowing and voluntary waiver of any conflict of interest
19 | arising from Ms. Arguedas and Mr. Cassman's prior representation of Mr. Tim
20 | Montgomery, Mr. Chris Cooper, Mr. Chris Heatherington, and Mr. Tyrone Wheatley, and I
21 | choose to have Ms. Arguedas and Mr. Cassman represent me in the present case.
22 | I declare under penalty of perjury under the laws of the State of California that the
23 | foregoing is true and correct.
24 | Executed this _31_ day of _Dec_ at _Colorado_ , _____
25 |
26 | [signature]
27 | BARRY LAMAR BONDS
28 | I:\Bonds\P\Bonds Decl.doc