1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   MATTHEW A. PARRELLA  (NYSBN #2040855)
    JEFFREY D. NEDROW (CSBN #161299)
5   JEFFREY R. FINIGAN (CSBN #168285)
    Assistant United States Attorneys
6
    150 Almaden Blvd., Suite 900
7   San Jose, CA 95113
    Telephone: (408) 535-5045
8   Facsimile:  (408) 535-5066
    Email: jeff.nedrow@usdoj.gov
9       Email: email address@usdoj.gov

10  Attorneys for Plaintiff

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15
    UNITED STATES OF AMERICA,        )    No. CR 07-0732-SI
16                                   )
            Plaintiff,               )
17                                   )
        v.                           )    **NOTICE OF ADDITION OF COUNSEL**
18                                   )
    BARRY BONDS,                     )
19                                   )
            Defendant.               )
20  _____)

21

22          The United States Attorney's Office hereby files this Notice of Addition of Counsel to

23  advise the court and counsel that Assistant United States Attorney ("AUSA") Jeff Nedrow is also

24  assigned to this case.  Accordingly, the government respectfully requests that future ECF notices

25  //

26  //

27  //

28

    NOTICE OF ADDITION OF COUNSEL
    [CR 07-0732-SI]

1    be sent to AUSA Nedrow (as well as AUSA's Parrella and Finigan) at the email address of

2    jeff.nedrow@usdoj.gov.

3

4    DATED: January 8, 2008                    Respectfully submitted,

5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
6

7                                              _____/s/_____

8                                              JEFFREY R. FINIGAN
                                               Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ADDITION OF COUNSEL
[CR 07-0732-SI]