ALLEN RUBY, (SBN 47109)
Law Offices of Alan Ruby
125 S Market St #1001
San Jose, CA 95113-2285
Phone: (408) 998-8500

CRISTINA C. ARGUEDAS (SBN 87787)
TED CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000

DENNIS RIORDAN (SBN 69320)
DONALD HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia St
San Francisco, CA 94102
Phone: (415) 431-3472

Attorneys for Defendant
BARRY LAMAR BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-0732 SI |
| Plaintiff, | |
| vs. | STIPULATION TO VACATE STATUS CONFERENCE |
| BARRY LAMAR BONDS, | |
| Defendants. | |

It is hereby stipulated by and between the parties that the status conference currently scheduled for February 8, 2008, should be vacated and that the motions date, February 29, 2008 at 11:00 a.m. should also be on for status conference. The parties further agree that Mr. Bonds' presence should be excused pursuant to Rule 43(b)(3),

1

Fed. Rules Crim. Pro., upon the filing of a written waiver by Mr. Bonds, and that there is excludable time through February 29, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(F), due to the pending motion.

DATED: February 5, 2008

          /s/
Allen Ruby, Attorney for Defendant Bonds

DATED: February 5, 2008

          /s/
Matthew A. Parrella, Assistant U.S. Attorney

2