1   ALLEN RUBY, (SBN 47109)
    Law Offices of Alan Ruby
2   125 S Market St #1001
    San Jose, CA 95113-2285
3   Phone: (408) 998-8500

4   CRISTINA C. ARGUEDAS (SBN 87787)
    TED CASSMAN (SBN 98932)
5   ARGUEDAS, CASSMAN & HEADLEY, LLP
    803 Hearst Avenue
6   Berkeley, CA 94710
    Phone: 510.845.3000

7

    DENNIS RIORDAN (SBN 69320)
8   DONALD HORGAN (SBN 121547)
    RIORDAN & HORGAN
9   523 Octavia St
    San Francisco, CA 94102
10  Phone: (415) 431-3472

11  Attorneys for Defendant
    BARRY LAMAR BONDS

12

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO VENUE

17

18  UNITED STATES OF AMERICA,                    NO. CR 07-0732 SI

19          Plaintiff,
                                                 ORDER [PROPOSED]
20  vs.                                          VACATING STATUS
                                                 CONFERENCE
21  BARRY LAMAR BONDS,

22          Defendants.
    _____/

23

24      Based upon the parties' stipulation and good cause appearing therefor, it is

25  ORDERED that the status conference on February 8, 2008 is vacated.  It is further

26  ordered that the calendar reflect that the case is on for both motions hearing and status

27  conference on February 29, 2008, and that Mr. Bonds' presence is waived pursuant to

28                                          1

1   Rule 43(b)(3), Fed. Rules Crim. Pro. It is further ordered that, prior to the date of the

2   motions hearing, the defense shall file a written waiver, executed by Mr. Bonds, of his

3   right to be present at the motions hearing.  It is further ordered that there is excludable

4   time through February 29, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(F) due to the

5   pending motion.

6   DATED: February 6  , 2008

7

8                                                              Susan Illston, Judge
                                                               United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                               2