1  ALLEN RUBY, SB #47109
   LAW OFFICES OF ALLEN RUBY
2  125 South Market Street, Suite 1500
   San Jose, CA 95113-2379
3  Telephone: 408 998-8500
   Facsimile:  408-998-8503
4
   CRISTINA C. ARGUEDAS, SB #87787
5  TED W. CASSMAN, SB #98932
   ARGUEDAS, CASSMAN & HEADLEY
6  803 Hearst Avenue
   Berkeley, CA 94710
7  Telephone:  510-845-3000
   Facsimile:  510-845-3003
8
   DENNIS P. RIORDAN, SB # 69320
9  DONALD M. HORGAN, SB #121547
   RIORDAN & HORGAN
10 523 Octavia Street
   San Francisco, CA 94102
11 Telephone:  415-431-3472
   Facsimile:  415-552-2703
12
   Attorneys for Defendant
13 BARRY BONDS

14

15

16            UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA

18             SAN FRANCSICO DIVISION

19
   UNITED STATES OF AMERICA,        )  Case No.: CR 07-0732 SI
20                                   )
            Plaintiffs,              )  WAIVER OF DEFENDANT'S RIGHT
21                                   )  TO BE PRESENT [Rule 43(b), Fed.
        vs.                          )  Rules Crim. Pro.]
22                                   )
   BARRY LAMAR BONDS,                )
23                                   )
            Defendants              )
24  _____ )

25

26       Pursuant to Rule 43(b)(3), Fed. Rules Crim. Pro., I hereby waive my right to be

27 present at any hearing involving only a conference or hearing on a question of law.  This

28 waiver specifically includes the hearing currently scheduled for February 29, 2008, at 11:00

                                                                              1

1    a.m., subject to any further order of the Court.

2    DATED: February 20, 2008

3

4

                        _____

5                          Defendant Barry Lamar Bonds

6    Approved:

7

8

                        _____

9                          Allen Ruby, Attorney for

10                         Defendant Bonds

11    I:\Bonds\P\Appearance2 waiver.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2