ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1500
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendants | Case No.: CR 07-0732 SI<br><br>WAIVER OF DEFENDANT'S RIGHT TO BE PRESENT [Rule 43(b), Fed. Rules Crim. Pro.] |

  Pursuant to Rule 43(b)(3), Fed. Rules Crim. Pro., I hereby waive my right to be present at any hearing involving only a conference or hearing on a question of law. This waiver specifically includes the hearing currently scheduled for February 29, 2008, at 11:00

1

1  a.m., subject to any further order of the Court.
2  DATED: February 20, 2008

_____
Defendant Barry Lamar Bonds

Approved:

_____
Allen Ruby, Attorney for
Defendant Bonds

I:\Bonds\P\Appearance2 waiver.doc

**IT IS SO ORDERED**
*Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2