1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)

5  JEFFREY R. FINIGAN (CASBN 168285)
   J. DOUGLAS WILSON (DCBN 412811)

6  Assistant United States Attorneys

7

      450 Golden Gate Avenue
8     San Francisco, California  94102
      Telephone: (415) 436-7232
9     Facsimile: (415) 436-7234
      Email: jeffrey.finigan@usdoj.gov

10

   Attorneys for Plaintiff

11

12                 UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,        )    Criminal No. CR 07-0732 SI
                                     )
17          Plaintiff,               )
                                     )
18                                   )    [PROPOSED] ORDER UNSEALING
                                     )    GRAND JURY TRANSCRIPT
19     v.                            )
                                     )
20  BARRY LAMAR BONDS,               )      corrected
                                     )
21          Defendant.               )
                                     )
22  _____ )

23

24         Pursuant to the Court's *sua sponte* request of the parties at the hearing in this matter on

25  today's date of February 29, 2008, to unseal certain material, and both parties consenting thereto,

26  the Court hereby **ORDERS** the grand jury transcript of Barry Bonds's December 4, 2003,

27  ///

28  ///


[PROPOSED]ORDER
CR 07-0732 SI

1    testimony before the grand jury, which was attached under seal to the United States' Response to

2    Defense Motion to Dismiss (PACER document #25), **UNSEALED**.
                                                    #32

3

4

5    DATED:    2/29/09        _____

                              SUSAN ILLSTON
6                             UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED]ORDER
CR 07-0732 SI                              2