**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 2/29/08

Case No.   CR-07-0732 SI            Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- BARRY L. BONDS (NC)(P)

Attorneys:  J. Nedro, M. Parella, D. Wilson, Finigan    A. Ruby, C. Arguedas,, M. Raines, T. Cassman, Riordan, Horgan

Deputy Clerk:  Tracy Sutton   Court Reporter: L. Zinn

**PROCEEDINGS**

1) Defts. Motion to Dismiss - HELD

2) _____
3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   (x)Court

Disposition : ( ) GRANTED, ( ) DENIED, (x) GRANTED/DENIED IN PART   ( ) SUBMITTED

Case continued to **3/21/08 @ 11:00** for Further Status/Trial Setting

Case continued to ___ for Motions
(Motion due , Opposition  Reply )

Case continued to ___ for Pretrial Conference

Case continued to ___ for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: ___
**Delay begins:  12/7/07      Delay ends: 2/7/08**
(              )

ORDERED AFTER HEARING:
Defendant's appearance maybe waived at the next hearing.