

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*150 Almaden Boulevard, Suite 900*      *DD: (408) 535-5061*
*San Jose, California  95113*      *FAX:(408) 535-5066*

March 19, 2008

The Hon. Susan Illston
United States District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

        Re: Government's Intent To Seek Superseding Indictment in
            <u>United States v. Bonds</u>
            CR 07-00732-SI

Dear Judge Illston:

        Pursuant to the Court's written order of March 4, 2008, we write to inform the Court and counsel that the government intends to seek a superseding indictment in this case.

                        Respectfully submitted,

                        JOSEPH P. RUSSONIELLO
                        United States Attorney

                        _____/s/_____
                        MATTHEW A. PARRELLA
                        JEFFREY D. NEDROW
                        JEFFREY R. FINIGAN
                        J. DOUGLAS WILSON
                        Assistant United States Attorneys

cc: Alan Ruby, Esq.