1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

10 Attorneys for Plaintiff

                  UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,    )   Criminal No. CR 07-0732 SI
                                )
            Plaintiff,          )
                                )
                                )   **STIPULATION AND [PROPOSED]**
       v.                       )   **ORDER EXCLUDING TIME**
                                )
                                )
   BARRY LAMAR BONDS,           )
                                )
            Defendant.          )
                                )

The above-captioned matter came before the Court on March 21, 2008.  The defendant was represented by Allen Ruby, Esq., and others, and the government was represented by Matthew Parrella, Assistant United States Attorney, and others.  The matter was continued to June 6, 2008, at 11:00 a.m. in this Court for status.

The Court made a finding that the time from and including March 21, 2008, through June 6, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0732 SI

ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial.  The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  The finding was also based upon the government's representation that it intends to seek a superseding indictment prior to June 6, 2008, and its request for a sufficient amount of time to accomplish that.

      The parties hereby agree to and request that the case be continued until June 6, 2008, and that the exclusion of time until then be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.  This time exclusion will also allow government counsel time to seek a superseding indictment.

DATED: April 1, 2008

                /s/
ALLEN RUBY
Counsel for Barry L. Bonds

DATED: April 1, 2008

                /s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0732 SI                          2