1 | ALLEN RUBY, SB #47109
  | LAW OFFICES OF ALLEN RUBY
2 | 125 South Market Street, Suite 1001
  | San Jose, CA 95113-2379
3 | Telephone: 408 998-8500
  | Facsimile: 408-998-8503
4 |
5 | CRISTINA C. ARGUEDAS, SB #87787
  | TED W. CASSMAN, SB #98932
  | ARGUEDAS, CASSMAN & HEADLEY
6 | 803 Hearst Avenue
  | Berkeley, CA 94710
7 | Telephone: 510-845-3000
  | Facsimile: 510-845-3003
8 |
9 | DENNIS P. RIORDAN, SB # 69320
  | DONALD M. HORGAN, SB #121547
  | RIORDAN & HORGAN
10 | 523 Octavia Street
   | San Francisco, CA 94102
11 | Telephone: 415-431-3472
   | Facsimile: 415-552-2703
12 |
13 | Attorneys for Defendant
   | BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 07-0732 SI |
|---|---|
| Plaintiffs, | ) DECLARATION OF BERRY L. BONDS |
| vs. | ) IN ACCORDANCE WITH COURT |
| | ) DIRECTION ON MARCH 21, 2008 |
| BARRY LAMAR BONDS, | ) |
| Defendants | ) |

I, BARRY L. BONDS, declare:

1. I am the defendant in this action.

2. In accordance with the direction of the Court at the March 21, 2008, hearing, I

1

1  affirm that I was fully aware prior to March 21, that (a) a court hearing was scheduled on
2  March 21, 2008 and (b) my personal presence at the hearing was excused.
3      3.    I am also aware that the Court has scheduled another hearing date in this
4  matter for June 6, 2008, at 11:00 a.m.
5      I declare under penalty of perjury that the foregoing is true and correct.
6  DATED: May 14, 2008

                                    _____
                                    Defendant Barry Lamar Bonds

11  I:\Bonds\P\Bonds Decl.doc

2