1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorneys
6
7  450 Golden Gate Avenue
   San Francisco, California  94102
8  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
9  Email: jeffrey.finigan@usdoj.gov

10 Attorneys for Plaintiff

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,         )   Criminal No. CR 07-0732 SI
                                     )
16          Plaintiff,                )
                                     )
17                                   )
                                     )   **STIPULATION AND [PROPOSED]**
18     v.                            )   **ORDER EXCLUDING TIME**
                                     )
19                                   )
   BARRY LAMAR BONDS,                )
20                                   )
            Defendant.               )
21 _____ )

22

23      The above-captioned matter came before the Court on June 6, 2008, for initial appearance

24 on the superseding indictment. The defendant was represented by Allen Ruby, Esq., and others,

25 and the government was represented by Matthew Parrella, Assistant United States Attorney, and

26 others. The matter was continued to March 2, 2009, at 9:00 a.m. in this Court for jury trial.

27      The Court made a finding that the time from and including June 6, 2008, through March

28 2, 2009, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0732 SI

1. ends of justice served by taking such action outweighed the best interest of the public and the
2. defendant in a speedy trial. The finding was based on the need for the defendant to have
3. reasonable time necessary for effective preparation, taking into account the exercise of due
4. diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

     The parties hereby agree to and request that the case be continued until March 2, 2009, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: June 9, 2008

        /s/
ALLEN RUBY
Counsel for Barry L. Bonds

DATED: June 9, 2008

        /s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE