ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendants | Case No.: CR 07-0732 SI<br><br>[PROPOSED] ORDER EXCUSING DEFENDANT'S PERSONAL PERSENCE AT CASE MANAGEMENT CONFERENCE<br><br>Date: August 29, 2008<br>Hon: Susan Illston |

Pursuant to the Waiver signed by defendant and his counsel, and good cause appearing,

IT IS HEREBY ORDERED that defendant Barry Lamar Bonds need not be

1 | personally present at the Case Management Conference in this matter on August 29, 2008.

3 | DATED: _____

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE