| | |
|---|---|
| ALLEN RUBY (SBN 47109)<br>LAW OFFICES OF ALLEN RUBY<br>125 South Market Street #1001<br>San Jose, CA 95113<br>Telephone: (408) 998-8500 ext. 204<br>Facsimile: (408) 998-8503 | CRISTINA C. ARGUEDAS (SBN 87787)<br>TED W. CASSMAN (SBN 98932)<br>ARGUEDAS, CASSMAN & HEADLEY, LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: (510) 845-3000<br>Facsimile: (510) 845-3003 |
| DENNIS P. RIORDAN (SBN 69320)<br>DONALD M. HORGAN (SBN 121547)<br>RIORDAN & HORGAN<br>523 Octavia Street<br>San Francisco, CA 94102<br>Telephone: (415) 431-3472<br>Facsimile: (415) 552-2703 | MICHAEL RAINS (SBN 91013)<br>RAINS, LUCIA & WILKINSON, LLP<br>2300 Contra Costa Blvd., Suite 230<br>Pleasant Hill, CA 94523<br>Telephone: (925) 609-1699<br>Facsimile: (925) 609-1690 |

Attorneys for Defendant
BARRY LAMAR BONDS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>　　　　Defendant. | Case No. CR 07 0732 SI<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS I, II, V, VII, VIII, IX, XI, XII, XIV, AND XV OF THE SUPERSEDING INDICTMENT; AND SUPPORTING MEMORANDUM**<br><br>Date:　October 24, 2008<br>Time:　11:00 a.m.<br>Judge:　The Honorable Susan Ilston |

TO:　JOSEPH RUSSONIELLO, UNITED STATES ATTORNEY; MATTHEW PARRELLA, JEFFREY NEDROW, AND JEFFREY FINIGAN, ASSISTANT UNITED STATES ATTORNEYS; AND THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that on Friday, October 24, 2008, at 11 a.m. in the Courtroom of the Honorable Susan Ilston, defendant BARRY LAMAR BONDS will move the Court for an order dismissing counts one, two, five, seven, eight, nine, eleven, twelve, fourteen, and fifteen of the superseding indictment filed on May 13, 2008.

/ /

1       This motion is founded on the present notice of motion; the accompanying memorandum
2  of points and authorities; the papers and records on file in the action; and on such oral and
3  documentary evidence as may be presented at the time of the hearing.

4  Dated: August 25, 2008                    Respectfully submitted,

5                                            LAW OFFICES OF ALLEN RUBY

6                                            ARGUEDAS, CASSMAN & HEADLEY, LLP

7                                            RAINS, LUCIA & WILKINSON, LLP

8                                            RIORDAN & HORGAN

9
10                                           By  /s/ Dennis P. Riordan
                                                    Dennis P. Riordan

11                                           By  /s/  Donald M. Horgan
12                                                     Donald M. Horgan

13                                           Counsel for Defendant
                                          Barry Lamar Bonds