JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0732 SI |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER VACATING AND RE-SETTING STATUS CONFERENCE** |
| | ) | |
| BARRY LAMAR BONDS, | ) | |
|    Defendant. | ) | |

     The above-captioned matter is set for status conference before the Court on August 29, 2008.  The defendant recently filed a Motion to Dismiss related to the superseding indictment and the hearing on that motion is set for October 24, 2008.  The parties do not have any other issues at this point in time to raise before the Court.  Accordingly, the parties hereby agree and respectfully request that the status conference on August 29, 2008, be vacated and re-set for October 24, 2008.  The parties further agree and respectfully request that the Court excuse the

STIPULATION AND [PROPOSED]
ORDER RE STATUS CONFERENCE
CR 07-0732 SI

personal presence of the defendant for the hearing on October 24, 2008, provided that he files a declaration waiving his attendance.

DATED: 8/27/2008

                /s/
ALLEN RUBY
Counsel for Barry L. Bonds

DATED: 8/27/2008

                /s/
JEFFREY FINIGAN
Assistant U.S. Attorney

    Based upon the parties' stipulation and for the good cause stated herein, the Court hereby ORDERS the status conference set for August 29, 2008, is VACATED and re-set for October 24, 2008, at 11:00 a.m., and that the defendant's personal presence for the hearing on October 24, 2008, is excused provided that he files a declaration waiving his attendance prior ro October 24, 2008.

DATED:

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE