ALLEN RUBY (SBN 47109)
LAW OFFICES OF ALLEN RUBY
125 South Market Street #1001
San Jose, CA 95113
Telephone: (408) 998-8500 ext. 204
Facsimile: (408) 998-8503

CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

MICHAEL RAINS (SBN 91013)
RAINS, LUCIA & WILKINSON, LLP
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Telephone: (925) 609-1699
Facsimile: (925) 609-1690

Attorneys for Defendant
BARRY LAMAR BONDS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>         Defendant. | Case No. CR 07 0732 SI<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE**<br><br>Date:  TBA<br>Time:  TBA<br>Judge:  The Honorable Susan Illston |

**TO: JOSEPH RUSSONIELLO, UNITED STATES ATTORNEY; MATTHEW PARRELLA, JEFFREY NEDROW, AND JEFFREY FINIGAN, ASSISTANT UNITED STATES ATTORNEYS; AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that on a date and time to be announced by the Court, in the Courtroom of the Honorable Susan Ilston, defendant BARRY LAMAR BONDS will move for an order excluding certain items of evidence proffered by the prosecution in this matter.

Defendant respectfully requests that hearing on this motion be placed on calendar for February 6, 2009.

/ /

Defendant's Notice of Motion
and Motion to Exclude Evidence

-1-

1   This motion is founded on the present notice of motion; the accompanying memorandum
2   of points and authorities; the papers and records on file in the action; and on such oral and
3   documentary evidence as may be presented at the time of the hearing.

4   Dated: January 15, 2009          Respectfully submitted,

5                                    LAW OFFICES OF ALLEN RUBY
6                                    ARGUEDAS, CASSMAN & HEADLEY, LLP
7                                    RAINS, LUCIA & WILKINSON, LLP
8                                    RIORDAN & HORGAN

9
10                                   By  /s/ Dennis P. Riordan
                                         Dennis P. Riordan
11                                   By  /s/  Donald M. Horgan
                                         Donald M. Horgan
12
                                     Counsel for Defendant
13                                   Barry Lamar Bonds

Defendant's Notice of Motion
and Motion to Exclude Evidence
                                      -2-