1   ALLEN RUBY (SBN 47109)                CRISTINA C. ARGUEDAS (SBN 87787)
    LAW OFFICES OF ALLEN RUBY            TED W. CASSMAN (SBN 98932)
2   125 South Market Street #1001        ARGUEDAS, CASSMAN & HEADLEY, LLP
    San Jose, CA 95113                   803 Hearst Avenue
3   Telephone: (408) 998-8500 ext. 204   Berkeley, CA 94710
    Facsimile: (408) 998-8503            Telephone: (510) 845-3000
4                                        Facsimile: (510) 845-3003

5   DENNIS P. RIORDAN (SBN 69320)        MICHAEL RAINS (SBN 91013)
    DONALD M. HORGAN (SBN 121547)        RAINS, LUCIA & WILKINSON, LLP
6   RIORDAN & HORGAN                     2300 Contra Costa Blvd., Suite 230
    523 Octavia Street                   Pleasant Hill, CA 94523
7   San Francisco, CA 94102              Telephone: (925) 609-1699
    Telephone: (415) 431-3472            Facsimile: (925) 609-1690
8   Facsimile: (415) 552-2703

9   Attorneys for Defendant
    BARRY LAMAR BONDS

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
    UNITED STATES OF AMERICA,          )   Case No. CR 07 0732 SI
15                                     )
                                       )   EXHIBITS A, B, AND C TO
16              Plaintiff,             )   DEFENDANT'S MOTION IN
                                       )   LIMINE TO EXCLUDE EVIDENCE
17                                     )
            vs.                        )
18                                     )
    BARRY LAMAR BONDS,                 )   Date:  TBA
19                                     )   Time:  TBA
                Defendant.             )   Judge: The Honorable Susan Illston
20

21

22

23

24

25

26

27              __EXHIBITS SUBMITTED__

28

## INDEX TO EXHIBITS PROFFERED
## FOR FILING UNDER SEAL

Exhibit A    December 12, 2008, correspondence from Allen Ruby to Jeffrey Finigan, Matthew
             Parella, and Jeffrey Nedrow

Exhibit B    December 26, 2008, correspondence from Jeffrey Finigan, Matthew Parella, and
             Jeffrey Nedrow to Allen Ruby

Exhibit C

1.      Laboratory Tests

2.a.    Calendars

2.b.    BALCO Log Sheets

2.c.    Handwritten Notes

# EXHIBIT A

LAW OFFICES OF

**ALLEN RUBY**

125 SOUTH MARKET STREET, SUITE 1001
SAN JOSE, CALIFORNIA 95113-2285

EMAIL: rubylaw@allenrubylaw.com
TELEPHONE: (408) 998-8500
FACSIMILE: (408) 998-8503

December 12, 2008

VIA EMAIL & HAND DELIVERY

Jeffrey R. Finigan, Esq.
Matthew A. Parrella, Esq.
Jeffrey D. Nedrow, Esq.
U.S. Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

### Re:    United States v Barry Bonds, No. CR 07-0732 SI

Gentlemen:

Pursuant to Paragraph 1 of the "Stipulation and Order for Pre-Trial Determination of Certain Evidentiary Issues" ("the Stipulation") Defendant hereby identifies evidence to which he will object if offered at trial. Although the Stipulation speaks to three categories of evidence, in an effort to be as specific as possible under the circumstances, we have further subdivided these categories – for example, documentary evidence is broken out into calendars, BALCO log sheets and handwritten notes.

We have also tried to be comprehensive in our objections, but if an item of evidence within one of the subdivisions below has escaped our notice, we would respectfully ask the Government to consider such item as among those to which the defense will object at trial, and to identify it in its response to this letter.

As the Stipulation recognizes, we can only object at this point to evidence which has been provided to us in discovery. The parties reserve their rights as to evidence discovered after this date.

Here are the categories and items to which we will object.

### 1.    Laboratory Tests.

All laboratory tests allegedly attributed to a urine or blood sample of Barry Bonds or to a sample from any client of Greg Anderson or BALCO. An example is a copy of a Quest Diagnostics Laboratory Test with I.D. No. 100121, appended as Exhibit A. Such tests include but are not limited to the following laboratory reports:

Jeffrey R. Finigan, Esq.
Matthew A. Parrella, Esq.
Jeffrey D. Nedrow, Esq.
December 12, 2008
Page 2

| Collection Date | Bates Stamp Number |
| --- | --- |
| February 25, 2000 | BB002898 |
| November 28, 2000 | BB000127 |
| January 19, 2001 | BB000145 |
| February 5, 2001 | BB000129 |
| February 19, 2001 | BB000131 |
| February 20, 2001 | BB002955 |
| July 7, 2001 | BB000133 |
| October 13, 2001 | BB000134 |
| November 8, 2001 | BB000135 |
| November 8, 2001 | BB000147 |
| November 8, 2001 | BB001585 |
| December 3, 2001 | BB001589 |
| January 8, 2002 | BB001593 |
| February 26, 2002 | BB002900 |
| April 12, 2002 | BB001595 |
| December 20, 2002 | BB000136 |
| February 6, 2003 | BB000138 |
| February 23, 2003 | BB002961 |
| Mary 28, 2003 | BB000753 - BB000815 |
| May 30, 2003 | BB000123 |
| June 4, 2003 | BB000712 - BB000723 |
| June 5, 2003 | BB000143 |
| August 31, 2003 | BB002047 |
| July 7, 2006 | BB001895 - BB001899 |

If the government seeks to admit any of these laboratory results into evidence we will object on grounds of relevancy (Rule 402), lack of foundation and lack of authentication (Rule 901), lack of chain of custody, hearsay (Rule 802), undue prejudice (Rule 403) and fundamental unreliability of the evidence under the Due Process Clause.

Jeffrey R. Finigan, Esq.
Matthew A. Parrella, Esq.
Jeffrey D. Nedrow, Esq.
December 12, 2008
Page 3

## 2. **Documentary Evidence**

### a. **Calendars.**

All calendars allegedly reflecting the activities of Barry Bonds or any client of Greg Anderson or BALCO that were seized from BALCO or from Greg Anderson. An example is appended as Exhibit B. These include but are not limited to the following items in discovery:

| Date | Bates Stamp Number |
|------|--------------------|
| December 2001 | BB000417, 12-246 |
| January 2002 | BB000418, 12-247 |
| January 2002 | BB000419, 12-248 |
| February 2002 | BB000420, 12-249 |
| February 2002 | BB000421, 12-250 |
| March 2002 | BB000422, 12-251 |
| April 2002 | 11-227 |
| May 2002 | 11-231 |
| June 2002 | 11-229 |
| September 2002 | BB000424 |
| November 2002 | BB000430 |
| November 2002 | BB000437 |
| December 2002 | BB000425 |
| December 2002 | BB000431 |
| December 2002 | BB000438 |
| January 2003 | BB000426 |
| January 2003 | BB000432 |
| January 2003 | BB000439 |
| January 2003 | BB000445 |
| February 2003 | BB000427 |
| February 2003 | BB000433 |
| February 2003 | BB000440 |
| February 2003 | BB000446 |
| April 2003 | BB000423, 12-252 |
| August 2003 | 11-223 |

Jeffrey R. Finigan, Esq.
Matthew A. Parrella, Esq.
Jeffrey D. Nedrow, Esq.
December 12, 2008
Page 4


If the government seeks to admit any of these calendars into evidence we will object on
grounds of relevancy (Rule 402), lack of foundation and lack of authentication (Rule 901),
hearsay (Rule 802), undue prejudice (Rule 403) and fundamental unreliability of the evidence
under the Due Process Clause.

### b.    BALCO Log Sheets

All internal BALCO documents allegedly recording (1) the receipt and/or transfer of
urine and/or blood samples and/or (2) the results of laboratory tests for urine or blood samples.
An example is appended as Exhibit C. These include but are not limited to the following items
in discovery:

Bates Stamp Numbers

BB000114-BB000118

If the government seeks to admit any of these internal BALCO documents into evidence
we will object on grounds of relevancy (Rule 402), lack of foundation and lack of authentication
(Rule 901), hearsay (Rule 802), undue prejudice (Rule 403) and fundamental unreliability of the
evidence under the Due Process Clause.

### c.    Handwritten Notes

All handwritten notations allegedly referring to Barry Bonds or to a client of Greg
Anderson or BALCO where the author (1) is unidentified and/or (2) is not expected to testify at
trial. An example is appended as Exhibit D. Such handwritten notes include but are not limited
to the following:

Bates Stamp Number

BB000113
23955 (11-202)
23826
23837
23844 (11-91)

4

Jeffrey R. Finigan, Esq.
Matthew A. Parrella, Esq.
Jeffrey D. Nedrow, Esq.
December 12, 2008
Page 5


If the government seeks to admit any of these handwritten notes into evidence we will object on grounds of relevancy (Rule 402), lack of foundation and lack of authentication (Rule 901), hearsay (Rule 802), undue prejudice (Rule 403) and fundamental unreliability of the evidence under the Due Process Clause.

## 3.    Opinion Evidence On the Effects of Anabolic Steroids and Human Growth Hormone

### a.    Opinion Evidence Concerning Steroids, THG, HGH, EPO, or Clomid

Any expert or lay opinion purporting to describe, whether as a general matter or as specifically attributable to Barry Bonds or another specific individual:

(A) the physical, mental, psychological, or emotional effects of anabolic steroids, tetrahydrogestrinone, human growth hormone, erythropoietin, methenolone, nandrolone, or clomiphene;

(B) the meaning or interpretation of any laboratory test on urine or blood; or

(C) the purpose or reason that a person or entity, such as BALCO, would  request a particular laboratory test on a sample of urine or blood.

Examples are found in the grand jury testimony of Donald Catlin and Lawrence Bowers.

Additionally, any expert or lay opinion purporting to support or explain:

(D) entries made on the calendars described in Section 2 above;

(E) entries on the internal BALCO documents described in Section 3 above, or

(F) the handwritten notes described in Section 4 above.

If the government seeks any such opinion into evidence we will object on the grounds that the evidence is not admissible under Rules 701 and 702. Where expert opinion is at issue, we will request a *Daubert* hearing.

5

Jeffrey R. Finigan, Esq.
Matthew A. Parrella, Esq.
Jeffrey D. Nedrow, Esq.
December 12, 2008
Page 6

### b. Witness Descriptions of Bonds' Physical, Behavioral and Emotional Characteristics

All testimony of percipient witnesses describing Barry Bonds' physical or emotional characteristics, or changes in his characteristics, (1) that the witness associates with the use of anabolic steroids or HGH and/or (2) that the government will argue was associated with the use of anabolic steroids or HGH.

This category includes but is not limited to a witness' alleged observation of acne on Bonds' back, testicle size or shrinkage, head size, hat size, hand size, foot size, sexual behavior, etc. Also included in this category are any alleged observations of angry or hostile behavior. Witnesses who have testified to or reported such observations include but are not limited to Kimberly Bell, Steven Hoskins and Stanley Conte.

If the government seeks to present testimony of a witness falling within this category, we will object on grounds of relevance (Rule 402), undue prejudice (Rule 403) lack of foundation and, where appropriate, improper opinion of a lay witness.

The following two categories of evidence are not specifically called out in the Stipulation. There are good arguments either way as to whether they should be addressed at this time. In the spirit of cooperation, we think the better course is to identify these items and apprise the Government of our objections, because we think the Court would appreciate an opportunity to have these issues briefed and heard well before trial.

### 4. Recorded Conversations in which Barry Bonds is not a Participant.

The discovery includes several tape-recorded conversations allegedly involving Steven Hoskins and others. In addition, the press has reported other conversations, including an alleged tape-recording of a phone conversation between Greg Anderson and Bobby McKercher.

If the government seeks to admit any of these recorded conversations into evidence we will object on grounds of relevancy (Rule 402), lack of foundation and lack of authentication (Rule 901), hearsay (Rule 802), unduly prejudicial (Rule 403) a violation of Title III and fundamental unreliability of the evidence under the Due Process Clause.

6

Jeffrey R. Finigan, Esq.
Matthew A. Parrella, Esq.
Jeffrey D. Nedrow, Esq.
December 12, 2008
Page 7

### 5. Phone Messages To Kim Bell

The discovery includes numerous voice mail messages allegedly left by Barry Bonds on Kimberly Bell's phone line. These voice mail messages include but are not limited to recordings found on a CD marked with bate stamp number B0109-1.

If the government seeks to introduce any of these recordings into evidence, we will object on grounds that the recordings are irrelevant (Rule 402) and unduly prejudicial (Rule 403).

Thank you.

Very Truly Yours,

ALLEN RUBY

AR:mg

cc:    Cristina Arguedas, Esq.
       Dennis Riordan, Esq.

Enclosures

I:\Bonds\C\Finigan Dec 12 08.doc

7

# EXHIBIT A

TO VICTOR CONTE          FROM 62760232          080EC00 150  T 366012QX  PAGE 2 OF 3

BATCH: 1

Quest Diagnostics Incorporated        BALCO (14059)
7470 Mission Valley Road              BALCO, LABORATORY
San Diego, CA 92108                  ATTN:  VICTOR CONTE
619.685.3000                         1520 GALBRETE RD
                                     BURLINGAME, CA 94010

Donor Name/ID    100121                              Date      Time
Accession #:     Y2455799                Collected: 11/28/2000
Donor ID/SSN:    NOT SPECIFIED           Received:  12/03/2000 10:52AM
Other ID:        NS                      Reported:  12/06/2000 12:06 PM
Contact Name:                            Status:    Final Report
Specimen Type:   URINE                   Request Type: Not Specified
Employer: NS
Collection Site: NOT SPECIFIED


ANABOLIC STEROID PANEL II
    DHEA                    10          ng/mL
    TESTOSTERONE            14.0        ng/mL
    EPITESTOSTERONE         10.5        ng/mL
    T/E RATIO               1.3
--------------------------------------------------------------------
T/E Ratio is considered positive at a value greater than 6.  The following
anabolic agents were tested:
Bolasterone                          Methandienone
Boldenone                            Mibolerone
Clenbuterol                          Nandrolone
Clostebol                            Norethandrolone/Ethylestrenol
Danazol                              Oxandrolone
Dromostanolone                       Oxymesterone
Dehydrochloromethyltestosterone      Oxymetholone
Dihydrotestosterone                  Stanozolol
Fluoxymesterone                      Stenbolone
Formebolone                          Trenbolone
Furazabol                            Probenecid (masking agent)
Masterolone                          Methyltestosterone
Methandriol                          Methenolone

and related compounds

ANABOLIC STEROIDS II
    BOLASTERONE             Neg
    BOLDENONE               Neg
    CLOSTEBOL               Neg


                          REPORT CONTINUED ON NEXT FORM/PAGE
CONTINUED REPORT                                              BATCH: 1

Quest Diagnostics Incorporated        BALCO (14059)
7470 Mission Valley Road              BALCO LABORATORY
San Diego, CA 92108                  ATTN:  VICTOR CONTE
619.686.3000                         1520 GALBRETE RD
                                     BURLINGAME, CA 94010

2

DD000127

Donor Name/ID       100121
Accession #:        Y2455799
Donor ID/SSN:       NOT SPECIFIED
Cther ID:           NS
Contact Name:
Specimen Type:      URINE
Employer: NS
Collection Site: NOT SPECIFIED

                                    Date       Time
Collected: 11/28/2000
Received:  12/02/2000 10:52AM
Reported:  12/06/2006 12:08 PM
Status:    Final Report
Request Type: Not Specified

```
DEHYDROCHLOROMETHYLTESTOSTERONE    Neg
ETHYLESTRENOL                      Neg
FLUOXYMESTERONE                    Neg
MESTEROLONE                        Neg
METHENOLONE                    ** POSITIVE **
METHYLTESTOSTERONE/METHANDRIOL     Neg
METHANDIENONE                      Neg
NANDROLONE                     ** POSITIVE **
NORETHANDROLONE/ETHYLESTRENOL      Neg
OXANDROLONE                        Neg
OXYMESTERONE                       Neg
OXYMETHOLONE                       Neg
STANOZOLOL                         Neg
STENBOLONE                         Neg
TRENBOLONE                         Neg
PROBENECID (MASKING AGENT)         Neg
CLENBUTEROL                        Neg
DANAZOL                            Neg
DROMOSTANOLONE                     Neg
FORMEBOLONE                        Neg
FURAZABOL                          Neg
MIBOLERONE                         Neg
```

Accession #: Y2455799

3

DD000120

# EXHIBIT B

# December 2001

5.3

| SUN | MON | TUE | WED | THU | FRI | SAT |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | | | 1 |
| 2 | 3 1cc T 200mg | 4 Clear | 5 | 6 Clear | 7 | 8 |
| 9 | 10 1cc T 200mg .25 G | 11 Clear | 12 .25 G | 13 Clear | 14 .25 G | 15 |
| 16 | 17 1cc T 200mg | 18 Clear | 19 .25 G | 20 Clear | 21 .25 G | 22 |
| 23 | 24 1cc T 200mg .25 G | 25 Clear | 26 .25 G | 27 Clear | 28 .25 G | 29 |
| 30 | 31 1 Cloudy OFF .25 G | | | | | |

SANDY BRUNICARDI

12-246

BR000417



# EXHIBIT C

| | | | | | Initials | Date |
|---|---|---|---|---|---|---|
| | | | | Prepared By | | |
| | | | | Approved By | | |

F. WILSON JONES        G7505 Columnwric - W

| | | | | | | | Test | E.P.J | | Rotio |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Barry B. | | | | | | |
| 1/2/01 | | | 100121 | | | 14.0 | 10.5 | 1.3 |
| 2/4/01 | 5 Days on | 100145 | Tren | .25 | 0 | 0 | 0 |
| 4/3/1 | 5-6 '' on | 100155 | | | | | |
| | 17 Days off | 100404 | | | | | |
| 1/24/01 | Kevin T | 100135 | Tren | .5 | 8.2 | 2.6 | 3.2 |
| | 5 Days off three | | | | | | |
| 5/8/01 | | 100000 - | TOC | .6 | | | |
| | | | | | | | |
| | Charlie | | | | | | |
| 1/9/01 | Pre | 100137 | Tren | .5 | 43.0 | 11.0 | 3.1 |
| 1/24/01 | Post 50ays | 100138 | Tren | .5 | .7 | 0.0 | 0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Alvin | | | | | | |
| 2/1/01 | 4 Days on | 100140 | Tren | .25 | 3.7 | 2.6 | 1.4 |
| 3/5/01 | 10 Days on | 100159 | Tren | 2 | 2.4 | 0 | - |
| 3/12/01 | Pre | 100165 | | | 8.6 | 19 | 4.5 |
| 4/9/01 | Post 4 Days | 100172 | TOC | .2 | 16.3 | 6.9 | 2.4 |
| | Tim M one days on | | | | | | |
| 2/1/01 | 5 Days off | 100146 | Tren | .25 | 10.7 | 19.6 | 5.1 |
| 2/18/01 | Four days on | 100157 | | | 11.8 | 3.9 | 3.0 |
| | 1 Day off | | | | | | |
| | Tom | | | | | | |
| 2/14/01 | Pre | 100152 | Check | .5 | 43.2 | 11.7 | 3.5 |
| 2/15/01 | 1 Day | 100153 | Drops | .5 | 57.5 | 20.4 | 2.8 |
| 2/18/01 | 4 Days on | 100156 | | .5 | 95 | 48.1 | 2.0 |
| | | | | | | | |
| | | | | | | | |
| 2/4/01 | Pre | 100166 | | | 8.5 | 3.3 | 6.5 |
| 3/24/01 | Post | 100167 | .2 TOC | 44 | 1.1 | 4.0 |
| 4/5/01 | | 100171 | | 5.3 | 1.4 | 3.8 |
| 4/11/01 | | 100173 | .3 TOC | 3.1 | 0.0 | 0.0 |
| | | | | | | | |
| | | | | | | | |
| | Calvin | | | | | | |
| 3/26/01 | Pre | 100168 | 1 TOC | 33.7 | 15.4 | 2.2 |
| 4/16/01 | 9 Doses Post | 100176 | 1.6 2002 TOC | 9.5 | 2.0 | 4.8 |
| 4/24/01 | 4 Doses | 100181 | 2.2 TOC | 17.2 | 4.0 | 4.0 |

DD000114

# EXHIBIT D

BARRY

* BLOOD TEST   NOV. 29, FEB 14, MARCH 28.
$450

* "G"  1 Box off Season & 2 Box Season
$ 1500.00

* Depo test Cyp 3 Bottles off & Reg Season
$ 450

* Clear & CREAM  off & Reg Season  $200

* Clomifeno  off & Reg 100 pills
$100

TOTAL
$ 2800

# EXHIBIT B



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*          *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102*       *FAX:(415) 436-7234*

December 26, 2008

VIA EMAIL & MAIL
Allen Ruby, Esq.
Law Offices of Allen Ruby
125 South Market Street, Suite 1001
San Jose, CA 95113

      Re:    United States v. Barry L. Bonds
             CR 07-0732 SI

Dear Mr. Ruby,

      This responds to your letter of December 12, 2008.  Preliminarily, we note that the Stipulation requires the defense to identify objectionable items of evidence with reasonable particularity.  Accordingly, your request that the government, in its response, identify additional items that "escaped [your] notice" is inappropriate.

      This letter only addresses evidentiary issues related to the government's case-in-chief and the government's responses herein are therefore subject to change depending upon how the case develops from this point forward and during any defense cross-examination or the defense case-in-chief.

      We address your objections in the order you made them and reserve the right to make additional arguments and raise other bases for admissibility of the evidence identified in your letter.  With respect to your boilerplate objection pursuant to FRE 403, the government's response is that none of the evidence in your letter is unduly prejudicial.  All of the evidence is extremely probative and tends to prove guilt, which does not equate with undue prejudice.

    **1.**    **Laboratory Tests**

      The laboratory tests identified in your letter are relevant because they have a tendency to make facts of consequence, e.g. knowledgeable use of steroids and other substances, to the charges more probable than without the evidence.  They also corroborate witnesses connected with the tests.  The tests will be authenticated by employees from the various labs that conducted the tests.  The chain of custody will also be established by the various labs that performed the tests, statements by individuals who submitted the samples, statements by individuals who assisted in obtaining the samples (e.g. Dr. Ting), and agents who transported the samples.  Without conceding the existence of any missing links in the chain of custody, to the extent there are any at the time this evidence is offered, they would only effect the weight of the evidence, not

the admissibility. The lab tests are admissible as business records pursuant to FRE 803(6). Your objection based on "fundamental unreliability of the evidence under the Due Process Clause" is vague and fails to articulate a specific manner in which it is somehow different from or not encompassed within the other listed objections.

## 2. Documentary Evidence

### a. Calendars

The calendars are relevant because they have a tendency to make facts of consequence, e.g. knowledgeable use of steroids and other substances, to the charges more probable than without the evidence. They also corroborate witnesses connected with the calendars. The calendars will be authenticated by witness testimony, including, but not limited to, testimony by athletes who received hard copies of calendars from Anderson and testimony by agents related to where the calendars were found. The calendars are potentially admissible under four hearsay exceptions: (1) as statements against Greg Anderson's interests pursuant to FRE 804(b)(3); (2) as statements of a co-conspirator pursuant to FRE 801(d)(2)(E); (3) as business records pursuant to FRE 803(6); and (4) pursuant to the residual exception in FRE 807. Along these lines, please consider this notice of the government's intent to offer this evidence pursuant to FRE 807 on the grounds that the calendars are evidence of material facts, more probative than other evidence the government can procure, and the general purposes of the FRE and the interests of justice will best be served by admitting them. Your objection based on "fundamental unreliability of the evidence under the Due Process Clause" is vague and fails to articulate a specific manner in which it is somehow different from or not encompassed within the other listed objections.

### b. BALCO Log Sheets

The log sheets are relevant because they have a tendency to make facts of consequence, e.g. knowledgeable use of steroids and other substances, to the charges more probable than without the evidence. They also corroborate witnesses connected with the log sheets. The log sheets will be authenticated by James Valente. The log sheets are potentially admissible under four hearsay exceptions: (1) as statements against James Valente's interests pursuant to FRE 804(b)(3); (2) as statements of a co-conspirator pursuant to FRE 801(d)(2)(E); (3) as business records pursuant to FRE 803(6); and (4) pursuant to the residual exception in FRE 807. Along these lines, please consider this notice of the government's intent to offer this evidence pursuant to FRE 807 on the grounds that the log sheets are evidence of material facts, more probative than other evidence the government can procure, and the general purposes of the FRE and the interests of justice will best be served by admitting them. Your objection based on "fundamental unreliability of the evidence under the Due Process Clause" is vague and fails to articulate a specific manner in which it is somehow different from or not encompassed within the other listed objections.

2

### c.    Handwritten Notes

Greg Anderson's handwritten notes are relevant because they have a tendency to make facts of consequence, e.g. knowledgeable use of steroids and other substances, to the charges more probable than without the evidence. Greg Anderson's handwritten notes will be authenticated by witness testimony, including, but not necessarily limited to, testimony related to where they were found. Greg Anderson's handwritten notes are potentially admissible under at least two hearsay exceptions: (1) as statements against Greg Anderson's interests pursuant to FRE 804(b)(3); and (2) as statements of a co-conspirator pursuant to FRE 801(d)(2)(E). Your objection based on "fundamental unreliability of the evidence under the Due Process Clause" is vague and fails to articulate a specific manner in which it is somehow different from or not encompassed within the other listed objections.

### 3.    Opinion Evidence re Anabolic Steroids and HGH

The parties have already discussed multiple times the fact that the government intends to offer testimony from Donald Catlin and Lawrence Bowers pursuant to FRE 702 and the government will provide notice of expert testimony in due course. Their qualifications and general substance of their testimonies are contained within their grand jury transcripts. The government's experts on the topics of steroid use, its effects, and the practices of labs that send out samples for steroid testing will testify based on specialized knowledge which is likely to assist the jury in understanding the evidence and determining facts at issue in the case. This evidence is reliable, relevant, and admissible. To the extent the aforementioned experts rely upon statements by any other witness related to the defendant's physical characteristics or changes thereto, those statements are relevant and admissible. Likewise, to the extent the aforementioned experts or any other witness provide testimony that makes any other witness' statement related to the defendant's physical characteristics or changes thereto relevant, those statements are admissible. For example, Lawrence Bowers may testify that one common effect of steroid use is increased muscle mass. Presumably he will not need to rely upon any statement from another witness to draw that conclusion. Nevertheless, if another witness can testify that the defendant experienced an increase in muscle mass during a relevant time period, that observation will be admissible.

You have not identified with any particularity any lay opinions you object to.

### 4.    Recorded Conversations

The recorded conversation between Greg Anderson and Steve Hoskins, wherein Anderson describes injecting the defendant, having the ability to obtain and utilize inside information about MLB's random drug testing to the defendant's benefit, and the undetectable nature of what Anderson had been doing for the defendant is undeniably relevant. Mr. Hoskins can authenticate the recording. The recording is potentially admissible under two hearsay exceptions: (1) as a statement against Greg Anderson's interests pursuant to FRE 804(b)(3); and

3

(2) pursuant to the residual exception in FRE 807. Along these lines, please consider this notice of the government's intent to offer this evidence (*i.e.*, the recording itself or Mr. Hoskins' testimony regarding the conversation in the event the Court rules the recording is inadmissible for any reason) pursuant to FRE 807 on the grounds that the recording is evidence of material facts, more probative than other evidence the government can procure, and the general purposes of the FRE and the interests of justice will best be served by admitting the recording. The recording does not violate Title III pursuant to 18 U.S.C. § 2511(2)(d). Furthermore, the defendant was not a party to the conversation and therefore is not an aggrieved party and the government played no role in the recording. Your objection based on "fundamental unreliability of the evidence under the Due Process Clause" is vague and fails to articulate a specific manner in which it is somehow different from or not encompassed within the other listed objections.

## 5. Phone Messages to Kim Bell

The government does not concede that the recorded messages the defendant left for Kimberly Bell, many of which were extremely hostile and threatening, are irrelevant or unduly prejudicial. Nevertheless, at this point in time, the government does not intend to offer those recordings into evidence during its case-in-chief. The government reserves its right to reconsider its position on this issue depending upon how the case develops from this point forward and, of course, in the event the defense opens the door to this evidence in any manner.

Sincerely,

JOSEPH P. RUSSONIELLO
United States Attorney


By: _____/s/_____

MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
Assistant United States Attorneys

4

# EXHIBIT C

ST. JOSEPH'S HOSPITAL
& MEDICAL CENTER
350 West Thomas Road
Phoenix, Az 85013
Phone: (602)406-3410

**LABORATORY DAILY SUMMARY**
MR  : (0000)0104-82-47
ACCT: 71838991
NAME: BONDS, BARRY
AGE :   35 YRS        SEX  :  M
LOC :    DIAG         ROOM :
PHYSICIAN:  REFERRED OUT PT

02/26/00   0938
ADMIT:  02/25/00

## HEMATOLOGY

DATE:  02/25/00
TIME:  1420

| | | REFERENCE | UNIT |
|---|---|---|---|
| **COMPLETE BLOOD COUNT** | | | |
| PLATELET | 260 | 150-450 | TH/UL |
| WBC | 6.6 | 3.6-11.1 | TH/UL |
| RBC | 5.36 | 4.27-5.49 | MIL/UL |
| HEMOGLOBIN | 14.5 | 12.9-16.1 | GM/DL |
| HEMATOCRIT | 42.9 | 37.7-46.5 | % |
| MCV | 80 | 79-95 | FL |
| MCH | 27.1L | 28.0-32.0 | PG |
| MCHC | 33.8 | 32.0-36.0 | GM/DL |
| RDW | 14.6H | 11.5-14.5 | UNITS |
| POLYS % (AUTO) | 52L | 56-65 | % |
| LYMPHS % (AUTO) | 39H | 25-35 | % |
| MONO % (AUTO) | 7 | 1-10 | % |
| EOS % (AUTO) | 2 | 0-5 | % |
| BASOS % (AUTO) | 0 | 0-1 | % |
| POLYS ABS | 03.5 | 02.0-08.0 | TH/UL |
| LYMPHS ABS | 2.6 | 1.5-4.0 | TH/UL |
| MONOS ABS | 0.5 | 0.1-2.0 | TH/UL |
| EOS ABS | 0.1 | 0.0-0.7 | TH/UL |
| BASOS ABS | 0.0 | 0.0-0.2 | TH/UL |

## CHEMISTRY

DATE:  02/25/00
TIME:  1420

| | | REFERENCE | UNIT |
|---|---|---|---|
| **CHEMISTRY PANELS** | | | |
| SODIUM | 139 | 134-146 | MEQ/L |
| SODIUM (09/29/99 -- Current) | | | |
| NORMAL RANGE CHANGED 9/29/99. | | | |
| POTASSIUM | 4.4 | 3.6-5.1 | MEQ/L |
| CHLORIDE | 104 | 101-111 | MEQ/L |
| CO2 | 29 | 22-32 | MEQ/L |
| BUN | 20 | 8-20 | MG/DL |
| CREATININE | 1.8H | 0.7-1.2 | MG/DL |
| GLUCOSE | 94 | 74-118 | MG/DL |
| CALCIUM | 9.2 | 8.9-10.3 | MG/DL |
| TOTAL PROTEIN | 6.5 | 6.1-7.9 | G/DL |
| ALBUMIN | 3.7 | 3.5-4.8 | G/DL |
| ALK PHOS | 41 | 38-126 | U/L |
| BILIRUBIN TOTAL | 0.7 | 0.4-2.0 | MG/DL |
| SGOT | 48H | 15-41 | U/L |
| **GENERAL CHEMISTRY** | | | |
| PSA (ABBOTT AXS | 1.17 | 0.10-4.00 | NG/ML |

L = Low, H = High

MR-48C (10/98)                                          **CONTINUED**
ROY IAN DAVIS, M.D.-MEDICAL DIRECTOR
CHAIRMAN OF DEPARTMENT OF PATHOLOGY

PAGE   1
E. SMITH COLLUM, M.D. - DIRECTOR
CLINICAL LABORATORY SERVICES

**SFG (S.C.) 0821**

BB002898

BATCH: 1

Quest Diagnostics Incorporated
7470 Mission Valley Road
San Diego, CA 92108
619.685.3000

BALCO (14059)
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETE RD
BURLINGAME, CA 94010

Donor Name/ID    100121
Accession #:     Y2455799
Donor ID/SSN:    NOT SPECIFIED
Other ID:        NS
Contact Name:
Specimen Type:   URINE
Employer: NS
Collection Site: NOT SPECIFIED

                                         Date      Time
                          Collected: 11/28/2000
                          Received:  12/02/2000 10:52AM
                          Reported:  12/06/2000 12:06 PM
                          Status:    Final Report
                          Request Type: Not Specified

ANABOLIC STEROID PANEL II
    DHEA                        10        ng/mL
    TESTOSTERONE                14.0      ng/mL
    EPITESTOSTERONE             10.5      ng/mL
    T/E RATIO                   1.3
----------------------------------------------------------------
T/E Ratio is considered positive at a value greater than 6.  The following
anabolic agents were tested:
Bolasterone                          Methandienone
Boldenone                            Mibolerone
Clenbuterol                          Nandrolone
Clostebol                            Norethandrolone/Ethylestrenol
Danazol                              Oxandrolone
Dromostanolone                       Oxymesterone
Dehydrochloromethyltestosterone      Oxymetholone
Dihydrotestosterone                  Stanozolol
Fluoxymesterone                      Stenbolone
Formebolone                          Trenbolone
Furazabol                            Probenecid (masking agent)
Mesterolone                          Methyltestosterone
Methandriol                          Methenolone

    and related compounds

ANABOLIC STEROIDS II
    BOLASTERONE                 Neg
    BOLDENONE                   Neg
    CLOSTEBOL                   Neg

                    REPORT CONTINUED ON NEXT FORM/PAGE
CONTINUED REPORT                                        BATCH: 1

Quest Diagnostics Incorporated
7470 Mission Valley Road
San Diego, CA 92108
619.685.3000

BALCO (14059)
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETH RD
BURLINGAME, CA 94010

2

BB000127

Donor Name/ID     100121
Accession #:      Y2455799
Donor ID/SSN:     NOT SPECIFIED
Other ID:         NS
Contact Name:
Specimen Type:    URINE
Employer: NS
Collection Site: NOT SPECIFIED

                                        Date       Time
Collected:  11/26/2000
Received:   12/02/2000 10:52AM
Reported:   12/06/2000 12:08 PM
Status:     Final Report
Request Type: Not Specified

DEHYDROCHLOROMETHYLTESTOSTERONE    Neg
ETHYLESTRENOL                      Neg
FLUOXYMESTERONE                    Neg
MESTEROLONE                        Neg
METHENOLONE                     ** POSITIVE **
METHYLTESTOSTERONE/METHANDRIOL     Neg
METHANDIENONE                      Neg
NANDROLONE                      ** POSITIVE **
NORETHANDROLONE/ETHYLESTRENOL      Neg
OXANDROLONE                        Neg
OXYMESTERONE                       Neg
OXYMETHOLONE                       Neg
STANOZOLOL                         Neg
STENBOLONE                         Neg
TRENBOLONE                         Neg
PROBENECID (MASKING AGENT)         Neg
CLENBUTEROL                        Neg
DANAZOL                            Neg
DROMOSTANOLONE                     Neg
FORMEBOLONE                        Neg
FURAZABOL                          Neg
MIBOLERONE                         Neg

Accession #: Y2455799

3

BB000128



SPECIALTY LABORATORIES
2211 Michigan Avenue          310-828-6543
Santa Monica, CA 90404-3900   800-421-4449

SPECIALTY# 098-6186805
CLIENT #    44008

NAME:       B, B

PHYSICIAN: GOLDMAN, BRIAN H
NOTES:
PATIENT ID:  00216
SPECIMEN ID: 00216

| | |
|---|---|
| BALCO LABS | DOB: 07/24/64    AGE: 36 Years |
| ATTN: JIM VALENTE | SEX: Male |
| 1520 GILBREATH ROAD | |
| | DRAWN:          01/19/01 15:00 |
| BURLINGAME          CA  94010 | RECEIVED:       01/22/01 17:09 |
| | PRINTED:        01/26/01 08:40 |
| | FINAL REPORT:   01/26/01 08:40 |
| | FINAL |

| TEST NAME | RESULTS | | REFERENCE RANGE |
|---|---|---|---|
| | | | |

TESTOSTERONE, FREE & TOTAL
--------------------------

| Testosterone Total | 730 | ng/dL | (241-827) |
|---|---|---|---|
| Testosterone Free | > 5.00 | ng/dL | |

REFERENCE RANGES for Testosterone Free
        Males:
            20-49 yrs . . . . . 0.95-4.30 ng/dL
            > 50  yrs . . . . . 0.80-3.50 ng/dL
        Females:
            Ovulating . . . . Up to 0.38 ng/dL
            Postmenopausal . . Up to 0.13 ng/dL

% Free Testosterone                          % of total (0.32-0.50)
The percentage of total testosterone in unbound state (% free
testosterone) cannot be calculated since the free testosterone level
is greater than the highest detectable concentration.

COMPLETE BLOOD COUNT
--------------------

| WBC | 7.9 | | thou/cu mm | (4.0-11.0) |
|---|---|---|---|---|
| RBC | 5.34 | | mil/cu mm | (4.50-6.00) |
| Hgb | 14.0 | | g/dL | (13.5-18.0) |
| Hct | 44.9 | | % | (40.0-54.0) |
| MCV | 84 | | fL | (80-96) |
| MCH | 26 | | pg | (26-34) |
| MCHC | 31 | | g/dL | (31-37) |
| Platelets | 388 | | thou/cu mm | (150-400) |
| Segmented Neutrophils | 73 | H | % | (50-70) |
| Basophils | 0 | | % | (< 2) |
| Eosinophils | 3 | | % | (< 6) |
| Lymphocytes | 23 | | % | (20-40) |
| Monocytes | 0 | | % | (< 8) |
| REC Morphology | Normal | | | |

F44008    19242       1
M1027-1(9/7) Page 2

Albert Robertson, M.D. Ph.D

BB000145



**SPECIALTY LABORATORIES**
2211 Michigan Avenue      310-828-6543
Santa Monica, CA 90404-3900      800-421-4449

SPECIALTY# 098-6186805
CLIENT #    44008

NAME:       B, B

PHYSICIAN: GOLDMAN, BRIAN H
NOTES:
PATIENT ID:  00216
SPECIMEN ID: 00216

| | |
|---|---|
| BALCO LABS<br>ATTN: JIM VALENTE<br>1520 GILBREATH ROAD<br><br>BURLINGAME        CA   94010 | DOB: 07/24/64   AGE: 36 Years<br>SEX: Male<br><br>DRAWN:           01/19/01 15:00<br>RECEIVED:        01/22/01 17:09<br>PRINTED:         01/26/01 08:40<br>FINAL REPORT:    01/26/01 08:40<br>                 FINAL |

| TEST NAME | RESULTS | REFERENCE RANGE |
|-----------|---------|-----------------|

**AUTOANTIBODY CONFIRMATION [ IB]**

| | | |
|---|---|---|
| U1 RNP/snRNP IgG Autoabs | Not detected | Not detected |
| Sm IgG Autoabs | Not detected | Not detected |
| Scl-70 IgG Autoabs | Not detected | Not detected |

This test result or one or more of its components was developed and
its performance characteristics determined by Specialty Laboratories.
It has not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or approval
is not necessary.

**LACTATE DEHYDROGENASE**

| | | | |
|---|---|---|---|
| Lactate Dehydrogenase (LDH) | 208 | U/L | (< 251) |

**CHOLESTEROL EVALUATION**

| | | | | |
|---|---|---|---|---|
| Triglycerides | 195 | | mg/dL | (< 200) |
| Cholesterol, Total | 178 | | mg/dL | (< 200) |
| HDL-C | < 20 | L | mg/dL | (> 34) |
| LDL-C (Calc) | < 132 | H | mg/dL | (< 130) |
| Cholesterol/HDL-C Ratio | > 25.43 | H | | (< 5.00) |

Albert Rachmovitch, M.D. Ph.D.

BB000146

 Quest Diagnostics

7470 Mission Valley Road
San Diego, CA 92108
1 (800) 647-2827 Client Services
1 (800) 446-4728

BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETH RD
BURLINGAME, CA 94010

| | | | Date | Time |
|---|---|---|---|---|
| Patient Name/Specimen I.D | Accession No. | Collected | 02/05/2001 | |
| Patient I.D./SSN NOT SPECIFIED | Other I.D | Received | 02/10/2001 | 1:405 |
| Requesting Physician/Contact Name | Specimen Type | Reported | 02/13/2001 02:31 PM | |
| Employer: NS | | Status | FINAL REPORT | |
| Request Type: Not Specified | | | | |
| Collection Site: (NOT SPECIFIED) | | | | |
| Remarks | | | | |

ANABOLIC STEROID PANEL II
DHEA                        41      ng/mL
TESTOSTERONE                 0.0     ng/mL
EPITESTOSTERONE              0.0     ng/mL
T/E RATIO                    0.0
    TESTOSTERONE AND EPITESTOSTERONE ARE NOT DETECTED

----------------------------------------------------------------

T/E Ratio is considered positive at a value greater than 6. The following
anabolic agents were tested:
Bolasterone                        Methandienone
Boldenone                          Mibolerone
Clenbuterol                        Nandrolone
Clostebol                          Norethandrolone/Ethylestrenol
Danazol                            Oxandrolone
Dromostanolone                     Oxymesterone
Dehydrochloromethyltestosterone    Oxymetholone
Dihydrotestosterone                Stanozolol
Fluoxymesterone                    Stenbolone
Formebolone                        Trenbolone
Furazabol                          Probenecid (masking agent)
Mesterolone                        Methyltestosterone
Methandriol                        Methandolone

and related compounds

ANABOLIC STEROIDS II
BOLASTERONE            Neg
BOLDENONE             Neg
CLOSTEBOL             Neg
DEHYDROCHLOROMETHYLTESTOSTERONE  Neg
ETHYLESTRENOL        Neg
FLUOXYMESTERONE      Neg
MESTEROLONE          Neg
METHENOLONE          ** POSITIVE **
METHYLTESTOSTERONE/METHANDRIOL   Neg
METHANDIENONE        Neg
NANDROLONE           Neg
NORETHANDROLONE/ETHYLESTRENOL   Neg
OXANDROLONE          Neg
OXYMESTERONE         Neg

8 4


Quest Diagnostics

7470 Mission Valley Road
San Diego, CA 92108
1 (800) 647-2827 Client Services
1 (800) 445-4726

BALCO LABORATORY
ATTN: VICTOR CONTE
1810 GALBRETH RD
BURLINGAME, CA 94010

Patient Name/Specimen I.D
100145

Patient I.D./SSN
NOT SPECIFIED

Requesting Physician/Contact Name

Request Type          Employer: MS
Collection Site.      Not Specified
Remarks               (NOT SPECIFIED)

Accession No.
1157411 5

Other I.D
MS

Specimen Type
URINE

| | Date | Time |
|---|---|---|
| Collected M | 01-03-2001 | |
| Received: | 01-05-2001 | 1:45P |
| Reported | 01-11-2001 01:31 P1 | |
| Status | FINAL REPORT | |

UNMETABOLIZE          Neg
STANOZOLOL            Neg
STENBOLONE            Neg
TRENBOLONE            Neg
PROBENECID (MASKING AGENT)   Neg
CLENBUTEROL           Neg
DANAZOL               Neg
DROMOSTANOLONE        Neg
FORMEBOLONE           Neg
FURAZABOL             Neg
MIBOLERONE            Neg

BB000130

Quest Diagnostics Incorporated
7470 Mission Valley Road
San Diego, CA 92108
619.686.3800

BALCO (14059)
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETH RD
BURLINGAME, CA 94010

Donor Name/ID      100155
Accession #:       Y2537974
Donor IC/SSN:      NOT SPECIFIED
Other ID:          NS
Contact Name:
Specimen Type:     URINE
Employer: NS
Collection Site: NOT SPECIFIED

                                       Date        Time
                        Collected: 02/19/2001
                        Received:  02/23.2001 10:15AM
                        Reported:  02/23/2001 09:54 AM
                        Status:    Final Report
                        Request Type: Not Specified

ANABOLIC STEROID PANEL II
  DHEA                                10         ng/mL
  TESTOSTERONE                       0.0         ng/mL
  EPITESTOSTERONE                    0.0         ng/mL
     TESTOSTERONE AND EPITESTOSTERONE ARE NOT DETECTED.

-----------------------------------------------------------------------
T/E Ratio is considered positive at a value greater than 6.  The following
anabolic agents were tested:
Bolasterone                            Methandienone
Boldenone                              Mibolerone
Clenbuterol                            Nandrolone
Clostebol                              Norethandrolone/Ethylestrenol
Danazol                                Oxandrolone
Dromostanolone                         Oxymesterone
Dehydrochloromethyltestosterone       Oxymetholone
Dihydrotestosterone                    Stanozolol
Fluoxymesterone                        Stenbolone
Formebolone                            Trenbolone
Furazabol                              Probenecid (masking agent,
Mesterolone                            Methyltestosterone
Methandriol                            Methenolone

and related compounds

ANABOLIC STEROIDS II
  BOLASTERONE                      Neg
  BOLDENONE                        Neg

REPORT CONTINUED ON NEXT FORM/PAGE

CONTINUED REPORT                                              BATCH: 1

Quest Diagnostics Incorporated         BALCO (14059)
7470 Mission Valley Road               BALCO LABORATORY
San Diego, CA 92108                    ATTN: VICTOR CONTE
619.686.3800                           1520 GALBRETH RD
                                       BURLINGAME, CA 94010

BB000131

```
Donor Name/ID    108155                              Date      Time
Accession #:     Y2537974              Collected: 02/19.2001
Donor ID/SSN:    NOT SPECIFIED         Received:  02/20/2001 10:11AM
Other ID:        NS                    Reported:  02/23/2001 05:54 AM
Contact Name:                          Status:    Final Report
Specimen Type:   URINE                 Request Type: Not Specified
Employer: NS
Collection Site: NOT SPECIFIED
```

```
CLOSTEBOL                              Neg
DERYDROCHLOROMETHYLTESTOSTERONE        Neg
ETHYLESTRENOL                          Neg
FLUOXYMESTERONE                        Neg
MESTEROLONE                            Neg
METHENOLONE                     ** POSITIVE **
METHYLTESTOSTERONE/METHANDRIOL         Neg
METHANDIENONE                          Neg
NANDROLONE                      ** POSITIVE **
NORETHANDROLONE/ETHYLESTRENOL          Neg
OXANDROLONE                            Neg
OXYMESTERONE                           Neg
OXYMETHOLONE                           Neg
STANOZOLOL                             Neg
STENBOLONE                             Neg
TRENBOLONE                             Neg
PROBENECID (MASKING AGENT)             Neg
CLENBUTEROL                            Neg
DANAZOL                                Neg
DROMOSTANOLONE                         Neg
FORMEBOLONE                            Neg
FURAZABOL                              Neg
MIBOLERONE                             Neg
```

Accession #: Y2537974

-X- 7

BB000132



**ST. JOSEPH'S HOSPITAL
& MEDICAL CENTER**
350 WEST THOMAS ROAD
Phoenix, AZ 85013
Phone: (602)406-3410

**LABORATORY TEMPORARY CHART COPY**
(Replace with next daily/weekly chart)

MR  : (0000)0104-82-47
ACCT: 73327892
NAME: **BONDS, BARRY**
AGE :    36 YRS              SEX  :  M
LOC :    LABM               ROOM :
PHYSICIAN:  REFERRED OUT PT

02/26/01    0502
ADMIT:  02/20/01

# HEMATOLOGY

DATE:  02/24/01
TIME:  1328

| COMPLETE BLOOD COUNT | | REFERENCE | UNIT |
|---|---|---|---|
| PLATELET | 395 | 150-450 | TH/UL |
| WBC | 10.1 | 3.6-11.1 | TH/UL |
| RBC | 5.50H | 4.27-5.49 | MIL/UL |
| HEMOGLOBIN | 14.2 | 12.9-16.1 | GM/DL |
| HEMATOCRIT | 42.1 | 37.7-46.5 | % |
| MCV | 77L | 79-95 | FL |
| MCH | 25.9L | 28.0-32.0 | PG |
| MCHC | 33.8 | 32.0-36.0 | GM/DL |
| RDW | 15.6H | 11.5-14.5 | UNITS |
| POLYS % (AUTO) | 64 | 56-65 | % |
| LYMPHS % (AUTO) | 29 | 25-35 | % |
| MONO % (AUTO) | 6 | 1-10 | % |
| EOS % (AUTO) | 1 | 0-5 | % |
| BASOS % (AUTO) | 1 | 0-1 | % |
| POLYS ABS | 06.5 | 02.0-08.0 | TH/UL |
| LYMPHS ABS | 2.9 | 1.5-4.0 | TH/UL |
| MONOS ABS | 0.6 | 0.1-2.0 | TH/UL |
| EOS ABS | 0.1 | 0.0-0.7 | TH/UL |
| BASOS ABS | 0.0 | 0.0-0.2 | TH/UL |

# CHEMISTRY

DATE:  02/24/01
TIME:  1328

| CHEMISTRY PANELS | | REFERENCE | UNIT |
|---|---|---|---|
| SODIUM | 139 | 134-144 | MEQ/L |
| POTASSIUM | 4.3 | 3.6-5.1 | MEQ/L |
| CHLORIDE | 103 | 101-111 | MEQ/L |
| CO2 | 28 | 22-32 | MEQ/L |
| BUN | 26H | 8-20 | MG/DL |
| CREATININE | 1.8H | 0.7-1.2 | MG/DL |
| GLUCOSE | 87 | 74-118 | MG/DL |
| ANION GAP | 8 | 7-15 | |
| CALCIUM | 9.7 | 8.9-10.3 | MG/DL |
| TOTAL PROTEIN | 7.5 | 6.1-7.9 | G/DL |
| ALBUMIN | 3.9 | 3.5-4.8 | G/DL |
| ALK PHOS | 48 | 38-126 | U/L |
| BILIRUBIN TOTAL | 1.0 | 0.4-2.0 | MG/DL |
| BILI DIRECT | .15 | .10-.50 | MG/DL |
| SGOT | 75H | 15-41 | U/L |
| SGPT | 68H | 17-63 | U/L |

**SFG (S.C.) 0877**

L = Low, H = High
MR-48C (10/98)
ROY IAN DAVIS, M.D.-MEDICAL DIRECTOR
CHAIRMAN OF DEPARTMENT OF PATHOLOGY

-END OF REPORT-

PAGE    1
E. SMITH COLLUM, M.D. - DIRECTOR
CLINICAL LABORATORY SERVICES

BATCH: 1

Quest Diagnostics Incorporated
7470 Mission Valley Road
San Diego, CA 92108
619.686.3600

BALCO (14059)
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETH RD
BURLINGAME, CA 94010

Donor Name/ID    190321
Accession #:     Y273316!
Donor ID/SSN:    NOT SPECIFIED
Other ID:        NS
Contact Name:
Specimen Type:   URINE
Employer: NS
Collection Site: NOT SPECIFIED

Date     Time
Collected: 07/06/200!
Received:  07/09/200! 4:05pm
Reported:  07/11/200! 08:55 AM
Status:    Final Report
Request Type: Not Specified

ANABOLIC STEROID PANEL II
  ANABOLIC STEROIDS        Negative
  DHEA                      12      ng/mL
  TESTOSTERONE             16.6     ng/mL
  EPITESTOSTERONE           5.5     ng/mL
  T/E RATIO                 3.0
----------------------------------------------------------------
T/E Ratio is considered positive at a value greater than 6. The following
anabolic agents were tested:
Bolasterone                     Methandienone
Boldenone                       Mibolerone
Clenbuterol                     Nandrolone
Clostebol                       Norethandrolone/Ethylestrenol
Danazol                         Oxandrolone
Dromostanolone                  Oxymesterone
Dehydrochloromethyltestosterone Oxymetholone
Dihydrotestosterone             Stanozolol
Fluoxymesterone                 Stenbolone
Formebolone                     Trenbolone
Furazabol                       Probenecid (masking agent)
Mesterolone                     Methyltestosterone
Methandriol                     Methenolone

and related compounds

Accession #: Y273316!

-12- B

BB000133

BATCH: I

Quest Diagnostics Incorporated
7470 Mission Valley Road
San Diego, CA 92108
619.555.3000

BALCO (14055)
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA 94010

Donor Name ID : 160404                                    Date      Time
Accession #:    Y2893085                       Collected: 10/15/2001 09:00
Donor ID/SSN:   NOT SPECIFIED                   Received:  10/25/2001 10:30AM
Other ID:       NS                              Reported:  10/25/2001 07:30 PM
Contact Name:                                   Status:  / Final Report
Specimen Type:  URINE                           Request Type: Not Specified
Employer: NS
Collection Site: NOT SPECIFIED


ANABOLIC STEROID PANEL II
   ANABOLIC STEROIDS              Negative
   DHEA                               5          ng/mL
   TESTOSTERONE                      15.0        ng/mL
   EPITESTOSTERONE                    0.0        ng/mL
      NOT DETECTED

-----------------------------------------------------------------------
T/E Ratio is considered positive at a value greater than 6.  The following
anabolic agents were tested:
Bolasterone                            Methandienone
Boldenone                              Mibolerone
Clenbuterol                            Nandrolone
Clostebol                              Norethandrolone/Ethylestrenol
Danazol                                Oxandrolone
Dromostanolone                         Oxymesterone
Dehydrochloromethyltestosterone        Oxymetholone
Dihydrotestosterone                    Stanozolol
Fluoxymesterone                        Stenbolone
Formebolone                            Trenbolone
Furazabol                              Probenecid (masking agent)
Mesterolone                            Methyltestosterone
Methandriol                            Methenolone

and related compounds


Accession #: Y2893085

                              -134   9

TO VICTOR CONTE                FROM 83760233            (MONDE) N WEST 83103375   PAGE 2 OF 2

BATCH: I

Quest Diagnostics Incorporated          SALCO (14059)
7470 Mission Valley Road                SALCO\LABORATORY
San Diego, CA 92108                     ATTN:  VICTOR CONTE
619.985.3900                            1520 GILBRETH RD
                                        BURLINGAME  CA  94010

Donor Name/ID   130424                              Date      Time
Accession #:    Y2920569                 Collected: 11/09 2001
Donor ID/SSN:   NOT SPECIFIED            Received:  11/09 2001 11:45AM
Other ID:       AS                       Reported:  11/11 2001 03:58 PM
Contact Name:                            Status:    Final Report
Specimen Type:  URINE                    Request Type: Not Specified
Employer: NS
Collection Site: NOT SPECIFIED


ANABOLIC STEROID PANEL II
   ANABOLIC STEROIDS          Negative
   DHEA                       17       ng/mL
   TESTOSTERONE               15.0     ng/mL
   EPITESTOSTERONE            8.9      ng/mL
   T/E RATIO                  1.8
   -----------------------------------------------------------------------
   T/E Ratio is considered positive at a value greater than 6.  The following
   anabolic agents were tested:
   Bolasterone                           Methandienone
   Boldenone                             Mibolerone
   Clenbuterol                           Nandrolone
   Clostebol                             Norethandrolone/Ethylestrenol
   Danazol                               Oxandrolone
   Dromostanolone                        Oxymesterone
   Dehydrochloromethyltestosterone       Oxymetholone
   Dihydrotestosterone                   Stanozolol
   Fluoxymesterone                       Stenbolone
   Formebolone                           Trenbolone
   Furazabol                             Probenecid (masking agent)
   Mesterolone                           Methyltestosterone
   Methandriol                           Methenolone

   and related compounds


Accession #: Y1920569

−14  10

BB000135

*13-NOV-2001   06:27        LabOne, Inc.*                                    *Page   2*

LabOne        10101 Renner Boulevard          *For Customer Service, call 1-800-646-7788*
              Lenexa, KS 66219

Site #: 0100105395     Report: 1/1      Distribute to: .

```
    PATIENT: BONDS, BARRY                         ACCOUNT: JSR3
    CLIENT PATIENT ID: ?                          REF DR: UNKNOWN
    REQ NUMBER: 70146002-16
    ID OR ROOM NO: UNKNOWN
PAGE 009/AGE: Jul 24 1964/37 YEARS
  2 SEX: M    FASTING: YES        HRS: 12
    DATE/TIME COLL: Nov 08 2001 00:00
    DATE RECEIVED:  Nov 09 2001 06:50 AM      BALCO LABS
    DATE COMPLETED: Nov 13 2001               1520 GILBRETH ROAD
    DATE REPORTED:  Nov 13 2001               BURLINGAME, CA 94010
    REPORT STATUS:  FINAL REPORT
```

RESULT NAME                    IN RANGE    OUT OF RANGE        REFERENCE   UNITS
------------------------------------------------------------------------------------
SEND OUT TESTS PERFORMED AT:
AMERICAN MEDICAL LAB, INC
14225 NEWBROOK DRIVE
P. O. BOX 10841
CHANTILLY, VA 20153-0841
------------------------------------------------------------------------------------
Free and Total Testosterone

Free and Total Testosterone

Free Testosterone            11.2                            9.5-29.7 pg/mL

Total Testosterone           336                             240-950 ng/dL

% Free Tastosterone          0.3                             0.2-0.7 %
====================================================================================
SEND OUT TESTS PERFORMED AT:
ARUP LABORATORIES
500 CHIPETA WAY
SALT LAKE CITY, UT 84108
------------------------------------------------------------------------------------
IGF-1 (INSULIN-LIKE GROWTH I)
FROZEN AT LABONE.

IGF-1 (INSULIN-LIKE GROWTH I)
                                            100         114-492 ng/mL
REFERENCE INTERVAL: IGF-1 (Insulin-Like Growth I)

```
          AGE                  MALE                FEMALE
    2 mos-5 yrs          17-248 ng/mL        17-248 ng/mL
    6-8 yrs              88-474 ng/mL        88-474 ng/mL
    9-11 yrs             110-565 ng/mL       117-771 ng/mL
    12-15 yrs            202-957 ng/mL       261-1096 ng/mL
    16-24 yrs            182-780 ng/mL       182-780 ng/mL
    25-39 yrs            114-492 ng/mL       114-492 ng/mL
    40-54 yrs            90-360 ng/mL        90-360 ng/mL
    55 yrs and over      71-290 ng/mL        71-290 ng/mL
```

Values by Tanner Stage:

```
    TANNER STAGE            MALE                FEMALE
    I                   109-485 ng/mL       128-470 ng/mL
    II                  174-512 ng/mL       186-895 ng/mL
    III                 230-818 ng/mL       292-883 ng/mL
    IV                  396-776 ng/mL       394-920 ng/mL
    V                   402-839 ng/mL       308-1138 ng/mL
```

- REPORT CONTINUED ON NEXT PAGE -

-31-

BB000147

13-NOV-2001    05:27            LabOne, Inc.                                    Page    2

LabOne    10101 Renner Boulevard          For Customer Service, call 1-800-646-7783
                   Lenexa, KS 66219

Site #: 0100105395        Report: 1/1       Distribute to: .

---

        PATIENT: BONDS, BARRY                          ACCOUNT: J9R3
        CLIENT PATIENT ID: ?                           REF DR: UNKNOWN
        REQ NUMBER: 70148002-16
        ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
   3 SEX: M     FASTING: YES        HRS: 12
        DATE/TIME COLL: Nov 08 2001 00:00
        DATE RECEIVED:  Nov 09 2001 06:50 AM     BALCO LABS
        DATE COMPLETED: Nov 13 2001              1520 GILBRETH ROAD
        DATE REPORTED:  Nov 13 2001              BURLINGAME, CA 94010
        REPORT STATUS:  FINAL REPORT

RESULT NAME                    IN RANGE    OUT OF RANGE        REFERENCE    UNITS.
                        END OF REPORT FOR BONDS, BARRY

-32-

BB000148



1010? ?nner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

now a pPArPTENT Diagnostics BONDS, BARRY      ACCOUNT: J9R3
     CLIENT PATIENT ID: ?      REF DR: UNKNOWN
     REQ NUMBER:70146002-16
     ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
   1 SEX: M    FASTING: YES    HRS: 12
     DATE/TIME COLL: Nov 08 2001 00:00
     DATE RECEIVED: Nov 09 2001 06:50 AM    BRIAN GOLDMAN, MD
     DATE REPORTED: Nov 13 2001      1520 GILBRETH ROAD
     DATE RE-SENT: Nov 28 2006      BURLINGAME, CA 94010
     REPORT STATUS: RESEND REPORT

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|
| BLOOD CHEMISTRY | | | | |
| NO HEMOLYSIS DETECTED | | | | |
| NO LIPEMIA DETECTED | | | | |
| NO ICTERUS DETECTED | | | | |
| SODIUM | 140 | | 136 - 146 | MEQ/L |
| POTASSIUM | 4.4 | | 3.6 - 5.1 | MEQ/L |
| CHLORIDE | 102 | | 98 - 109 | MEQ/L |
| GLUCOSE | 75 | | 60 - 109 | MG/DL |
| CALCIUM | 9.4 | | 8.5 - 10.5 | MG/DL |
| BUN | 20 | | 6 - 23 | MG/DL |
| CREATININE | | 1.6 | 0.3 - 1.5 | MG/DL |
| BUN/CREAT RATIO | 12.5 | | 10 - 22 | |
| TOTAL BILIRUBIN | 0.5 | | 0.2 - 1.3 | MG/DL |
| AST (SGOT) | | 67 | 10 - 45 | U/L |
| ALT (SGPT) | | 177 | 11 - 45 | U/L |
| ALKALINE PHOSPHATASE | 79 | | 40 - 115 | U/L |
| TOTAL PROTEIN | 7.5 | | 6.3 - 7.8 | G/DL |
| ALBUMIN | 4.3 | | 3.90 - 5.20 | G/DL |
| GLOBULIN | 3.2 | | 1.8 - 3.5 | G/DL |
| A/G RATIO | 1.3 | | 1 - 2.5 | |
| TRIGLYCERIDES | 102 | | 10 - 150 | MG/DL |
| CHOLESTEROL | | 222 | 140 - 199 | MG/DL |
| | | BORDERLINE HIGH CHOL | 200 - 239 | MG/DL |
| | | HIGH CHOLESTEROL | >= 240 | MG/DL |
| HDL CHOLESTEROL | 40 | | 27 - 75 | MG/DL |
| CHOL/HDL RATIO | | 5.6 | 0 - 5 | |
| LDL CHOLESTEROL, CALC | | 161 | 0 - 129 | MG/DL |
| VLDL, CALCULATED | 20 | | 5 - 35 | MG/DL |
| LDL/HDL RATIO | 4.04 | | 1.52 - 5.52 | |
| BICARBONATE | 26 | | 21 - 30 | MEQ/L |
| HEMATOLOGY | | | | |
| HGB | 15.4 | | 14.0 - 18.0 | G/DL |
| HCT | 46.4 | | 44.0 - 54.0 | % |
| RBC | 5.70 | | 4.70 - 6.10 | MILLION/MCL |
| MCV | | 81 | 83 - 103 | FL |
| MCH | 26.9 | | 26.0 - 35.0 | PG |
| MCHC | 33.2 | | 30.0 - 37.0 | G/DL |
| RDW | | 15.1 | 11.5 - 14.5 | % |
| WBC | 5.7 | | 4.0 - 11.0 | K/MCL |
| NEUTROPHILS | 48 | | 42 - 77 | % |
| LYMPHOCYTES | 43 | | 16 - 43 | % |
| MONOCYTES | 6 | | 4 - 12 | % |
| EOSINOPHILS | 3 | | 0 - 8 | % |
| BASOPHILS | 0 | | 0 - 3 | % |
| PLATELET COUNT | 231 | | 130 - 400 | K/MCL |

- REPORT CONTINUED ON NEXT PAGE -

**CONFIDENTIAL**

**LABONE_00087**

BB001585



LabOne
now a part of Quest Diagnostics

1010, _nner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

PATIENT: BONDS, BARRY
CLIENT PATIENT ID: ?
REQ NUMBER: 70146002-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
2 SEX: M    FASTING: YES    HRS: 12
DATE/TIME COLL: Nov 08 2001 00:00
DATE RECEIVED:  Nov 09 2001 06:50 AM
DATE REPORTED:  Nov 13 2001
DATE RE-SENT:   Nov 28 2006
REPORT STATUS:  RESEND REPORT

ACCOUNT: J9R3
REF DR: UNKNOWN

BRIAN GOLDMAN, MD
1520 GILBRETH ROAD
BURLINGAME, CA 94010

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|

SEND OUT TESTS PERFORMED AT:
QUEST DIAGNOSTICS AMD
14225 NEWBROOK DRIVE
NICHOLS INSTITUTE                 800-336-3718
CHANTILLY, VA 20153
-----------------------------------------------------------------
Free and Total Testosterone

Free and Total Testosterone

| Free Testosterone | 11.2 | | 9.5-29.7 pg/mL |
|---|---|---|---|
| Total Testosterone | 336 | | 240-980 ng/dL |
| % Free Testosterone | 0.3 | | 0.2-0.7 % |

SEND OUT TESTS PERFORMED AT:
ARUP LABORATORIES
500 CHIPETA WAY
                                 800-522-2787
SALT LAKE CITY, UT 84108
-----------------------------------------------------------------
IGF-1 (INSULIN-LIKE GROWTH I)
FROZEN AT LABONE.

IGF-1 (INSULIN-LIKE GROWTH I)
                          100      114-492 ng/mL
REFERENCE INTERVAL: IGF-1 (Insulin-Like Growth I)

| AGE | MALE | FEMALE |
|---|---|---|
| 2 mos-5 yrs | 17-248 ng/mL | 17-248 ng/mL |
| 6-8 yrs | 88-474 ng/mL | 88-474 ng/mL |
| 9-11 yrs | 110-565 ng/mL | 117-771 ng/mL |
| 12-15 yrs | 202-957 ng/mL | 261-1096 ng/mL |
| 16-24 yrs | 182-780 ng/mL | 182-780 ng/mL |
| 25-39 yrs | 114-492 ng/mL | 114-492 ng/mL |
| 40-54 yrs | 90-360 ng/mL | 90-360 ng/mL |
| 55 yrs and over | 71-290 ng/mL | 71-290 ng/mL |

Values by Tanner Stage:

| TANNER STAGE | MALE | FEMALE |
|---|---|---|
| I | 109-485 ng/mL | 128-470 ng/mL |
| II | 174-512 ng/mL | 186-695 ng/mL |
| III | 230-818 ng/mL | 292-883 ng/mL |
| IV | 396-776 ng/mL | 394-920 ng/mL |
| V | 402-839 ng/mL | 308-1138 ng/mL |

CONFIDENTIAL

LABONE_00088

BB001586



now a part of Quest Diagnostics

1010. .iner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

```
PATIENT: BONDS, BARRY                    ACCOUNT: J9R3
   CLIENT PATIENT ID: ?                  REF DR: GOLDMAN
   REQ NUMBER:69552984-16
   ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
  1 SEX: M    FASTING: YES    HRS: 09
   DATE/TIME COLL: Dec 03 2001 01:00 PM
   DATE RECEIVED:  Dec 05 2001 08:30 AM   BRIAN GOLDMAN, MD
   DATE REPORTED:  Dec 05 2001            1520 GILBRETH ROAD
   DATE RE-SENT:   Nov 28 2006            BURLINGAME, CA 94010
   REPORT STATUS:  RESEND REPORT
```

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|-------------|----------|--------------|-----------|-------|
| BLOOD CHEMISTRY | | | | |
| NO HEMOLYSIS DETECTED | | | | |
| NO LIPEMIA DETECTED | | | | |
| NO ICTERUS DETECTED | | | | |
| SODIUM | 140 | | 136 - 146 | MEQ/L |
| POTASSIUM | 4.5 | | 3.6 - 5.1 | MEQ/L |
| CHLORIDE | 102 | | 98 - 109 | MEQ/L |
| GLUCOSE | 95 | | 60 - 109 | MG/DL |
| CALCIUM | 9.3 | | 8.5 - 10.5 | MG/DL |
| BUN | 17 | | 6 - 23 | MG/DL |
| CREATININE | | 1.6 | 0.3 - 1.5 | MG/DL |
| BUN/CREAT RATIO | 10.6 | | 10 - 22 | |
| TOTAL BILIRUBIN | 0.6 | | 0.2 - 1.3 | MG/DL |
| AST (SGOT) | | 74 | 10 - 45 | U/L |
| ALT (SGPT) | | 165 | 11 - 45 | U/L |
| ALKALINE PHOSPHATASE | 84 | | 40 - 115 | U/L |
| TOTAL PROTEIN | 7.1 | | 6.3 - 7.8 | G/DL |
| ALBUMIN | 4.1 | | 3.90 - 5.20 | G/DL |
| GLOBULIN | 3.0 | | 1.8 - 3.5 | G/DL |
| A/G RATIO | 1.4 | | 1 - 2.5 | |
| BICARBONATE | 28 | | 21 - 30 | MEQ/L |

```
              END OF REPORT FOR BONDS, BARRY
```

**CONFIDENTIAL**

LABONE_00091

BB001589



1010. .ner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

now a part of Quest Diagnostics

PATIENT: BONDS, BARRY
CLIENT PATIENT ID: ?
REQ NUMBER:70145995-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
1 SEX: M   FASTING: YES    HRS:
DATE/TIME COLL: Jan 08 2002 10:00 AM
DATE RECEIVED: Jan 10 2002 09:05 AM
DATE REPORTED:  Jan 10 2002
DATE RE-SENT:   Nov 28 2006
REPORT STATUS:  RESEND REPORT

ACCOUNT: J9R3
REF DR: GOLDMAN

BRIAN GOLDMAN, MD
1520 GILBRETH ROAD
BURLINGAME, CA 94010

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|
| BLOOD CHEMISTRY | | | | |
| NO HEMOLYSIS DETECTED | | | | |
| NO LIPEMIA DETECTED | | | | |
| NO ICTERUS DETECTED | | | | |
| SODIUM | 138 | | 136 - 146 | MEQ/L |
| POTASSIUM | 4.4 | | 3.6 - 5.1 | MEQ/L |
| CHLORIDE | 104 | | 98 - 109 | MEQ/L |
| GLUCOSE | 97 | | 60 - 109 | MG/DL |
| CALCIUM | 8.7 | | 8.5 - 10.5 | MG/DL |
| BUN | | 28 | 6 - 23 | MG/DL |
| CREATININE | | 1.8 | 0.3 - 1.5 | MG/DL |
| BUN/CREAT RATIO | 15.6 | | 10 - 22 | |
| TOTAL BILIRUBIN | 0.6 | | 0.2 - 1.3 | MG/DL |
| AST (SGOT) | 34 | | 10 - 45 | U/L |
| ALT (SGPT) | 37 | | 11 - 45 | U/L |
| ALKALINE PHOSPHATASE | 75 | | 40 - 115 | U/L |
| TOTAL PROTEIN | 6.7 | | 6.3 - 7.8 | G/DL |
| ALBUMIN | 4.0 | | 3.90 - 5.20 | G/DL |
| GLOBULIN | 2.7 | | 1.8 - 3.5 | G/DL |
| A/G RATIO | 1.5 | | 1 - 2.5 | |
| BICARBONATE | 25 | | 21 - 30 | MEQ/L |

END OF REPORT FOR BONDS, BARRY

**CONFIDENTIAL**

**LABONE_00097**

BB001593



St. Joseph's Hospital
and Medical Center
CHW

**LABORATORY REPORT**

350 WEST THOMAS ROAD
Phoenix, AZ 85013
Phone: (602)406-3410

02/25/02    0500
ADMIT:  02/16/02

MR   : (0000)0104-82-47
ACCT: 75037069
NAME: BONDS, BARRY
AGE :    37 YRS          SEX  :  M
LOC :    LABO            ROOM :
PHYSICIAN:  REFERRED OUT PT

## HEMATOLOGY

DATE:   02/24/02
TIME:    1328

| | | REFERENCE | UNIT |
|---|---|---|---|
| **COMPLETE BLOOD COUNT** | | | |
| PLATELET | 305 | 150-450 | TH/UL |
| WBC | 7.6 | 3.6-11.1 | TH/UL |
| RBC | 5.44 | 4.27-5.49 | MIL/UL |
| HEMOGLOBIN | 15.2 | 12.9-16.1 | GM/DL |
| HEMATOCRIT | 45.6 | 37.7-46.5 | % |
| MCV | 84 | 79-95 | FL |
| MCH | 27.9L | 28.0-32.0 | PG |
| MCHC | 33.3 | 32.0-36.0 | GM/DL |
| RDW | 14.5 | 11.5-14.5 | UNITS |
| POLYS % (AUTO) | 52.5 | 46.0-65.0 | % |
| LYMPHS % (AUTO) | 39.1H | 25.0-35.0 | % |
| MONO % (AUTO) | 5.9 | 1.0-10.0 | % |
| EOS % (AUTO) | 2.0 | 0.0-5.0 | % |
| BASOS % (AUTO) | 0.5 | 0.0-1.0 | % |
| POLYS ABS | 04.0 | 02.0-08.0 | TH/UL |
| LYMPHS ABS | 3.0 | 1.5-4.0 | TH/UL |
| MONOS ABS | 0.4 | 0.1-2.0 | TH/UL |
| EOS ABS | 0.2 | 0.0-0.7 | TH/UL |
| BASOS ABS | 0.0 | 0.0-0.2 | TH/UL |
| SLIDE REVIEWED | NONE | | |

## CHEMISTRY

DATE:   02/24/02
TIME:    1328

| | | REFERENCE | UNIT |
|---|---|---|---|
| **CHEMISTRY PANELS** | | | |
| SODIUM | 140 | 134-144 | MEQ/L |
| POTASSIUM | 4.2 | 3.6-5.1 | MEQ/L |
| CHLORIDE | 102 | 101-111 | MEQ/L |
| CO2 | 27 | 22-32 | MEQ/L |
| BUN | 21H | 8-20 | MG/DL |
| CREATININE | 1.8H | 0.7-1.2 | MG/DL |
| GLUCOSE | 84 | 74-118 | MG/DL |
| ANION GAP | 11 | 7-15 | |
| CALCIUM | 9.6 | 8.9-10.3 | MG/DL |
| CHOLESTEROL | 211H | 50-200 | MG/DL |
| TRIGLYCERIDES | 154 | 20-190 | MG/DL |
| HDL CHOLESTEROL | 19L | 29-71 | MG/DL |

L = Low, H = High

PAGE   1 (CONTINUED...)

**DELIVER TO:**
REFERRED OUT PT

**LABORATORY DIRECTORS**
ROY IAN DAVIS, M.D.       E. SMITH COLLUM, M.D.
MEDICAL DIRECTOR          DIRECTOR
CHAIRMAN-DEPARTMENT       CLINICAL LABORATORY
OF PATHOLOGY              SERVICES
                                 MR-48C (10/98)

SFG (S.C.) 0823

BB002900



## St. Joseph's Hospital and Medical Center
### CHW

350 WEST THOMAS ROAD
Phoenix, AZ 85013
Phone: (602)406-3410

02/25/02    0500
ADMIT: 02/16/02

**LABORATORY REPORT**

MR  : (0000)0104-82-47
ACCT: 75037069
NAME: BONDS, BARRY
AGE :   37 YRS          SEX  :  M
LOC :    LABO           ROOM :
PHYSICIAN:  REFERRED OUT PT

## CHEMISTRY

HDL CHOLESTEROL (Initial -- Current)
DECREASED RISK   >35
INCREASED RISK   <35

DATE:   02/24/02
TIME:   __1328__

| | REFERENCE | UNIT |
|---|---|---|

**CHEMISTRY PANELS**
LDL-CALCULATED        **161H**                      0-130    MG/DL
LDL-CALCULATED (Initial -- Current)
DESIRABLE    < 130
BORDERLINE  130-160
HIGH         > 160

## CANCELLED TEST SUMMARY

| CANCELLED TEST | ORDER DATE | TIME | REASON |
|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | 24FEB02 | 1328 | Test ordered in error. |

H = High

PAGE   2 END OF REPORT

DELIVER TO:
REFERRED OUT PT

**LABORATORY DIRECTORS**
ROY IAN DAVIS, M.D.       E. SMITH COLLUM, M.D.
MEDICAL DIRECTOR          DIRECTOR
CHAIRMAN-DEPARTMENT       CLINICAL LABORATORY
OF PATHOLOGY              SERVICES
                          MR-48C (10/98)

**SFG (S.C.) 0824**

BB002901



LabOne

1010 ner Boulevard
Lenexa, KS 66219-9752
(800) 646-7788

now a part of Quest Diagnostics

PATIENT NAME: BONDS, BARRY
CLIENT PATIENT ID: ?
REQ NUMBER:70145977-16
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Jul 24 1964/37 YEARS
1 SEX: M    FASTING: YES    HRS:
DATE/TIME COLL: Apr 12 2002 10:00 AM
DATE RECEIVED:  Apr 15 2002 06:05 AM
DATE REPORTED:  Apr 15 2002
DATE RE-SENT:   Nov 28 2006
REPORT STATUS:  RESEND REPORT

ACCOUNT: J9R3
REF DR: UNKNOWN

BRIAN GOLDMAN, MD
1520 GILBRETH ROAD
BURLINGAME, CA 94010

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|
| BLOOD CHEMISTRY | | | | |
| NO HEMOLYSIS DETECTED | | | | |
| NO LIPEMIA DETECTED | | | | |
| NO ICTERUS DETECTED | | | | |
| SODIUM | 139 | | 136 - 146 | MEQ/L |
| POTASSIUM | 4.1 | | 3.6 - 5.1 | MEQ/L |
| CHLORIDE | 105 | | 98 - 109 | MEQ/L |
| GLUCOSE | 104 | | 60 - 109 | MG/DL |
| CALCIUM | 9.1 | | 8.5 - 10.5 | MG/DL |
| BUN | | 26 | 6 - 23 | MG/DL |
| CREATININE | | 1.7 | 0.3 - 1.5 | MG/DL |
| BUN/CREAT RATIO | 15.3 | | 10 - 22 | |
| TOTAL BILIRUBIN | 0.3 | | 0.2 - 1.3 | MG/DL |
| AST (SGOT) | | 51 | 10 - 45 | U/L |
| ALT (SGPT) | | 57 | 11 - 45 | U/L |
| ALKALINE PHOSPHATASE | 84 | | 40 - 115 | U/L |
| TOTAL PROTEIN | 6.5 | | 6.3 - 7.8 | G/DL |
| ALBUMIN | | 3.8 | 3.90 - 5.20 | G/DL |
| GLOBULIN | 2.7 | | 1.8 - 3.5 | G/DL |
| A/G RATIO | 1.4 | | 1 - 2.5 | |
| BICARBONATE | 23 | | 21 - 30 | MEQ/L |
| HEMATOLOGY | | | | |
| HGB | 14.6 | | 14.0 - 18.0 | G/DL |
| HCT | 49.1 | | 44.0 - 54.0 | % |
| RBC | 5.40 | | 4.70 - 6.10 | MILLION/MCL |
| MCV | 91 | | 83 - 103 | FL |
| MCH | 27.1 | | 26.0 - 35.0 | PG |
| MCHC | | 29.7 | 30.0 - 37.0 | G/DL |
| RDW | | 16.4 | 11.5 - 14.5 | % |
| WBC | 7.6 | | 4.0 - 11.0 | K/MCL |
| NEUTROPHILS | 60 | | 42 - 77 | % |
| LYMPHOCYTES | 36 | | 16 - 43 | % |
| MONOCYTES | | 3 | 4 - 12 | % |
| EOSINOPHILS | 1 | | 0 - 8 | % |
| BASOPHILS | 1 | | 0 - 3 | % |
| PLATELET COUNT | 239 | | 130 - 400 | K/MCL |

REMARKS:RESULTS MAY BE AFFECTED BY SPECIMEN AGE.

END OF REPORT FOR BONDS, BARRY

**CONFIDENTIAL**

LABONE_00120

BB001595

FAMILY QUEST DIAGNOSTIC AT 1-2002-2002 07:00 Page 1

FAX
LABORATORY REPORT



**Quest Diagnostics**

```
41125218 AREA/ROUTE/STOP: XXXXXXX
BALCO LABORATORY
ATTN:  VICTOR CONTE
1520 GALBRETH RD
BURLINGAME, CA  94010
```

| PARTICIPANT NAME | | PARTICIPANT ID | | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| 100545 | | | | | | | |

| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | IN TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0100545 | 069049A | | 12202002 | 12232002 | 12242002 | 2:50PM |

REMARKS: Client Site Location:
REASON FOR TEST: UNKNOWN
DONOR ID VERIFIED:

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

```
REPORT FOR:              BALCO LABORATORY - 41125218
                         ATTN: VICTOR CONTE
                         1520 GALBRETH RD
                         BURLINGAME, CA  94010


Tests Ordered:  38292N (STEROID PANEL 2)

Anabolic Agents

 ANABOLIC AGENTS             Negative

Masking Agents

 MASKING AGENTS             Negative

Drug Class Tested


    Anabolic Agents:

       Bolasterone Metabolite, Boldenone Metabolite, Clenbuterol,
       Clostebol Metabolite, Danazol &/or Metabolite, DHCMT
       (Dehydrochloromethyltestosterone) Metabolite,
       Dihydrotestosterone, Dromostanolone &/or Metabolite,
       Ethylestrenol/Norethandrolone Metabolite, Fluoxymesterone
       Metabolite, Formebolone Metabolite, Furazabol Metabolite,
       Mesterolone &/or Metabolite, Methandienone (Dianabol,
       Methandrostenolone) Metabolite, Methandriol &/or
       Metabolite, Methenolone &/or Metabolite, Methyltestosterone
       Metabolite, Mibolerone Metabolite, Nandrolone/
       Norandrostendione/Norandrostendiol Metabolite, Oxandrolone
       &/or Metabolite, Oxymesterone, Oxymetholone Metabolite,
       Stanozolol Metabolite, Testosterone/Androstendione/
       Androstendiol/DHEA (T/E Ratio > 6), Trenbolone Metabolite

    Masking Agents:
```

>> REPORT CONTINUED ON NEXT PAGE <<

-12- 11

BB000136

FALSEN QUEST DIAGNOSTICS AT 18-DEC-2003 17:00 PAGE 4

FAX
LABORATORY REPORT

Quest
Diagnostics
CONTINUED REPORT

41125218 AREA/ROUTE/STOP: XXXXXXXX
BALCO LABORATORY
ATTN: VICTOR CONTE
1520 GALBRETH RD
BURLINGAME, CA 94010



| PARTICIPANT NAME | | PARTICIPANT ID | | ROOM NO | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|
| 100545 | | | | | | | | |
| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | | LOG-IN-DATE | REPORT DATE | # TIME |
| 2 | 0100545 | 069048A | | 12202002 | | 12232002 | 12262002 | 2:50PM |

REMARKS Client Site Location:
REASON FOR TEST: UNKNOWN
DONOR ID VERIFIED:

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

REPORT FOR:               BALCO LABORATORY - 41125218
                          ATTN: VICTOR CONTE
                          1520 GALBRETH RD
                          BURLINGAME, CA  94010

Drug Class Tested

        Probenecid, Epitestosterone (> 200 ng/mL)

              CERTIFYING SCIENTIST  CAROL PENNOYER

SPECIMEN RECEIVED AND PROCESSED IN THE SAN DIEGO FORENSIC TOXICOLOGY LABORATORY

LAB:       Quest Diagnostics
           7470 Mission Valley Road
           San Diego CA 92108

                          >> END OF REPORT <<

-18- ( )

BB000137



FAX
LABORATORY REPORT

Quest
Diagnostics

```
41125218 AREA/ROUTE/STOP: XXXXXXX
BALCO LABORATORY
ATTN:  VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA  94010
```



| PARTICIPANT NAME | | PARTICIPANT ID | | ROOM NO | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|
| 100552 | | 100552 | | | | | | |
| PAGE | REQUISITION NO | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | | LOG-IN-DATE | REPORT DATE | & TIME |
| 1 | 9006665 | 008194H | | 02062003 | | 02152003 | 02202003 | 9:27AM |

REMARKS Client Site Location:
REASON FOR TEST: NOT GIVEN
DONOR ID VERIFIED:

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

```
REPORT FOR:              BALCO LABORATORY - 41125218
                         ATTN:  VICTOR CONTE
                         1520 GILBRETH RD
                         BURLINGAME, CA  94010


Tests Ordered:  38289N (STEROID 1 W/NIT)

Integrity Checks                            Acceptable Range

 CREATININE               215.3 mg/dL            >20 mg/dL
 NITRITES                 Negative
 pH                       7.1                    4.5-9.0

Anabolic Agents

 ANABOLIC AGENTS          Negative

Masking Agents

 MASKING AGENTS           Negative

Drug Class Tested


    Anabolic Agents:

       Bolasterone Metabolite, Boldenone Metabolite, Clenbuterol,
       Clostebol Metabolite, Danazol &/or Metabolite, DHCMT
       (Dehydrochloromethyltestosterone) Metabolite,
       Dihydrotestosterone, Dromostanolone &/or Metabolite,
       Ethylestrenol/Norethandrolone Metabolite, Fluoxymesterone
       Metabolite, Formebolone Metabolite, Furazabol Metabolite,
       Mesterolone &/or Metabolite, Methandienone (Dianabol,
       Methandrostenolone) Metabolite, Methandriol &/or
       Metabolite, Methenolone &/or Metabolite, Methyltestosterone
       Metabolite, Mibolerone Metabolite, Nandrolone/
       Norandrostendione/Norandrostendiol Metabolite, Oxandrolone
       &/or Metabolite, Oxymesterone, Oxymetholone Metabolite,
       Stanozolol Metabolite, Testosterone/Androstendione/
          >> REPORT CONTINUED ON NEXT PAGE <<
```

BB000138

FAX
LABORATORY REPORT


Quest
Diagnostics
CONTINUED REPORT

```
41125218 AREA/ROUTE/STOP: XXXXXXX
BALCO LABORATORY
ATTN:  VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA  94010
```

| PARTICIPANT NAME | | PARTICIPANT ID | | ROOM NO. | AGE | SEX | PHYSICIAN | | |
|---|---|---|---|---|---|---|---|---|---|
| 100552 | | 100552 | | | | | | | |
| PAGE | REQUISITION NO | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | | LOG-IN-DATE | REPORT DATE | & TIME |
| 2 | 9006665 | 008194H | | 02062003 | | 02152003 | 02202003 | 9:27AM |

REMARKS Client Site Location:
REASON FOR TEST: NOT GIVEN
DONOR ID VERIFIED:

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

```
    REPORT FOR:                  BALCO LABORATORY - 41125218
                                 ATTN:  VICTOR CONTE
                                 1520 GILBRETH RD
                                 BURLINGAME, CA   94010



    Drug Class Tested

         Androstendiol/DHEA (T/E Ratio > 6), Trenbolone Metabolite

        Masking Agents:
          Probenecid, Epitestosterone (> 200 ng/mL)

           CERTIFYING SCIENTIST: MOHAMMAD GHAZIZADEH

    SPECIMEN RECEIVED AND PROCESSED IN THE LAS VEGAS DHHS CERTIFIED LABORATORY.

    LAB:        Quest Diagnostics Inc-Las Vegas
                4230 South Burnham
                Las Vegas NV 89119

                              >> END OF REPORT <<
```

BB000139

```
RUN DATE: 02/26/03          Chandler Regional Laboratory **LIVE**          PAGE 1
RUN TIME: 1113                        Specimen Inquiry
RUN USER: LAB.BEA
```

| | |
|---|---|
| **TIENT:** SFG BONDS,BARRY | **ACCT #:** V1518087   **LOC:** LAB   **U #:** |
| | **AGE/SX:** 38/M   **ROOM:**   **REG:** 02/23/03 |
| **REG DR:** UNKNOWN, D | **DOB:** 07/24/64   **BED:**   **DIS:** |
| | **STATUS:** REG REF   **TLOC:** |

| | |
|---|---|
| **SPEC #:** 0223:H00152R   **COLL:** 02/23/03-1340   **STATUS:** COMP   **REQ #:** 01021891 |
| **RECD:** 02/23/03-1548   **SUBM DR:** UNKNOWN, D |
| **ENTERED:** 02/23/03-1548   **OTHR DR:** |
| **ORDERED:** CBC, MAN DIFF |

| Test | Result | Flag | Reference |
|---|---|---|---|
| *CBC* | | | |
| WBC | 7.5 | | (4.8-10.8) 10x3/ul |
| RBC | 5.51 | | (4.70-6.10) 10x6/ul |
| HGB | 14.6 | | (13.5-18.0) gm/dl |
| HCT | 43.2 | | (40.0-52.0) % |
| MCV | 78.3 | L | (80.0-99.0) fl |
| MCH | 26.5 | L | (27.0-34.0) pg |
| MCHC | 33.8 | | (32.0-37.0) gm/dl |
| RDW | 15.1 | | (11.5-18.0) % |
| PLT | 355 | | (130-400) 10x3/ul |
| %LYMPH | 56.2 | H | (10.0-55.0) % |
| %MONOS | 7.3 | | (0.0-15.0) % |
| %GRAN | 35.2 | | (35.0-80.0) % |
| %EOS | 0.9 | | (0.0-11.0) % |
| %BASO | 0.4 | | (0.0-3.0) % |
| ABS LYMPH | 4.2 | | (0.8-5.0) 10x3/ul |
| ABS MONO | 0.5 | | (0.0-1.5) 10x3/ul |
| ABS GRAN | 2.6 | | (1.4-12.0) 10x3/ul |
| ABS EOS | 0.1 | | (0.0-1.2) 10x3/ul |
| ABS BASO | 0.0 | | (0.0-0.3) 10x3/ul |
| *MAN DIFF* | | | |
| LYMPH | 58 | H | (25-45) % |
| MONOS | 8 | | (2-8) % |
| POLY | 30 | L | (45-75) % |
| BAND | 4 | | (0-5) % |
| PLT ESTIMATE | ADEQ | | (ADEQ) |

```
                        ** END OF REPORT **
```

SFG (S.C.) 0884

BB002961

NSIC DRUG TESTING CUSTODY AND CONTROL FORM



Quest
Diagnostics
800-877-7484

5101503? 0085189 SPECIMEN ID NO.    LAB ACCESSION NO.

## STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

C. Donor SSN or Employee I.D. No. 265 33 2259

D. Donor Name: Last: _____ First: _____

E. Donor ID Verified: ☐ Photo ID ☑ Emp. Rep.
F. Reason for Test: ☐ Pre-employment (1) ☐ Random (3) ☐ Reasonable Suspicion/Cause (5) ☐ Post-Accident (2) ☐ Promotion (22)
☐ Return to Duty (6) ☐ Follow-up (23) ☑ Other (specify) (99) _____

G. Drug Tests to be Performed:

H. Collection Site Name: _____  Collection Site Code: _____
Address: _____  Collector Phone No.: _____
City, State and Zip: _____  Collector Fax No.: _____

## STEP 2: COMPLETED BY COLLECTOR

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☑ Yes ☐ No, Enter Remark

Specimen Collection:
☑ Split ☐ Single ☐ None Provided (Enter Remark) ☑ Observed (Enter Remark)

REMARKS

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 6 on copy 2.

## STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY

I certify that the specimen given to me by the donor identified in the certification section on Copy 1 of this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable requirements

X _____  ☐ AM ☑ PM  **SPECIMEN BOTTLE(S) RELEASED TO:**
Signature of Collector  Time of Collection  ☐ Quest Diagnostics Courier ☑ FedEx
_____  ☐ Airborne ☐ Other _____
(Print) Collector's Name (First, MI, Last)  Date (Mo./Day/Yr.)  Name of Delivery Service Transferring Specimen to Lab

**RECEIVED AT LAB:** X _____  **Primary Specimen Bottle Seal Intact**  **SPECIMEN BOTTLE(S) RELEASED TO:**
Signature of Accessioner  ☐ Yes
_____  ☐ No, Enter Remark Below
(Print) Accessioner's Name (First, MI, Last)  Date (Mo./Day/Yr.)

## STEP 5: COMPLETED BY MEDICAL REVIEW OFFICER (IF REQUIRED)

I have reviewed the laboratory results for the specimen identified by this form in accordance with applicable requirements. My determination/verification is:
☐ Negative ☐ Positive ☐ Test Not Performed ☐ Test Cancelled  REMARKS _____

_____  _____
(PRINT) Medical Review Officer's Name (First, MI, Last)  Signature of Medical Review Officer  Date (Mo. / Day / Yr.)

## STEP 6: COMPLETED BY DONOR

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information and numbers provided on the form and on the label affixed to each specimen bottle is correct.

X _____  DARRY DONDS  05/28/03
Signature of Donor  (PRINT) Donor's Name (First, MI, Last)  Date (Mo./Day/Yr.)

Daytime Phone No. (415) 972-1631  Evening Phone No. (___)  Date of Birth 12/24/69
Mo. Day Yr.

BB000753

REPRINT

```
COPY FROM CDT BUS    - 51015032
40020341 AREA/ROUTE/STOP: XXXXXXX
CDT

PO BOX 3247
LONG BEACH, CA  90803
```



Quest
Diagnostics ®

| PATIENT NAME | | PATIENT ID | | ROOM NO | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|
| 2552259 | | | | | | | | |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0005189 | 047425H | | 05282003 04:03PM | 05292003 | 06012003 | 6:10AM |

REMARKS     Client Site Location:
            REASON FOR TEST: NOT SPECIFIED
            DONOR ID VERIFIED: EMPLOYER REPRESENTATIVE

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE | SITE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | RANGE | CODE |

```
   REPORT FOR:              CDT BOS - 51015032

                           PO BOX 3247
                           LONG BEACH, CA  90803


  Tests Ordered:  39434N (BOS PROFILE I W/HIT)

  Integrity Checks                                      Acceptable Range

   CREATININE                   206.3 mg/dL                  >20 mg/dL
   NITRITES                     Negative
   pH                             6.6                        4.5-8.9

  Anabolic Agents

   ANABOLIC AGENTS              Negative

  Masking Agents

   MASKING AGENTS              Negative

  Drug Class Tested



     Anabolic Agents:

       Bolasterone Metabolite, Boldenone Metabolite, Clenbuterol,
       Clostebol Metabolite, DHCMT
       (Dehydrochloromethyltestosterone) Metabolite,
       Dihydrotestosterone, Dromostanolone &/or Metabolite,
       Ethylestrenol/Norethandrolone Metabolite, Fluoxymesterone
       Metabolite, Formebolone Metabolite, Furazabol Metabolite,
       Mesterolone &/or Metabolite, Methandienone (Dianabol,
       Methandrostenolone) Metabolite, Methandriol &/or
       Metabolite, Methenolone &/or Metabolite, Methyltestosterone
       Metabolite, Mibolerone Metabolite, Nandrolone/
       Norandrostendione/Norandrostendiol Metabolite, Oxandrolone
       &/or Metabolite, Oxymesterone, Oxymetholone Metabolite,
```

>> REPORT CONTINUED ON NEXT PAGE <<

BB000755




LABORATORY REPORT     REPRINT

COPY FROM CDT BOS — 51015032
51015032 AREA/ROUTE/STOP: XXXXXXX
CDT

PO BOX 3247
LONG BEACH, CA  90803

**Quest Diagnostics**

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|
| 2552259 | | | | | | | | |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 3085189 | 047425H | | 05262003 04:03PM | 05292003 | 06012003 | 6:10AM |

REMARKS    Client Site Location:
REASON FOR TEST: NOT SPECIFIED
DONOR ID VERIFIED: EMPLOYER REPRESENTATIVE

| REPORT STATUS | LINAL | TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|

REPORT FOR:          CDT BOS — 51015032

                     PO BOX 3247
                     LONG BEACH, CA  90803


Drug Class Tested

     Stanozolol Metabolite, Testosterone/Androstendione/
     Androstendiol/DHEA (T/E Ratio > 6), Trenbolone Metabolite

   Masking Agents:
   Probenecid

       CERTIFYING SCIENTIST: MOHAMMAD GHAZIZADEH

SPECIMEN RECEIVED AND PROCESSED IN THE LAS VEGAS DHHS CERTIFIED LABORATORY.

LAB:     Quest Diagnostics Inc-Las Vegas
         4230 South Burnham
         Las Vegas NV 89119

                     >> END OF REPORT <<

BB000756

Specimen Acc. # 047425H

BB000757

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On    : 31 May 2003   5:16 am                        Operator: ds
Sample    :                                              Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA
```

Quant Method :   (RTE Integrator)



QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On     : 31 May 2003   5:16 am                        Operator: ds
Sample     :                                              Inst    : GCMS # 12
Misc       :                                              Multiplr: 1.00
MS Integration Params: NA

Quant Method : (RTE Integrator)



QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On    : 31 May 2003   5:16 am                        Operator: ds
Sample    :                                              Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA

Quant Method : (RTE Integrator)



BB000760

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On    : 31 May 2003   5:16 am                       Operator: ds
Sample    :                                             Inst    : GCMS # 12
Misc      :                                             Multiplr: 1.00
MS Integration Params: NA
```

Quant Method : (RTE Integrator)

'OH-Stanozolol metabs.  Stanozolol metabolite



Laboratory Report

Acc. # 047425H
Spec. I.D. # 0085189
Donor I.D. 2552259

BB000762

01/21/2004 14:44 61883...

Masking Agents:
Probenecid
CERTIFYING SCIENTIST: MOHAMMAD GHAZIZADEH
>> REPORT CONTINUED ON NEXT PAGE <<

Anabolic Agents:
Boldenone Metabolite, Boldenone Metabolite, Clenbuterol,
Clostebol Metabolite, DHCM,
Dehydrochlormethyltestosterone Metabolite,
Dihydrotestosterone, Dronostanolone &/or Metabolite,
Ethyltestrenol/norethandrolone Metabolite, Fluoxymesterone
Metabolite, Formebolone Metabolite, Furazabol Metabolite,
Mesterolone &/or Metabolite, Methandienone (Dianabol),
Metabolite, Methyltestosterone, Methyltrienolone,
Metabolite, Methyltestosterone Metabolite, Nandrolone
Metabolite, Nibolerone Metabolite, Nandrolone/
Norandrosterone/Norandrosteradiol Metabolite, Oxabolone,
&/or Metabolite, Oxandrolone Metabolite, Oxymesterone
Stanozolol Metabolite, Testosterone/Epitestosterone/
Androstenediol/DHEA (T/E Ratio > 6), Trenbolone Metabolite

Drug Class Tested

MASKING AGENTS    Negative

Masking Agents    Negative

ANABOLIC AGENTS    Negative

Anabolic Agents

PH    6.5    4.5-8.9

CREATININE    286.3 mg/dL    20 mg/dL
NITRITES    Negative

Integrity Checks    Acceptable Range

Tests Ordered:    URINE TBUS PROFILE 1 W/RTI

FINAL

DONOR ID VERIFIED: EMPLOYER REPRESENTATIVE
REASON FOR TEST: NOT SPECIFIED
Client Site Location:
008510B7 04747250    05282003 04:03PM 01292003 05312003 G:44PM

2552259

PO BOX 3247
LONG BEACH, CA 90803

STOP: XXXXXXXX AREA/ROUTE
LOT BOS

CONTINUED REPORT

SIUISSIZ  RKEN/ROUTE/STOP: XXXXXXX
CDT BOS

PO BOX 2247
LONG BEACH, CA  90803

2  DOBSTO9  04742XH        0528003 04:03PM 0529003  05312003 6:44PM
REASON FOR TEST: NOT SPECIFIED
DONOR TO VERIFIED: EMPLOYER REPRESENTATIVE

FINAL

5552259

SPECIMEN RECEIVED AND PROCESSED IN THE LAS VEGAS DHHS CERTIFIED LABORATORY.

LAB:
Quest Diagnostics Inc-Las Vegas
Client Site Location:
4230 South Burnham
Las Vegas NV 89119

>> END OF REPORT <<

BB000764

# DOCUMENTATION PACKAGE COVER SHEET

Attached is a summary and copies of laboratory documents related to the analysis of Donor ID # 2552259, Specimen ID# 0085189 with accession number 047425H. The following 26 pages are true and accurate copies of the original documents that were generated during the normal course of business by Quest Diagnostics Incorporated. The original documents were generated at or near the time of each process.

The specimen (047425H) screened negative for steroids by GC/MS. The validity of the specimen was assessed by pH, creatinine and nitrates and was determined to be acceptable. Following review of the analytical data, and chain of custody documentation, a negative result was reported.

**Documentation Package Reviewed by:**

| | | |
|---|---|---|
| <u>Victor Uralets, Ph.D.</u> | <u>Technical Director</u> | <u>01/30/2004</u> |
| **Printed Name**    Signature | **Title** | **Date** |

BB000765

# Table of Contents

1.  General Overview of Laboratory Procedures
2.  External Chain of Custody Form
3.  Pull List
4.  Screening Aliquot Chain of Custody
5.  Screening Test Results
6.  Laboratory Internal Chain of Custody (Worklist TXHP4, Steroids)
7.  GC/MS Autotune
8.  Steroid Positive Control
9.  Steroid Negative Control
10. Steroid Water Control
11. Specimen Acc. # 047425H
12. Laboratory Report, Specimen Acc. # 047425H
13. Certifying Scientist Resume
14. Responsible Person Resume

General Overview of Laboratory Procedures

BB000767

## GENERAL OVERVIEW OF LABORATORY PROCEDURES

**Specimen Receipt**

The laboratory acknowledges receipt of the specimen(s), verifies ID, and verifies that there is no evidence of tampering by examining the tamper-evident bag and specimen security seal. The external Custody and Control form (CCF) is completed and the internal laboratory Chain of Custody (COC) is initiated. All specimen and subsequent aliquot handling is carefully documented via internal COC.

**Order Entry/Log-In**

Client account number, specimen identification number, donor identification and testing information are logged into the specimen tracking computer system. A unique accession number is assigned to the specimen and an accession barcode label is affixed to the specimen container and accompanying CCF.

**Aliquot for Screening Test**

The specimen container is opened (breaking the seal) and a small portion of the sample is removed for the initial screening tests. The aliquot is transferred to the testing laboratory and the original specimen is placed in temporary secured storage. The handling of the specimen and the aliquot is documented on internal chain of custody form (CCF).

**Specimen Validity Test**

In order to assess the validity of specimens, the laboratory conducts tests for pH, creatinine and nitrates using enzyme immunoassay procedures on Olympus analyzers. Specific gravity testing is performed on all specimens that have a creatinine concentration that is less than 20 mg/dL. If specimen adulteration is suspected, the laboratory performs a confirmation test on the specimen. The confirmation test is performed on a second aliquot of the specimen that is obtained from the original specimen container.

**Anabolic Steroid Screening Test**

The specimen aliquot(s) along with calibration standard and controls are extracted for anabolic agents GC/MS screening. Procedure includes enzymatic hydrolysis of steroid conjugates, solid phase extraction of free steroids and their derivatization. The final extract is separated by capillary gas chromatography. Target components, anabolic steroids and/or their metabolites, are detected and identified by mass spectrometry.

**Verification**

The specimen identification number on the tamper evident seal is inspected a second time and verified as accurate.

BB000768

## Confirmation Test for Steroids

If the initial test result is positive, a second aliquot, obtained from the original specimen container, is tested by gas chromatography/ mass spectrometry. Confirmation procedures are specific for each individual steroid. If specimen was screened positive for multiple steroids, confirmation will be set up for each of them.

## Certification

All data goes through a two-tier review process: initial review and certification. During the initial review process, the analyst reviews all analytical data. During the certification process, a certifying scientist reviews all analytical data and evaluates all documentation for acceptability and adherence to laboratory standard operating procedures.

BB000770

F. Reason for Test: ☐ Pre-employment (1) ☐ Random (3) ☐ Reasonable Suspicion/Cause (5) ☐ Post-Accident (2) ☐ Promotion (22) ☐ Return to Duty (6) ☐ Follow-up (23) ☒ Other (specify) (99) _____

G. Drug Tests to be Performed:

0☒ 39434N EOS PROFILE I U/NIT

*SG: 1.005*

H. Collection Site Name: *PAC BELL PARK*     Collection Site Code: _____

Address: _____     Collector Phone No. *510 652 8961*

City, State and Zip *SAN FRANCSCO, CA*     Collector Fax No.: *510 652 8966*

**STEP 2: COMPLETED BY COLLECTOR**

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☒ Yes ☐ No, Enter Remark

Specimen Collection: ☒ Split ☐ Single ☐ None Provided (Enter Remark) ☒ Observed (Enter Remark)

REMARKS

**STEP 3: Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 6 on copy 2.**

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable requirements.

X _____     Time of Collection *4:04* ☐ AM ☒ PM

Signature of Collector

_____ (Print) Collector's Name (First, MI, Last)     Date (Mo./Day/Yr.) *05 26 03*

**SPECIMEN BOTTLE(S) RELEASED TO:**
☐ Quest Diagnostics Courier   ☒ FedEx
☐ Airborne   ☐ Other

Name of Delivery Service Transferring Specimen to Lab

Internal Chain Of Custody

**RECEIVED AT LAB:** X _____ Ellen Wall

Signature of Accessioner

_____ (Print) Accessioner's Name (First, MI, Last)     Date (Mo./Day/Yr.)

**Primary Specimen Bottle Seal Intact**
☒ Yes
☐ No, Enter Remark Below

**SPECIMEN BOTTLE(S) RELEASED TO:**

**STEP 5: COMPLETED BY MEDICAL REVIEW OFFICER (IF REQUIRED)**

I have reviewed the laboratory results for the specimen identified by this form in accordance with applicable requirements. My determination/verification is:

☐ Negative ☐ Positive ☐ Test Not Performed ☐ Test Cancelled   REMARKS _____

_____ (PRINT) Medical Review Officer's Name (First, MI, Last)     _____ Signature of Medical Review Officer     _____ Date (Mo. / Day / Yr.)

PRESS HARD - YOU ARE MAKING MULTIPLE COPIES

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. ©Quest Diagnostics Incorporated

TRACKING LABEL
310150232 - 0085189

BB000771

Pull List

BB000772

PULL LIST FOR WORKLIST(S) TXHP4                    PAGE    1

                                                   05/29/2003


CHAIN OF CUSTODY LOG

| DATE | RELEASED BY | | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 05/29/2003 | Name | Temporary Storage | Sign. Name | MOORE, KIM | Aliquotting |
| 5.29.3 | Sign. Name | _Kimberly Moore_ | Sign. Name | STORAGE | STORAGE |
| | Sign. Name | | Sign. Name | | |
| | Sign. Name | | Sign. Name | | |
| | Sign. Name | | Sign. Name | | |
| | Sign. Name | | Sign. Name | | |
| | Sign. Name | | Sign. Name | | |
| | Sign. Name | | Sign. Name | | |
| | Sign. Name | | Sign. Name | | |
| | Sign. Name | | Sign. Name | | |

WORKLIST : TXHP4

| ACCESSION | PARTICIPANT | UNIT | CODE | STORAGE BOX/ROW/COL |
|---|---|---|---|---|

BB000773

WORKLIST : TXHP4

                                          STORAGE
ACCESSION     PARTICIPANT     UNIT CODE     BOX/ROW/COL

047425H       2552259        39433N          Z000366/A/1        Split Received

Screening Aliquot Chain of Custody

BB000775

TOTE: 01850                    CHAIN OF CUSTODY LOG                PAGE:   2

DATE              RELEASED BY                  RECEIVED BY          PURPOSE/AMT ALIQ

| Date | | Released By | | Received By | Purpose/Amt Aliq |
|------|------|------|------|------|------|
| 5/29/63 | Sign. | ECOC | Sign. | Ellen Wall | MICROLOG |
| | Name | | Name | Ellen Wall | |
| 5/29/63 | Sign. | Ellen Wall | Sign. | | STORAGE |
| | Name | Ellen Wall | Name | STORAGE | |
| 5.29.3 | Sign. | | Sign. | ClDavis | ALIQUOT |
| | Name | STORAGE | Name | Elizabeth Davis | |
| 5.29.3 | Sign. | ClDavis | Sign. | | STORAGE |
| | Name | Elizabeth Davis | Name | STORAGE | |
| | Sign. | | Sign. | | |
| | Name | | Name | | |
| | Sign. | | Sign. | | |
| | Name | | Name | | |
| | Sign. | | Sign. | | |
| | Name | | Name | | |
| | Sign. | | Sign. | | |
| | Name | | Name | | |
| | Sign. | | Sign. | | |
| | Name | | Name | | |
| | Sign. | | Sign. | | |
| | Name | | Name | | |
| | Sign. | | Sign. | | |
| | Name | | Name | | |

QUEST DIAGNOSTICS

MAY 2 5 2003

Mohammad Ghazizadeh

BB000776

NIDA CHAIN OF CUSTODY PRE-LOG MANIFEST       PAGE:    1

DATE: 01850

| SEQ NUM | CLIENT NUM | REQ NUM | BATCH NUM | DATE REC'D | TIME REC'D | REC CODE | |
|---|---|---|---|---|---|---|---|
| 1 | 51015032 | 0085189 | 05290202 | 05/29/2003 | 9:00 AM | LVNWE01 | 047425H |

BB000777

## Screening Test Results

NIDA SYSTEM S&P DRUG SCREEN                                    GRABWP01
WORKLIST: TXHSAP2    LOAD: 0529007              05/29/2003 2:13P PAGE: 1
   BUILT: 05/29/2003  2:08 PM  BY: LVNED01 CUPS: 1-46
                      2:08 PM  BY: LVNED01 CUPS: 47-79
   TOTE NUMBER:  01851

ENT BY: _____ REL BY: _____
                 SIGNATURE           PRINTED NAME              DATE
INTERPRETED BY: _____           Sakri Karim              5/29/03
REVIEWED/                            Mohammad Ghazizadeh       5/29/03
RELEASED BY: _____

                    ALIQUOT CHAIN OF CUSTODY LOG

DATE          RELEASED BY                    RECEIVED BY        PURPOSE

5/29/03   SIGN. _____              SIGN. _____        Transfer
          NAME DAVIS, ELIZABETH        NAME  Sakri Karim

5/29/03   SIGN. _____              SIGN. _____        Screen On Olympus
          NAME  Sakri Karim            NAME  Olympus  Sol       Perform Additiona

5/29/3    SIGN. _____              SIGN. _____        Validity Checks
          NAME  Olympus  Sol           NAME  Sakri Karim

5/29/3    SIGN. _____              SIGN. _____        To Discard Aliquots
          NAME  Sakri Karim            NAME  TRASH

          SIGN. _____              SIGN. _____
          NAME _____               NAME _____

          SIGN. _____              SIGN. _____
          NAME _____               NAME _____

          SIGN. _____              SIGN. _____
          NAME _____               NAME _____

          SIGN. _____              SIGN. _____
          NAME _____               NAME _____

          SIGN. _____              SIGN. _____
          NAME _____               NAME _____

          SIGN. _____              SIGN. _____
          NAME _____               NAME _____

          SIGN. _____              SIGN. _____
          NAME _____               NAME _____

          SIGN. _____              SIGN. _____
          NAME _____               NAME _____

          SIGN. _____              SIGN. _____
          NAME _____               NAME _____

          SIGN. _____              SIGN. _____
          NAME _____               NAME _____

          SIGN. _____              SIGN. _____
          NAME _____               NAME _____

BB000779

```
NIDA SYSTEM SAP DRUG SCREEN                                        NDABWP01
WORKLIST: TXNSAP2   LOAD: 0529007              05/29/2003 2:13P PAGE: 5
 BUILT: 05/29/2003  2:00 PM  BY: LVNED01 CUPS: 1-46
                    2:08 PM  BY: LVNED01 CUPS: 47-79
  TOTE NUMBER:  01851

ENT BY:_____ REL BY:_____

SEQ              INSTR ID  ACN           PARTICIPANT           UC ORDERED
===============  ========  ===========   ====================  ==================

  47             2317      047425H       2552259               39434N
```

BB000780

INSTRUMENT: 501    WORKLIST: TXNSAF2 Load:/0529007    01/29/2003 1:59:30 PM
      All calibrator absorbance values are in Range.
      Open QC OK
      Blind QC OK

Reviewed and Verified by _____    Date 5/29/03.

CUP ACCESSION   PART-ID  INST-ID                                                    COMMENTS
--- ---------  --------- -------

  1 >BELOW THRESHOLD           AMP      = (0.500) DARB    = (0.595) BENZ    = (0.718)      QC ID = 0521
                               COC      = (0.819) T50     = (0.758) T20     = (2.175)
                               METD     = (0.796) METH    = (0.865) OPI2K   = (0.923)
                               PCP      = (0.746) PROP    = (0.607) CREA    = (14.0)
                               CREAR    = (14.0) PH       = (6.90) PHE     = (6.90)
                               NITHRAW =    (0)

INSTRUMENT: 501     WORKLIST: TXXSAP2 Load: 0529007     05/29/2003 5:55:30 PM
    All calibrator absorbance values are in Range.
    Open AC OK
    Blind AC OK

Reviewed and Verified by _____   Date: ___/___/_____

CUP ACCESSION    PART-ID  INST-ID                                                              COMMENTS
--- ---------    -------- --------                                                             ---------
                          CARB     = (0.000) BENZ     = (-0.031) CNC      = (0.028) :     AC ID = ACH
                          T20      = (2.324) METO     = (-0.013) METO     = (-0.028)
                          OPI      = (0.902) PCP      = (0.049) PROP      = (-0.022)


  47    047425H   2552259 2317     NITRAL = (NEGATIVE) :

BB000782

Laboratory Internal Chain of Custody

Worklist TXHP4

(Steroids)

BB000783

| | SIGN. | SIGN. | |
| | NAME | NAME | VICTOR URALETS |
| | SIGN. | SIGN. | |
| | NAME | NAME | MAY 3 1 2003 |
| | SIGN. | SIGN. | |
| | NAME | NAME | |

BB000784

HRAMP4   RAM      T/E QUANT   DNR

NO COLLECTION SITE INFO GIVEN

29              047425H   2552259                    51015032          0085189
WS Not Defined ____

          RT _____        IR#1 _____        IR#2 _____        QUANT ____

ANABOL    _____      MASK    _____      CLEN    DNR        PRO    DNR

NANM    DNR        BOLDM   DNR        DIANM   DNR        METENM   DNR

FLUOXM  DNR        MESTM   DNR        METHYM  DNR        TRENM   DNR

^NDATWP06
WORKLIST: TXHP4    LOAD: 0529001 PROCEDURE IV - ANABOLIC AGENTS SCREEN 05/29/2003
5:48P PAGE: 16

SEQ     DEPT ID  ACCESSION PATIENT NAME              CLIENT #          REQ #
        EMIT 2ND SCRN  DIL  ORD UC
======= =========  ====  =======   ======================================   ================   ==========
==  =====  ==========   ====  =======

29              047425H   2552259                    51015032          0085189
WS Not Defined ____

          RT _____        IR#1 _____        IR#2 _____        QUANT ____

ANABOL    _____      MASK    _____      CLEN    DNR        PRO    DNR

NANM    DNR        BOLDM   DNR        DIANM   DNR        METENM   DNR

FLUOXM  DNR        MESTM   DNR        METHYM  DNR        TRENM   DNR

MIBOLM  DNR        METANM  DNR        DROSM   DNR        BOLAM   DNR

CLOSTM  DNR        OXANM   DNR        NORETM  DNR        OXMTM   DNR

OXYMES  DNR        DHCMTM  DNR        FORMM   DNR        FURAZM  DNR

STANM   DNR        T/E RATIO  DNR        DHT    DNR        REM1   DNR

HRAMP4  RAM        T/E QUANT  DNR

CONTINUED
                                              T/E QUANT   DNR

30              047434H   2551643                    51015032          0085425
WS Not Defined ____

          RT _____        IR#1 _____        IR#2 _____        QUANT ____

ANABOL    _____      MASK    _____      CLEN    DNR        PRO    DNR

NANM    DNR        BOLDM   DNR        DIANM   DNR        METENM   DNR

BB000785

GC/MS Autotune

BB000786

5973 Autotune

Instrument: GCMS # 12
Fri May 30 14:35:42 2003

D:\MSDCHEM\1\5973N\ATUNE.U

| Mass | 69.00 | Mass | 219.00 | Mass | 502.00 |
|------|-------|------|--------|------|--------|
| Ab | 494738 | Ab | 230564 | Ab | 25308 |
| Pw50 | 0.61 | Pw50 | 0.62 | Pw50 | 0.62 |

| Ion Pol | | POS | MassGain | 490 |
|---------|---|-----|----------|-----|
| | | | MassOffs | -8 |
| Emission | 34.6 | | AmuGain | 2415 |
| EleEnergy | 69.9 | | AmuOffs | 133 |
| Filament | | 2 | Wid219 | 0.002 |
| | | | DC Pol | NEG |
| Repeller | 34.81 | | | |
| IonFocus | 90.2 | | HED | ON |
| EntLens | 14.0 | | EMVolts | 1212 |
| EntOffs | 19.07 | | | |
| | | | Samples | 8 |
| PFTBA | | OPEN | Averages | 3 |
| | | | StepSize | 0.10 |
| Zones: | | | | |
| MS Source | | 230 | Foreline | 74 |
| MS Quad | | 150 | | |



Scan: 10.00 - 700.00 Samples: 8 Thresh: 100 Step: 0.10
200 peaks  Base: 69.00  Abundance: 431360

| Mass | Abund | Rel Abund | Iso Mass | Iso Abund | Iso Ratio |
|------|-------|-----------|----------|-----------|-----------|
| 69.00 | 431360 | 100.00 | 70.00 | 5822 | 1.35 |
| 219.00 | 211200 | 48.96 | 220.00 | 9120 | 4.32 |
| 502.00 | 22408 | 5.19 | 503.00 | 2408 | 10.75 |

BB000787

Steroid Positive Control

BB000788

Quant Profile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\STERSTD2.D          Vial: 44
Acq On    : 31 May 2003  12:01 am                        Operator: ds
Sample    : STD 0529001                                  Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA
```

Quant Method :   (RTE Integrator)



STERSTD2.D   TXH P4.M          Sat May 31 00:09:27 2003               Page 1

BB000789

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\STERSTD2.D          Vial: 44
Acq On    : 31 May 2003  12:01 am                        Operator: ds
Sample    : STD 0529001                                  Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA

Quant Method :  (RTE Integrator)
```



BB000790



QuantProfile Report

Data File : D:\MSDCHEM\1\DATA\0530HP4\STERSTD2.D          Vial: 44
Acq On    : 31 May 2003  12:01 am                        Operator: ds
Sample    : STD 0529001                                  Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA

Quant Method :  (RTE Integrator)

STERSTD2.D   TXH P4.M      Sat May 31 00:09:28 2003              Page 3

BB000791

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\STERSTD2.D          Vial: 44
Acq On    : 31 May 2003  12:01 am                        Operator: ds
Sample    : STD 0529001                                  Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA
```

Quant Method :  (RTE Integrator)

'OH-Stanozolol metabs.   Stanozolol metabolite



BB000792

Steroid Negative Control

BB000793



| Time--> | 3.90 4.00 4.10 4.20 4.30 4.40 | Time--> | 3.90 4.00 4.10 4.20 4.30 4.40 | Time--> | 3.80 | 4.00 | 4.20 | 4.40 |
|---|---|---|---|---|---|---|---|---|
| DHA, Boldenone M | | Androsterone/ Etiochol. | | Drostanolone metabolite | | | | |

DHA, Boldenone M — 432/275/290

Androsterone/ Etiochol. — 434/432/256

Drostanolone metabolite — 448/343

NEG2.D   TXH P4.M        Sat May 31 00:19:33 2003                    Page 1

BB000794

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\NEG2.D          Vial: 45
Acq On    : 31 May 2003  12:11 am                     Operator: ds
Sample    :                                           Inst    : GCMS # 12
Misc      :                                           Multiplr: 1.00
MS Integration Params: NA
```

Quant Method :  (RTE Integrator)



BB000795

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\NEG2.D          Vial: 45
Acq On    : 31 May 2003  12:11 am                     Operator: ds
Sample    :                                           Inst    : GCMS # 12
Misc      :                                           Multiplr: 1.00
MS Integration Params: NA
```

Quant Method :   (RTE Integrator)



NEG2.D   TXH P4.M      Sat May 31 00:19:34 2003                      Page 3

BB000796

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\NEG2.D
Acq On    : 31 May 2003  12:11 am
Sample    :
Misc      :
MS Integration Params: NA
```

Vial: 45
Operator: ds
Inst     : GCMS # 12
Multiplr: 1.00

Quant Method : (RTE Integrator)

'OH-Stanozolol metabs.  Stanozolol metabolite



BB000797

Steroid Water Control

BB000798

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\WATER2.D          Vial: 46
Acq On    : 31 May 2003  12:21 am                       Operator: ds
Sample    :                                             Inst    : GCMS # 12
Misc      :                                             Multiplr: 1.00
MS Integration Params: NA
```

Quant Method :  (RTE Integrator)



WATER2.D   TXH_P4.M      Sat May 31 00:29:41 2003                    Page 1

BB000799

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\WATER2.D          Vial: 46
Acq On    : 31 May 2003  12:21 am                   Operator: ds
Sample    :                                         Inst    : GCMS # 12
Misc      :                                         Multiplr: 1.00
MS Integration Params: NA
```

Quant Method : (RTE Integrator)



BB000800

BB000801

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\WATER2.D          Vial: 46
Acq On    : 31 May 2003  12:21 am                      Operator: ds
Sample    :                                            Inst    : GCMS # 12
Misc      :                                            Multiplr: 1.00
MS Integration Params: NA
```

Quant Method : (RTE Integrator)

'OH-Stanozolol metabs.   Stanozolol metabolite

BB000802

Specimen Acc. # 047425H

BB000803

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D        Vial: 75
Acq On    : 31 May 2003   5:16 am                      Operator: ds
Sample    :                                            Inst    : GCMS # 12
Misc      :                                            Multiplr: 1.00
MS Integration Params: NA

Quant Method :  (RTE Integrator)
```



BB000804

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On    : 31 May 2003   5:16 am                        Operator: ds
Sample    :                                              Inst    : GCMS # 12
Misc      :                                              Multiplr: 1.00
MS Integration Params: NA
```

Quant Method :  (RTE Integrator)



BB000805

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On    : 31 May 2003   5:16 am                        Operator: ds
Sample    :                                               Inst    : GCMS # 12
Misc      :                                               Multiplr: 1.00
MS Integration Params: NA
```

Quant Method :   (RTE Integrator)



BB000806

QuantProfile Report

```
Data File : D:\MSDCHEM\1\DATA\0530HP4\047425H.D          Vial: 75
Acq On     : 31 May 2003   5:16 am                       Operator: ds
Sample     :                                             Inst    : GCMS # 12
Misc       :                                             Multiplr: 1.00
MS Integration Params: NA
```

Quant Method :  (RTE Integrator)

'OH-Stanozolol metabs.  Stanozolol metabolite



BB000807

Laboratory Report

Acc. # 047425H
Spec. I.D. # 0085189
Donor I.D. 2552259

BB000808

51015022 MMEDVROUTE/STOP: XXXXXXX
C01 BOS

PO BOX 3247
LONG BEACH, CA  90803

2552259

00057009 047P42SM                    05202003 01:00PM 05292003 05:312003 C.194PM MARCH
(Client Site Location:
REASON FOR TEST: NOT SPECIFIED
DONOR ID VERIFIED: EMPLOYER REPRESENTATIVE

**FINAL**

| Tests Ordered: | 39V5NR (BUS PROFILE I W/RIT) | |
|---|---|---|
| Integrity Checks | | Acceptable Range |
| CREATININE | 286.3 mg/dl | >20 mg/dl |
| NITRITES | Negative | |
| pH | 6.6 | 4.5-8.9 |
| Anabolic Agents | | |
| ANABOLIC AGENTS | Negative | |
| Masking Agents | | |
| MASKING AGENTS | Negative | |
| Drug Class Tested | | |

Anabolic Agents:

Anabolic Agents:

Boldesterone Metabolite, Boldenone Metabolite, Clenbuterol,
Clostebol Metabolite, DHCG!
Dehydrochloromethyltestosterone) Metabolite,
Dihydrotestosterone, Drostanolone &/or Metabolite,
Ethisterone/Methandriol &/or Metabolite, Fluoxymesterone,
Mesterolone &/or Metabolite, Metandienone/Dianabol,
Methenolone, &/or Metabolite, Methandrol,
Methandrostenolone) Metabolite, Methandriol &/or
Metabolite, Nilutamide &/or Metabolite, Methyltestosterone
Norandrostenediol (Norandrostenediol Metabolite), Nandrolone?
L/or Metabolite, Mibolerone Metabolite, Oxandrolone
Stanozolol Metabolite, Oxymesterone, Oxandrolone Metabolite,
Androstenediol/DHEA (L/2 Ratio 7 6), Trenbolone Metabolite

Masking Agents:
Probenecid

CERTIFYING SCIENTIST: MOHAMMAD GHAZIZADEH
>> REPORT CONTINUED ON NEXT PAGE <<

MS1

BB000809

CONTINUED REPORT

STOTS012 RRER/ROUTE/STUD: XXXXXXX
COT BOS

PO BOX 3247
LONG BEACH, CA 90803

2552259
2

DONOR ID VERIFIED: EMPLOYER REPRESENTATIVE
REASON FOR TEST: NOT SPECIFIED
Client Site Location:
DONST109    05282003 04:03PM 05292003 05312003 6:44PM

FINAL

SPECIMEN RECEIVED AND PROCESSED IN THE LAS VEGAS DHHS CERTIFIED LABORATORY.

LAB:
Quest Diagnostics Inc-Las Vegas
4230 South Burnham
Las Vegas NV 89119

>> END OF REPORT <<

BB000810

Certifying Scientist Resume

BB000811

# MOHAMMAD R GHAZIZADEH

225 S Stephanie St                                                          (702) 492-6080 (H)
Henderson, Nevada 89012

## Objective:

A challenging position in an analytical/or research laboratory.

## SUMMARY:

- Over 15 years Clinical Laboratories / Toxicology experience
- Master degree in Science/ Analytical Chemistry
- Bachelors degree in Science/ Pharmacy
- Comprehensive background in all phases of Clinical Laboratories
- Experienced with a variety of Toxicology devices such as GC/MS, TDX, Hitachi, Cobas
- Able to thoroughly research and review analytical data
- Bring projects to completion under budget deadlines

## Employment:

SmithKline Beecham Clinical Laboratories / Quest Diagnostics, Dallas, Texas
October 1988-July 2001.
Quest Diagnostics, Las Vegas, Nevada    January 2003-Present .

### GC/MS Analyst/ Lead Technologist:

Forensic Toxicology. Responsible for operation and maintenance of Hewlett-Packard GC/MS system. Duties included data analysis, method development, quality assurance/ quality control, standard operating procedures, and training personnel.

### Lead Certifying Scientist, Forensic Toxicology:

Responsible for Certification of Positive and Negative Forensic drug screens. Duties included review of analytical data, assure compliance with standard operating procedures, answer technical questions for clients and Medical Review Officers, and help in revision of SOP. I serve as an expert witness and technical resource for SBCL/ Quest Diagnostics external customers.

BB000812

Teaching Assistant, University of Louisiana, Monroe, Louisiana    September 1986-
December 1988

Supervised undergraduate students with AA, HPLC, and Thermospray LC/MS/MS in
Chemistry Lab.

Education:

Northeast Louisiana University
Master of Science/ Analytical Chemistry, 1990

Thesis Title: Solid –Phase Extraction and Thermospray LC/MS/MS for the detection of
Marihuana and its Major Metabolite.

Northeast Louisiana University
Bachelors of Science / Pharmacy, 1984

Certified Toxicological Chemist
National Registry in Clinical Chemistry, certification No.2289, 1992.

Athletic Scholarship for Soccer, 1980-1984.

BB000813

Responsible Person Resume

BB000814

# Victor Uralets, Ph.D.

Dr. Uralets received a Doctorate Degree in Organic Chemistry from The Institute of Organoelement Compounds of the Academy of Sciences of the USSR in 1972. He completed a Post Doctoral Fellowship in Analytical Instrumental Analysis at the Eindhoven Technical University in the Netherlands in 1978.

Following graduation from the Moscow University Victor Uralets was engaged in a project on "synthetic food" as a research scientist in the Institute of Organoelement compounds and was particularly focused on detection and identification of volatile food flavor components.

Since 1980 Dr. Uralets has held positions as a Senior Analyst and Scientific Director in the Olympic laboratory Moscow (Anti-Doping Center), which provided full range of athletic drug testing mandated by the International Olympic Committee.

Since 1992 Dr. Uralets is a Director of Sports Testing in San Diego, CA, laboratory for Nichols Institute and its successor companies: Corning Clinical Laboratories and Quest Diagnostics Incorporated.

Dr. Uralets is currently (since February 2003) a Technical Director in the Las Vegas Quest Diagnostics CHW laboratory and is responsible for Sports and HPP drug testing.

BB000815

FAXER: QUEST DIAGNOSTICS At 6- -2003 17:24 Page 3

```
41125218  AREA/ROUTE/STOP:  XXXXXXX
BALCO LABORATORY
ATTN:   VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA   94010
```

**FAX**
**LABORATORY REPORT**



**Quest Diagnostics**

| PARTICIPANT NAME | | PARTICIPANT ID | | ROOM NO. | | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|---|
| 100572 | | | | | | | | | |

| PAGE | REQUISITION NO | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|---|
| 1 | 9009147 | 048757H | | 05302003 | | 06022003 | 06062003 | 3:15PM |

REMARKS Client Site Location:
REASON FOR TEST: NOT GIVEN
DONOR ID VERIFIED:

| REPORT STATUS | | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | FINAL | | IN RANGE | OUT OF RANGE | | | |

REPORT FOR:           BALCO LABORATORY - 41125218
                      ATTN:  VICTOR CONTE
                      1520 GILBRETH RD
                      BURLINGAME, CA   94010

Tests Ordered:  38289N (STEROID 1 W/NIT)

Integrity Checks                                          Acceptable Range

  CREATININE          223.7 mg/dL                          >20 mg/dL
  NITRITES            Negative
  pH                  6.7                                  4.5-8.9

Anabolic Agents

ANABOLIC AGENTS       Negative

Masking Agents

MASKING AGENTS        Negative

Drug Class Tested


    Anabolic Agents:

    Bolasterone Metabolite, Boldenone Metabolite, Clenbuterol,
    Clostebol Metabolite, Danazol &/or Metabolite, DHCMT
    (Dehydrochloromethyltestosterone) Metabolite,
    Dihydrotestosterone, Dromostanolone &/or Metabolite,
    Ethylestrenol/Norethandrolone Metabolite, Fluoxymesterone
    Metabolite, Formebolone Metabolite, Furazabol Metabolite,
    Mesterolone &/or Metabolite, Methandienone (Dianabol,
    Methandrostenolone) Metabolite, Methandriol &/or
    Metabolite, Methenolone &/or Metabolite, Methyltestosterone
    Metabolite, Mibolerone Metabolite, Nandrolone/
    Norandrostendione/Norandrostendiol Metabolite, Oxandrolone
    &/or Metabolite, Oxymesterone, Oxymetholone Metabolite,
    Stanozolol Metabolite, Testosterone/Androstendione/
            >> REPORT CONTINUED ON NEXT PAGE <<

BB000123

FAXER: QUEST DIAGNOSTICS At 5-  2003 17:24 Page 4




**FAX**
**LABORATORY REPORT**

Quest
Diagnostics
CONTINUED REPORT

41125218 AREA/ROUTE/STOP: XXXXXXX
BALCO LABORATORY
ATTN:  VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA  94010

| PARTICIPANT NAME | | PARTICIPANT ID | | ROOM NO. | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|
| 100572 | | | | | | | | |

| PAGE | REQUISITION NO | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | 9009147 | 048757H | | 05302003 | 06022003 | 06062003 | 3:15PM |

REMARKS Client Site Location:
REASON FOR TEST: NOT GIVEN
DONOR ID VERIFIED:

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

REPORT FOR:            BALCO LABORATORY - 41125218
                       ATTN:  VICTOR CONTE
                       1520 GILBRETH RD
                       BURLINGAME, CA  94010


Drug Class Tested

    Androstendiol/DHEA (T/E Ratio > 6), Trenbolone Metabolite

  Masking Agents:
  Probenecid, Epitestosterone (> 200 ng/mL)

      CERTIFYING SCIENTIST: CAROL ANDERSON

SPECIMEN RECEIVED AND PROCESSED IN THE LAS VEGAS DHHS CERTIFIED LABORATORY.

LAB:      Quest Diagnostics Inc-Las Vegas
          4230 South Burnham
          Las Vegas NV 89119

                       >> END OF REPORT <<

7-4112

BB000124

From: Rhonda Cole 770 252 0063 To: BLUE

05/02/2003  13:48  +

PAGE  03



# GROUP COLLECTION LOG

## MAJOR LEAGUE BASEBALL'S
### JOINT DRUG PREVENTION AND TREATMENT PROGRAM

Date: _____  Team: __ Atlanta Braves

Testing Site: _____

The following individuals have consented to the request for collection of a urine specimen on the ___3___ day of ___J___, 2003, and by their signature below hereby acknowledge that they have been advised of the requirement that they be tested for prohibited substances pursuant to the MLB Joint Drug Prevention and Treatment Program, and that if they fail without good cause to give a specimen, they will be treated as if their specimen had tested positive.

| Sheffield, Gary | 2560895 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

I certify that I have witnessed the above signatures:

SIGNATURE OF TEAM REPRESENTATIVE

I have received the copies of the foregoing:

SIGNATURE OF COLLECTOR

Page 1 of



**UCLA Olympic Analytical Laboratory**
**UCLA School of Medicine**
**2122 Granville Ave Los Angeles CA 90025**

**WADA Accredited**      **Phone (310) 825-2635     FAX (310) 206-9077**



**ISO/IEC 17025**
**Biological Testing**
**Certificate: 1420-01**

**CONFIDENTIAL**
**DRUG TESTING REPORT ZZ2315(7H406)**

May 11, 2006

IRS-CI
Attn: Special Agent Jeff Novitzky
55 South Market Street, Suite 815
San Jose, CA 95113

**UCLA CODE: ZZ2315 7H406**
**Specimen Number: 052517**

The laboratory analyzed the urine specimen listed above for anabolic androgenic steroids, masking agents, and anti-estrogenic compounds.

**ANALYTICAL FINDINGS:** The urine sample identified above contains clomiphene and tetrahydrogestrinone(THG). The screen TE ratio of the urine sample is approximately 2.7. The IRMS measurements of 5$\beta$-androstanediol, 5$\alpha$-androstanediol, and 5$\beta$-pregnanediol are -26.4, -26.8, and -21.2‰ (per mil) respectively; these IRMS data are outside of our normal ranges.

Please let us know if we may be of further service to you on this matter or any related issue.

Don H. Catlin, M.D
Director

This report shall not be reproduced except in full, without the written approval of the laboratory.

Page 1 of 1

BB000713

FORENSIC DRUG TESTING CUSTODY AND CONTROL FORM



Quest Diagnostics
800-877-7484

5101502    0085157 SPECIMEN ID NO.

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE** LAB ACCESSION NO.

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

C. Donor SSN or Employee I.D. No.

D. Donor Name: Last: _____ First: _____

E. Donor ID Verified: ☐ Photo ID ☑ Emp. Rep.

F. Reason for Test: ☐ Pre-employment (1) ☐ Random (3) ☐ Reasonable Suspicion/Cause (5) ☐ Post-Accident (2) ☐ Promotion (22) ☐ Return to Duty (6) ☐ Follow-up (23) ☑ Other (specify) (99) _____

G. Drug Tests to be Performed:

H. Collection Site Name: _____ Collection Site Code: _____
Address: _____ Collector Phone No.: _____
City, State and Zip: _____ Collector Fax No.: _____

**STEP 2: COMPLETED BY COLLECTOR**

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☑ Yes ☐ No, Enter Remark

Specimen Collection: ☑ Split ☐ Single ☐ None Provided (Enter Remark) ☑ Observed (Enter Remark)

REMARKS

**STEP 3:** Chain of Custody - INITIATED BY COLLECTOR AND COMPLETED ON COPY 2.
**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable requirements.

X _____ Signature of Collector    Time of Collection ☐ AM ☐ PM

_____ (Print) Collector's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**SPECIMEN BOTTLE(S) RELEASED TO:**
☐ Quest Diagnostics Courier ☐ FedEx
☐ Airborne ☐ Other _____
Name of Delivery Service Transferring Specimen to Lab

**RECEIVED AT LAB:** X _____ Signature of Accessioner

_____ (Print) Accessioner's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**Primary Specimen Bottle Seal Intact**
☐ Yes
☐ No, Enter Remark Below

**SPECIMEN BOTTLE(S) RELEASED TO:**

**STEP 5: COMPLETED BY MEDICAL REVIEW OFFICER (IF REQUIRED)**

I have reviewed the laboratory results for the specimen identified by this form in accordance with applicable requirements. My determination/verification is:
☐ Negative ☐ Positive ☐ Test Not Performed ☐ Test Cancelled    REMARKS _____

_____ (PRINT) Medical Review Officer's Name (First, MI, Last)    Signature of Medical Review Officer    Date (Mo. / Day / Yr.)

**STEP 6: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information and numbers provided on this form and on the label affixed to each specimen bottle is correct.

X _____ Signature of Donor    _____ (PRINT) Donor's Name (First, MI, Last)    6/4/03 Date (Mo./Day/Yr.)

Daytime Phone No. _____    Evening Phone No. _____    Date of Birth _____ Mo. Day Yr.

BB000715

For record, the samples from UCLA folder number ZZ 2040 lab code 2FT were hand delivered to
UCLA Olympic Laboratory on 5/5/04 and were received by Brian Bishop. The samples were
received at room temperature.

Brian Bishop

## RECEIVING CHECKLIST

The samples are from (circle): DOD*    NCDFS    NFL    UCLA    UNIV*

USADA    (OTHER)    INTERNAL    SPEC*
*DETAIL Government

UCLA Code: __2FT__    Client Folder#: ZZ 2040
Sport: Subject

Check ALIQUOT.SOP appendix A for MENU: (circle)

I    EMIT    II    CF    SMART    DIU    COC    COC    THC    THC    OPI
ONTRAK    ONTRAK    ONTRAK

AMPH    B-BLOCKERS    BBII    B2AG    HCG    HRMS    THG    EPO

SP: _____
(TRIAGE,BLOOD,PILL,etc.)

See ALIQUOT.SOP for a description of what to aliquot based on the menu.
Total number of samples: __5__    circle type of kits used  Berlinger  Versapak
NCDF (1999 type); USADA (1999 type,
versakit)  DOD type(plastic bottle
with a white screw cap and an intact
red tape over the cap)
Other) Mini - NLDF tyac bottles

Total number of QC's: __—__ (if needed, add 1 for HQC)

Total number of Cal's: __—__ (if FULL IOC menu, USADA (OOC & IC).

If batched, Group Code: _____    Client, Folder #: _____
Email all parties concerned.

Initial the items below as they are completed.

____ Pos HCG QC added. **Check HCG QC log.**

____ HQC added and e-mailed all parties concerned.

____ Manifest, if there is one, folder # in upper right corner, lab
code #'s blank rows crossed out.

__BB__ Folder preparation (shipping air bill, Batch Chain of Custody
form, Receiving Checklist, Sample Custody-Documentation of Seal
Integrity form, (ASF's/Official Record's) QC forms , and other
paperwork included).

____ DDIMS STEP 7 corrected. Menu double checked. Samples not
aliquotted are entered as "X" in all assays. SPECIAL ALIQUOT
FORM is double checked against DDIMS STEP 7 entries.

____ Receiving group folder data-entry completed.

____ "A" and "B" samples stored. Describe (circle): COLDROOM
POS FREEZER. Other:_____ FRIDGE #16,#17,#18,#19,29.

form approved _Av 3/31/04_    PAGE 1 OF 2

BB000721

UCLA OLYMPIC ANALYTICAL LABORATORY

## SAMPLE CUSTODY - DOCUMENTATION OF SEAL INTEGRITY
(IRS-CID BAG)

FOLDER ZZ2040

| UCLA CODE | BOTTLE NUMBER | A * | B * | If not intact, describe below |
|-----------|---------------|-----|-----|-------------------------------|
| 2FT01 | 0 | O | O | |
| 2FT02 | 0 | O | O | |
| 2FT03 | 0085174 | X | X | |
| 2FT04 | 0085159 | X | X | |
| 2FT05 | 0113293 | X | X | |
| 2FT06 | 0085157 | X | X | |
| 2FT07 | 0085418 | X | X | |
| 2FT08 | 0 | O | O | |

\* Instructions: Verify by "X" that the custody of each specimen is intact.
If not intact, record "NO" and describe in the space provided.
Note: Entries for internal QC are listed as "O".

The above samples were received in the condition stated above.

Signature _____ Date 5/7/04

Print_____ Brian Bishop _____ Time 5:11 pm

Verified by (initials and date) _____

BB000722

Sample Identification and Chain of Custody

| Bottle Number | Original Code |
|---------------|---------------|
| 52511 | QCN237 |
| 52512 | 2FT03 |
| 52513 | QCN224 |
| 52517 | 2FT06 |
| 52524 | 2FT04 |
| 52525 | 2FT05 |
| 52526 | QCN235 |
| 52527 | 2FT07 |

Each 2FT sample consisted of an A and B container, the contents of which were transferred to an A and B bottle, respectively. Each QCN was poured into an A and B bottle.

Yvonne Chambers transferred the samples and verified each Bottle Number and corresponding Original Code and then passed custody to Paul Scott.

Paul Scott witnessed the transfer and independently verified each Bottle Number and corresponding Original Code and then took custody of the bottles.

Yvonne Chambers
March 1, 2006

Paul Scott
March 1, 2006

BB000723

FROM: QUEST DIAGNOSTICS AT ... 7N-2003 16:52 Page 1

FAX
LABORATORY REPORT



Quest
Diagnostics

```
41125218 AREA/ROUTE/STOP: XXXXXXX
BALCO LABORATORY
ATTN:  VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA  94010
```

| PARTICIPANT NAME | | PARTICIPANT ID | | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| 100573 | | | | | | | |

| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 9006589 | 050715H | | 06052003 | 06062003 | 06102003 | 2:47PM |

REMARKS Client Site Location:
REASON FOR TEST: UNKNOWN
DONOR ID VERIFIED: UNKNOWN

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

REPORT FOR:
BALCO LABORATORY - 41125218
ATTN:  VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA  94010

Tests Ordered:  39289N (STEROID 1 W/NIT)

Integrity Checks                                        Acceptable Range

CREATININE                  125.7 mg/dL                 >20 mg/dL
NITRITES                    Negative
pH                          5.3                          4.5-8.9

Anabolic Agents

ANABOLIC AGENTS             Negative

Masking Agents

MASKING AGENTS              Negative

Drug Class Tested

   Anabolic Agents:

      Bolasterone Metabolite, Boldenone Metabolite, Clenbuterol,
      Clostebol Metabolite, Danazol &/or Metabolite, DHCMT
      (Dehydrochloromethyltestosterone) Metabolite,
      Dihydrotestosterone, Dromostanolone &/or Metabolite,
      Ethylestrenol/Norethandrolone Metabolite, Fluoxymesterone
      Metabolite, Formebolone Metabolite, Furazabol Metabolite,
      Mesterolone &/or Metabolite, Methandienone (Dianabol,
      Methandrostenolone) Metabolite, Methandriol &/or
      Metabolite, Methenolone &/or Metabolite, Methyltestosterone
      Metabolite, Mibolerone Metabolite, Nandrolone/
      Norandrostendione/Norandrostendiol Metabolite, Oxandrolone
      &/or Metabolite, Oxymesterone, Oxymetholone Metabolite,
      Stanozolol Metabolite, Testosterone/Androstendione/
         >> REPORT CONTINUED ON NEXT PAGE <<

BB000143



FAX
LABORATORY REPORT



Quest
Diagnostics
CONTINUED REPORT

```
41125218  AREA/ROUTE/STOP:  XXXXXXX
BALCO LABORATORY
ATTN:   VICTOR CONTE
1520 GILBRETH RD
BURLINGAME, CA  94010
```

| PARTICIPANT NAME | | PARTICIPANT ID | | ROOM NO | AGE | SEX | PHYSICIAN | | |
|---|---|---|---|---|---|---|---|---|---|
| 100573 | | | | | | | | | |

| PAGE | REQUISITION NO | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | 9008599 | 050715H | | 06052003 | 06062003 | 06102003 | 2:47PM |

REMARKS Client Site Location:
REASON FOR TEST: UNKNOWN
DONOR ID VERIFIED: UNKNOWN

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE | SITE |
|---|---|---|---|---|---|---|
| FINAL | | IN RANGE | OUT OF RANGE | | RANGE | CODE |

REPORT FOR:     BALCO LABORATORY - 41125218
                ATTN:  VICTOR CONTE
                1520 GILBRETH RD
                BURLINGAME, CA  94010


Drug Class Tested

    Androstendiol/DHEA (T/E Ratio > 6), Trenbolone Metabolite

    Masking Agents:
    Probenecid, Epitestosterone (> 200 ng/mL)

    CERTIFYING SCIENTIST  CAROL ANDERSON

SPECIMEN RECEIVED AND PROCESSED IN THE LAS VEGAS DHHS CERTIFIED LABORATORY.

LAB:     Quest Diagnostics Inc-Las Vegas
         4230 South Burnham
         Las Vegas NV 89119

                       >> END OF REPORT <<

BB000144



## St. Joseph's Hospital and Medical Center CHW

350 WEST THOMAS ROAD
Phoenix, AZ 85013
Phone: (602)406-3410

**LABORATORY DISCHARGE REPORT**
(Discard daily and weekly reports)

MR  : (0000)0104-82-47
ACCT: 77572238
NAME: **BONDS, BARRY**
AGE :   39 YRS          SEX  :  M
LOC :                   ROOM :  2T22
PHYSICIAN: FITZGERALD, JOHN W

09/23/03    0022
ADMIT: 08/31/03                    DISCHARGED:  09/01/2003

## HEMATOLOGY

DATE:  08/31/03
TIME:    1830

|  |  | REFERENCE | UNIT |
|---|---|---|---|
| **COMPLETE BLOOD COUNT** |  |  |  |
| PLATELET | 308 | 150-450 | TH/UL |
| WBC | 12.3H | 3.6-11.1 | TH/UL |
| RBC | 5.23 | 4.27-5.73 | MIL/UL |
| RBC (06/04/03 -- Current) |  |  |  |
| HEMOGLOBIN | 14.0 | 12.9-16.1 | GM/DL |
| HEMATOCRIT | 41.4 | 37.7-51.3 | % |
| MCV | 79 | 79-95 | FL |
| MCH | 26.7L | 28.0-32.0 | PG |
| MCHC | 33.8 | 32.0-36.0 | GM/DL |
| RDW | 15.6H | 11.5-14.5 | UNITS |
| POLYS % (AUTO) | 54.2 | 46.0-65.0 | % |
| LYMPHS % (AUTO) | 39.3H | 25.0-35.0 | % |
| MONO % (AUTO) | 5.4 | 1.0-10.0 | % |
| EOS % (AUTO) | 0.7 | 0.0-5.0 | % |
| BASOS % (AUTO) | 0.4 | 0.0-1.0 | % |
| POLYS ABS | 06.7 | 02.0-08.0 | TH/UL |
| LYMPHS ABS | 4.8H | 1.5-4.0 | TH/UL |
| MONOS ABS | 0.7 | 0.1-2.0 | TH/UL |
| EOS ABS | 0.1 | 0.0-0.7 | TH/UL |
| BASOS ABS | 0.0 | 0.0-0.2 | TH/UL |
| SLIDE REVIEWED | SCANDONE |  |  |

## CHEMISTRY

DATE:  08/31/03
TIME:    1830

|  |  | REFERENCE | UNIT |
|---|---|---|---|
| **CHEMISTRY PANELS** |  |  |  |
| SODIUM | 139 | 134-144 | MEQ/L |
| POTASSIUM | 3.8 | 3.6-5.1 | MEQ/L |
| CHLORIDE | 112H | 101-111 | MEQ/L |
| CO2 | 23f | 22-32 | MEQ/L |
| BUN | 22 | 8-24 | MG/DL |
| BUN (03/18/03 -- Current) |  |  |  |
| PLEASE NOTE NORMAL RANGE CHANGED FOR AGES > 5 YEARS OLD ON 03-18-2003. |  |  |  |
| CREATININE | 1.6H | 0.7-1.2 | MG/DL |
| GLUCOSE | 93 | 74-118 | MG/DL |
| ANION GAP | 4Lf | 7-15 |  |

L = Low; H = High, f = Footnote
CO2............ 08/31/03 1830 CORRECTED FROM    28 ON 08/31/03  AT 2000 BY CGUNNING
ANION GAP...... 08/31/03 1830 CORRECTED FROM    -1 ON 08/31/03  AT 2000 BY CGUNNING
MR-48C (10/98)                    CONTINUED                              PAGE    1
ROY IAN DAVIS, M.D.-MEDICAL DIRECTOR                E. SMITH COLLUM, M.D. - DIREC
CHAIRMAN OF DEPARTMENT OF PATHOLOGY                 CLINICAL LABORATORY SERVI



St. Joseph's Hospital
and Medical Center
CHW

**LABORATORY DISCHARGE REPORT**
(Discard daily and weekly reports)

350 WEST THOMAS ROAD
Phoenix, AZ 85013
Phone: (602)406-3410

MR  : **(0000)0104-82-47**
ACCT: **77572238**
NAME: **BONDS, BARRY**
AGE :    39 YRS          SEX  :   M
LOC :                    ROOM :   2T22
PHYSICIAN:  FITZGERALD, JOHN W

09/23/03    0022
ADMIT:  08/31/03                    DISCHARGED:  09/01/2003

# CHEMISTRY

DATE:  08/31/03
TIME:    1830

| CHEMISTRY PANELS | | REFERENCE | UNIT |
|---|---|---|---|
| CALCIUM | **8.0L** | 8.9-10.3 | MG/DL |
| TOTAL PROTEIN | **5.6L** | 6.1-7.9 | G/DL |
| ALBUMIN | **2.9L** | 3.5-4.8 | G/DL |
| ALK PHOS | 44 | 38-126 | U/L |
| BILIRUBIN TOTAL | 0.7 | 0.4-2.0 | MG/DL |
| SGOT | 33 | 15-41 | U/L |
| SGPT | **38** | 17-63 | U/L |
| CPK | **963H** | 49-397 | U/L |
| **GENERAL CHEMISTRY** | | | |
| THYROXINE, FREE | .70L | .71-1.85 | NG/DL |
| TSH | 2.647 | .490-4.700 | UIU/ML |
| CPK TOTAL | **963H** | 49-397 | U/L |
| CPK-MB | 2.8 | < 5.0 | NG/ML |
| CPK-MB INDEX | NA | < 4.0 | |
| TROPONIN I | <0.3 | < 0.4 | NG/ML |
| TROPONIN I (03/17/01 -- Current) | | | |

         < 0.5    NG/ML          NEGATIVE
      0.5 -2.0   NG/ML         INDETERMINATE
       > 2.0    NG/ML    SUGGESTIVE OF MYOCARDIAL INJURY

L = Low, H = High
MR-48C (10/98)                    END OF REPORT                    PAGE    2
ROY IAN DAVIS, M.D.-MEDICAL DIRECTOR                E. SMITH COLLUM, M.D. - DIREC
CHAIRMAN OF DEPARTMENT OF PATHOLOGY                    CLINICAL LABORATORY SERVIC

BB002048



BB002049

07/26/2006  14:41     3368827          SMITH                              PAGE   05

07/24/2006  15:46     514-630-6399          LABO DOPAGE                   PAGE   12/13

Laboratoire de contrôle du dopage
INRS - Institut Armand-Frappier
245 boul Hymus
Pointe-Claire (Québec) H9R 1G6
Téléphone: 514 630-8806
Télécopieur: 514 630-8799
Courriel: christiane.ayotte@iaf.inrs.ca

**Certificate of analysis**

**Confidential**

| Testing Authority |
|---|
| Dr. Jean Joseph |
| Chief Operating Officer |
| 4510 E. Pacific Coast Highway |
| Suite 320 |
| Long Beach, CA 90804 |

## Testing event information

| Collection date | Reception date | Reporting date |
|---|---|---|
| 7 July 2006 | 11 July 2006 | 24 July 2006 |
| **Event** | | **Sport** |
| N/A | | N/A |
| **Collection site** | | **Reference number** |
| N/A | | 10001 |
| **Doping control officer** | **Delivery** | **Tracking number** |
| N/A | Fedex | 8546 6487 4128 |

| Number of samples | Sample type | Analysis performed |
|---|---|---|
| 10 | Urine | Anabolic steroids, masking agents and stimulants |

| Sample Code | Results |
|---|---|
| 113781 | D-amphetamine; estimated at 278 ng/mL. |

Danielle Goudreault, M. Sc.
Senior Analyst

Certificate number 06-1653AA                                    Page 3 of 4

Accredited by the World Anti-Doping Agency as compliant with the requirements of the World Anti-Doping Code.
Accredited by the Standards Council of Canada as compliant with the requirements of ISO/CEI 17025 (laboratory no 413).
Results solely and only relate to the samples submitted for analysis. This certificate of analysis shall not be reproduced except in full without written approval of the laboratory.

BB001895

RUG TESTING COMPANY...

INRS - Institut Armand - Frappier - Santé
245, boulevard Hymus
Pointé - Claire
CA - Québec H9R1G6
Canada

CCOUNT NO. **10001**    SPECIMEN ID NO. **113781**

## COMPLETED BY COLLECTOR (Green Sections 1, 2, 3, 4 and 6)

ACCOUNT NAME

CDT, Inc.
P.O. Box 3247
Long Beach, CA 90803
Ph:  562-986-4200
Fax: 562-986-1207

1. TEST TYPE:   ☒ STANDARD   ☐ HPAC

2. SITE OF COLLECTION: _____ 11 _____

3. REMARKS

4. VALIDITY TESTS

pH  5 . 5    Specific Gravity  | 1 | . | 0 | 2 | 5 |

Final Readings for pH and Specific Gravity
determined by the WADA Accredited Laboratory

## 6. CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY

I personally observed the donor identified in the certification section on Copy 2 of this form produce a urine specimen. I initialed and dated the security seals in the donor's presence and provided the donor with the opportunity to observe while I affixed the security seals to the specimen bottles.

X _____    Time of Collection ▶ 710 AM/PM

Signature of Collector

(Print) Collector's Name (First, MI, Last)    Date (Mo./Day/Yr.) ▶  7/7/06

RECEIVED
AT LAB:  X _____ ▶

Signature of Accessioner

(Print) Accessioner's Name (First, MI, Last)    Date (Mo./Day/Yr.) ▶

**SPECIMEN BOTTLE(S) RELEASED TO:**
☒ FedEx    ☐ DHL / Airborne
☐ Other _____
Name of Delivery Service Transferring Specimen to Lab

**Specimen Bottle Seals Intact**
☐ Yes
☐ No, Enter Remark Below

**SPECIMEN BOTTLE(S) RELEASED TO:**

## 5. DONOR CERTIFICATION (Pink section 5 to be completed by Donor)

I certify that I produced the attached urine specimen under observation; that it consists entirely of my own urine; that my specimen bottles were capped and sealed in my presence; that the Specimen Identification Number on both specimen bottles was the same as the Specimen Identification Number appearing on this form and that I observed the collector placing his initials on the seal.

X _____    Barry L. Bonds    7/7/06

Signature of Donor    (PRINT) Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

COPY 2

BB001896





July 27, 2006

Report of Positive Test Result

Barry Bonds has been brought to my attention as having tested positive for a prohibited

substance under Major League Baseball's Joint Drug Prevention and Treatment Program.

This document constitutes formal notification to the Health Policy Advisory Committee

of the above named positive test result. The prohibited substance is D-amphetamine. The

collection date was July 7, 2006. The certificate of analysis was sent to HPAC on July 26,

2006.

Bryan W. Smith, M.D., Ph.D.
Independent Program Administrator
Major League Baseball Joint Drug Prevention and Treatment Program

BB001897

**113781   Barry Bonds**

BB001898



*Office of the Commissioner*
## MAJOR LEAGUE BASEBALL

ALLAN H. (BUD) SELIG
*Commissioner of Baseball*

**CONFIDENTIAL**

August 1, 2006

**By Fax**
**(Original by Overnight Mail)**

Barry Bonds
c/o Major League Baseball Players Association
12 East 49th Street
New York, NY 10017

      Re:    Notice of Positive Test

Dear Barry:

      This letter is to inform you that on July 7, 2006, you tested positive for a Stimulant. As a result, and pursuant to Articles 4 and 5 of Major League Baseball's Joint Drug Prevention and Treatment Program (the "Program"), you have been placed on the Administrative Track and you will be subject to six unannounced tests over a twelve-month period expiring on July 6, 2007. These six tests will be in addition to the regular testing prescribed under Section 3.A of the Program. In the event you test positive for a Stimulant in a future test, you will next be subject to a 25-game suspension.

      Sincerely,

*Allan H. Selig*

Commissioner Allan H. Selig

cc:    Eugene Orza
       Michael Weiner
       Bryan Smith

BB001899



December 2001

S.B

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| | Icc T 200mg | Clear | | Clear | | |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | Icc T 200mg | Clear | .25 G | Clear | .25 G | |
| | .25 G | | | | | |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| | Icc T 200mg | Clear | .25 G | Clear | .25 G | |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | Icc T 200mg | Clear | .25 G | Clear | .25 G | |
| 30 | 31 | | | | | |
| | 1 Clear | | | | | |
| | OFF | | | | | |
| | .25 G | | | | | |

SANDY
BRUNICARDI



BB000418



January 2002

BB000419





# February 2002

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 Clear | 5 Cream | 6 Clear | 7 Cream | 8 25 G | 9 |
| 10 | 11 25 G | 12 Cream | 13 25 G | 14 BlooD TEST | 15 25 G | 16 |
| 17 | 18 1 Clow | 19 1 Clow | 20 1 Clow | 21 1 Clow | 22 1 Clow | 23 1 Clow |
| 24 1 Clow | 25 1 Clow off | 26 1 Clow | 27 off 1 clow | 28 off 1 clow |  |  |

off (14)
off (15)
off (20)
off (21)

SANDY
BRUNICARDI

12-250

BB000421



# March 2002

| SUN | MON | TUE | WED | THU | FRI | SAT |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  |  |  | 1 | 2 |
|  |  |  |  |  | *1 Class* *off* | *1 Class* |
| 3 | 4 *START* | 5 | 6 | 7 | 8 | 9 |
| *1 Class* |  |  |  |  |  |  |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 *BLOOD TEST* | 29 | 30 |
| 31 |  |  |  |  |  |  |

*BANDY*
BRUNICARDI

12-251

23984

# June 2002

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|

2 3 9 8 2



BB000424

12-20

## November 2002

MRS. TELL

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | **1** | **2** |
| **3** | **4** ICC T | **5** | **6** .25-G Night | **7** | **8** .25-G Night | **9** |
| **10** | **11** ICC T .25-G | **12** | **13** .25-G | **14** | **15** .25-G Night | **16** |
| **17** | **18** ICC T .25-G | **19** | **20** .25-G | **21** | **22** .25-G | **23** |
| **24** | **25** ICC T .25-G | **26** | **27** .25-G | **28** | **29** .25-G | **30** |

BB000430

12-27

## November 2002

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 1cc T .25·G Night | 5 | 6 .25·G Night | 7 | 8 .25·G | 9 |
| 10 | 11 1cc T .25-G | 12 | 13 .25·G | 14 | 15 .25·G | 16 |
| 17 | 18 1cc T .25-G | 19 | 20 .25·G | 21 | 22 .25·G | 23 |
| 24 | 25 1cc T .25·G | 26 | 27 .25·G | 28 | 29 .25·G | 30 |

BB000437

# December  2002

1st TEAM

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 ICC T .25 G NIGHT | 3 | 4 .25 G NIGHT | 5 | 6 .25 G NIGHT | 7 |
| 8 | 9 ICC T .25 G NIGHT | 10 | 11 .25 G NIGHT | 12 | 13 .25 G NIGHT | 14 |
| 15 | 16 ICC T .25 G NIGHT | 17 | 18 .25 G NIGHT | 19 | 20 .25 G NIGHT | 21 |
| 22 | 23 ICC T .25 G NIGHT | 24 | 25 .25 G NIGHT | 26 | 27 .25 G NIGHT | 28 |
| 29 | 30 | 31 | | | | |

12-254

BB000425

12-21

## December

2002

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | 15 | 16 1cc⊤ .25·G | 17 | 18 .25·G | 19 | 20 .25·G | 21 |
| | 22 | 23 1cc⊤ .25·G | 24 | 25 .25·G | 26 | 27 .25·G | 28 |
| | 29 .25·G | 30 1cc⊤ .25·G | 31 | | | | |

BB000431

12-28

| | **December** | | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|---|---|---|

| | 29 | 22 | 15 | 8 | 1 | Sun | | | |
| 25-G | 30 lcct | 23 lcct | 16 lcct | 9 | 2 | Mon | | | |
| | 31 | 24 | 17 | 10 | 3 | Tue | | | |
| | | 25 25-G | 18 25-G | 11 | 4 | Wed | | | |
| | | 26 | 19 | 12 | 5 | Thu | | | |
| | | 27 25-G | 20 25-G | 13 | 6 | Fri | | | |
| | | 28 | 21 | 14 | 7 | Sat | | | |

2002

BB000438

# January

## 2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 ICE ST .25 G NIGHT | 14 | 15 .25 G NIGHT | 16 | 17 .25 G NIGHT | 18 |
| 19 | 20 .25 G NIGHT | 21 | 22 .25 G NIGHT | 23 | 24 .25 G NIGHT | 25 |
| 26 | 27 RELEASE .25 G C 40 MG/M | 28 C 1 4p SEREM | 29 CLEAR C 40 .25 G | 30 C 1 4p CREAM | 31 .25 G NIGHT |  |

12-255

BB000426

12-22

## January 2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  | 1 .25·G | 2 | 3 .25·G | 4 |
| 5 | 6 ICET .25·G | 7 | 8 .25·G | 9 | 10 .25·G | 11 |
| 12 | 13 ICET .25·G | 14 | 15 .25·G | 16 | 17 .25·G | 18 |
| 19 | 20 .25·G | 21 | 22 .25·G | 23 | 24 .25·G | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

BB000432

12-29

## January

2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     | 1 .25·G | 2 | 3 .25·G | 4 |
| 5 .25·G | 6 Icc T | 7 | 8 .25·G | 9 | 10 .25·G | 11 |
| 12 .25·G | 13 Icc T .25·G | 14 | 15 .25·G | 16 | 17 .25·G | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 .25·G | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

BB000439

# January 2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 — 1/2 wl Am | 13 — Clear .35 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 — CREAM 2 SP | 22 — Clear .35 | 23 — CREAM 2 SP | 24 — 1/2 W Am | 25 — 1/2 W Am |
| 26 — 1/2 wl Am | 27 — Clear .35 | 28 — CREAM 2 SP | 29 — Clear .35 | 30 — CREAM 2 SP | 31 — 1/2 W Am |  |

2003

12-67

BB000445

**February**

**2003**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 CLEAR .25 G | 4 CREAM | 5 CLEAR .25 G | 6 CREAM | 7 .25 G | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 New Oil CLEAR .25.G 3 | 25 CREAM 4 | 26 CLEAR .25 G 5 | 27 CREAM 6 | 28 .25 G 7 | MARCH 1 12-256 |
| 2 | CLEAR .25 G 3 | CREAM 4 | CLEAR .25 G 5 | CREAM 6 | .25 G 7 | 8 |

BB000427

12-23

# February 2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  |  |  |  | 1 |
| 2 | 3 CLEAR | 4 CLEAR | 5 CLEAR | 6 CLEAR | 7 | 8 |
| 9 | 10 CL | 11 CR | 12 CL | 13 CR | 14 | 15 |
| 16 | 17 | 18 CR | 19 CL | 20 CR | 21 | 22 |
| 23 | 24 | 25 | 26 CL | 27 | 28 | |

BB000433

12-30

# February          2003

|  | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 1 |
|  | 2 | 3 CLEAR | 4 | 5 CLEAR | 6 CRVAINE | 7 | 8 |
|  | 9 | 10 CL | 11 CR | 12 CL | 13 CL | 14 | 15 |
|  | 16 | 17 | 18 CL | 19 CL | 20 CR | 21 | 22 |
|  | 23 | 24 | 25 | 26 CL | 27 CR | 28 |  |

BB000440

## February 2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | | | 1 / W |
| 2 / W | 3 PEE SEND OVER NIGHT CLEAR | 4 CREAM 2sp | 5 CLEAR | 6 COFFEE CREAM 2sp | 7 / W | 8 / W |
| 9 / W | 10 | 11 | 12 | 13 CREAM 2sp | 14 | 15 12-68 / W |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 CLEAR | 25 CREAM 2sp | 26 CLEAR | 27 CREAM 2sp | 28 | |

BB000446

April

2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|

BLB

MARCH

25·G
L-20    27    28

6    7    8    9    10    11    12
25·G          .5-I          40-L          .25
25-L    SD    80-L    SD    .5-H    MIL    Nlight
              8:am         .25

13    14    15    16    17    18    19
SD    L-40    cream  L-40   off   Home La

20    21    22    23    24    25    26
                     PET   PLAY

27    28    29    30
     off    PET  PET

L-40

12-252

11-223

23976

| | | | | | Initials | Date |
|---|---|---|---|---|---|---|
| | | | Prepared By | | | |
| | | | Approved By | | | |

WILSON JONES    G7505 Columns/Week

| | | | | | Test | LPI | Ratio |
|---|---|---|---|---|---|---|---|
| Barry B. | | | | | | | |
| 11/26 | 100/21 | | | | 14.0 | 10.5 | 1.3 |
| 2/4/01 | 5 Days on | 100/45 | Tren | .25 | 0 | 0 | 0 |
| 4/24 | 5-10 on | 100/55 | | | | | |
| | 17 Days off | 100/04 | | | | | |
| 1/24/01 | Kevin T | 100/35 | Tren | .5 | 8.2 | 2.6 | 3.2 |
| | 5 Days off three | | | | | | |
| 5/8/01 | | 100/200 - | TOC | .6 | | | |
| | Charlie | | | | | | |
| 1/19/01 | Pre | 100/37 | Tren | .5 | 43.0 | 1.0 | 3.1 |
| 1/24/01 | Post 5 Days | 100/38 | Tren | .5 | .7 | 0.0 | 0 |
| | Fluin | | | | | | |
| 2/1/01 | 4 Days on | 100/40 | Teen | .25 | 3.7 | 2.6 | 1.4 |
| 3/5/01 | 1 Day on | 100/59 | Tren | .2 | 2.4 | 0 | |
| 3/24/01 | Pre | 100/65 | | | 8.6 | 1.9 | 4.5 |
| 4/9/01 | Post 4 Days | 100/72 | TOC | .2 | 16.3 | 4.9 | 2.4 |
| | Tim M | | | | | | |
| 2/1/01 | 5 Days off | 100/46 | Tren | .25 | 14.7 | 9.6 | 5.1 |
| 2/16/01 | Tours on | 100/57 | | | 11.8 | 3.9 | 3.0 |
| | Day off | | | | | | |
| | Tom | | | | | | |
| 2/14 | Pre | 100/52 | Check | .5 | 6.2 | 1.0 | 3.5 |
| 2/15/01 | 1 Day | 100/52 | props | .5 | 57.5 | 20.4 | 2.8 |
| 2/19/01 | 4 Days on | 100/56 | | .5 | 9.5 | 48.4 | 2.0 |
| | | | | | | | |
| 2/4/01 | Pre | 100/66 | | | 8.5 | 3.3 | 2.5 |
| 3/4/01 | Post | 100/67 | .2 TOC | | 4.4 | 1.1 | 4.0 |
| 4/5/01 | | 100/71 | | | 5.3 | 1.4 | 3.8 |
| 4/11/01 | | 100/73 | 3 TOC | | 3.1 | 0.0 | 0.0 |
| | Calvin | | | | | | |
| 3/26/01 | pre | 100/68 | | | 33.7 | 15.4 | 2.2 |
| 4/16/01 | post | 100/76 | .2 TOC | | 9.5 | 2.0 | 4.8 |
| 4/24/01 | 4 Doses | 100/81 | .22 TOC | | 17.2 | 4.0 | 4.0 |

BB000114

| | | | | | Initials | Date |
|---|---|---|---|---|---|---|
| | | Prepared By | | | | |
| | | Approved By | | | | |

© WILSON JONES    G7506 Columns/Wide

| | | | | | |
|---|---|---|---|---|---|
| | | | | T | E |

1. JU
2. mon   1 clear Two creme
3. Tues   Two creme 1/2 gr    100359    10/2/01
4.    1.7    .3    39.0
5. 0/5/01    100369    17.8    .6    29.7
6.
7. 10/7/01
8. Pre TIE (pink red)    100400    143    0    0
9. 1 Dose 1/2 g webs   1 clear
10. Thue 1 g
11. Exi
12. 10/22 mon 1g TIE 1 clear    100402    2.6    1.9    14
13. 10/25 Thur    100410    10.2    0.0    0
14.
15.
16. BB    100454    16.2    8.0    2.0
17. 11/8/01
18.
19. outeb 130.06
20. 13 D
21. 11/1/01   Base line    100417    114.0    49.0    2.3
22.
23. A R
24. 11/2/01   BASe    100425-    2.3    2.2    0.9
25.
26. Romo
27. 10/4/01
28. 2 weeks of Clear    100360    56.7    2.3    24.6
29. 12/05/01    100456    7.2    4.1    18
30. Keli w
32. 11/4/01   Pre    100421    6.9    14.5    5
33. 12/14/01    100467    9.0    17.0    5
34.    100487    9.8    3.2    1.5
35. 10/25   DG    100413    43    300.2    1
36. 2/4/02    100507    2.1    8.2    3
37.
38. C Graves
39. 11/8/01   Base line    100423    0    0    0
40. 12/14/01    7-2992    100475      
   100481    2.2    2.6    8

BB000115

3x6x2

| | | | Initials | Date |
|---|---|---|---|---|
| | Prepared By | | | |
| | Approved By | | | |

Ⓘ WILSON JONES          G7506 ColumnWrite Ⓔ

| | Name | | DHLf | | | | |
|---|---|---|---|---|---|---|---|
| 1 | M Collins | 100540 | 50 | 18 | 17 | A L | |
| 2 | 1/22 | 100551 | 10 | 11 | 0 | 11 | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | ZAHANA | 100541 | 16 | 20 | 25 | 08 | |
| 7 | 1/22 | 100550 | 250 | 28 | 33 | 08 | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | Jeremy | 100547 | | | | | |
| 12 | neg | 100556 | | 25 | 0 | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | 12/12/02 Dwain C | 100542 | 600 | 15 | 15 | 110 | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | GARY S. | 100543 | 45 | 35 | 22 | | |
| 22 | | 100557 | | 3 | 0 | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | Kevin Toth | 100544 | 25 | 25 | 6 | 42 | |
| 27 | 3/5/03 | 100561 | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | Barry B | 100545 | 7 | 10 | 4 | 25 | |
| 32 | 2/14/03 | 100552 | | 5 | 0 | - | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | Sason | 100546 | 10 | 5 | 3 | 1.3 | |
| 37 | moderate | | | | | | |
| 38 | nandrolone | | | | | | |
| 39 | neg | 100555 | | 5 | 5 | | |
| 40 | | | 7-3026 | (40) | | | |

BB000116

|  | Initials | Date |
|---|---|---|
| Prepared By |  |  |
| Approved By |  |  |

G-WILSON JONES    G7606 Columnwise

| | | | Oxy | Metmono) | | Anadrol |
|---|---|---|---|---|---|---|
| Tom Tognetti | 100548 | | 260 | 54 | 49 | 1,1 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Almando Rics | | | | | | |
| normal | 102553 | | | 3 | 3 | 1.0 |
| | | | | | | |
| | | | | | | |
| Maerin B | | | | | | |
| normal | 102554 | | ∅ | 5 | 5 | / |
| | | | | | | |
| | | | men 40 | 40 | | |
| Benito | 100558 | | | | | |
| 28 | | | | | | |
| | | | | | | |
| | | | | | | |
| mike Mai | 100559 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Bobby E | | | | | | |
| Marshetta Rea | | | | | | |
| | 100560 | | | | | |
| | | | | | | |
| | | | | | | |

20 Creatinine 100 above.

7-3027

BB000118

M J          100109
             100112

Chrystie Gaines      100113

Tim Montgomery    100114      Baseline      21
       100125 10 Days off 100120    100132  on Days
Latasha              100115

Barry Bond      100121
Bob      Three Days  100127 A   1/5/01   Tren
         100128 B   1/8/01

Paul Three    100129    1/5/01    Tren
      Days    100130    1/8/01

Mary's Friend   100131   Three days
                100132   1/5/00
                         1/8/00

7-2827

BB000113

BARRY

✳ BLOOD TEST NOV 29, FEB 14, MARCH 28.
$450

✳ "G" 1 Box off season & 2 Box season
$1500.00

✳ Depo test Cyp 3 Bottles off & Reg Season
$450

✳ Clear & CREAM off & Reg Season $200

✳ Clomifeno off & Reg 100 pills
$100

TOTAL
$2000

2 3 9 5 5

Citation number: _____

PLACE
STAMP
HERE



SL-4R (5/98)

WELLS FARGO
O WELLS FARGO WELLS FA
LLS FARGO WELLS FA
FARGO WELLS FARGO F
LS FARGO WELLS FARGO IN

Please be sure to place a postage stamp and write your return address on the face of this envelope. Because of a change in Postal Regulations, letters mailed without a stamp will not be forwarded to Wells Fargo Bank.
Thank You.

$1000

$ 12-24-99

$1000

SANDY
Face
X-mas

$500 BARRY
Stuff

$5.00 TAXIS

Printed on Recycled Paper

GARY/11-27 - Ree
11-28 - G- 40 little one
11-29 - T.S. 1cc
11-30 -02 40. G little one
12-2-02 1cc T / 40-G little one

Booley

12-2-02
T- 1cc C- 30 little
Ree

11-91

23844