ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile:  408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:  510-845-3000
Facsimile:  510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone:  415-431-3472
Facsimile:  415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07-0732 SI |
| Plaintiffs, | DEFENDANT'S WITNESS LIST |
| vs. | Trial Date:  March 21, 2011 |
| BARRY LAMAR BONDS, | Hon:  Susan Illston |
| Defendants | |

     Pursuant to the Court's Order for Pretrial Preparation, Defendant Barry L. Bonds respectfully submits a partial list of witnesses who may be called by the defense at trial.

     Mr. Bonds previously filed a Witness List on February 13, 2009.  Thereafter on

February 19, 2009, the Court issued its Order Re:  Defendant's Motions In Limine ("the February 19, 2009 Order").  In light of the February 19, 2009 Order, Defendant has not listed witnesses whose testimony would relate to evidence which the Court has excluded.

1.      Harvey Shields.  Mr. Shields was a trainer for Mr. Bonds.  If called as a witness, Mr. Shields may testify to his personal interactions with Mr. Bonds, Greg Anderson, and other potential Government witnesses.

2.      Mark Letendre.  Mr. Letendre was a trainer for the San Francisco Giants.  If called as a witness, Mr. Letendre may be asked about his personal interactions with Mr. Bonds, Greg Anderson, and other potential Government witnesses.

3.      Michael Rains.  Mr. Rains is an attorney.  If called as a witness he may testify to promises and representations made by the Government prior to Mr. Bonds' Grand Jury testimony, as well as interactions between the Government and Mr. Bonds after the promises and representations were made, but before he testified.

4.      Dr. Ronald Swerdloff.  Dr. Swerdloff is a medical doctor specializing in endocrinology, internal medicine and andrology.  As the Director, Harbor-UCLA Reproductive Program – World Health Organization Collaborative Center for Reproduction, he has extensive experience in the study and treatment of pituitary gland, including human growth hormone replacement therapy.  He is a renowned expert in fields of research regarding effects of exogenous consumption of testosterone and other androgens (steroids), as well as of grown hormone.  He has testified as a medical expert in numerous court matters.  A copy of his *curriculum vitae* is attached.  Dr. Swerdloff may testify to his opinions concerning the likely effects of anabolic steroids and human growth hormone, as established by peer review studies and reliable scientific methods and procedures.

5.      The individuals listed below are all law enforcement agents who, among other things, conducted interviews of individuals who may be Government witnesses.  If such persons give testimony which is subject to impeachment by their prior statements, the individuals listed below may be called to testify to the prior statements:

Jeff Novitzky

Defendant's Witness List                                                                                      2

1          Ken Bonano

2          Erwin Rogers

3          Jon Colombet

4          Ed Barberini

5          Christopher Fuelling

6          Brian Cook

7          Heather Young

8          Anthony Montero

9          Douglass Doss

10         John Posusney

11         Steve Coffin

12         Vincent Browning

13         Gregory Jenkins

14         This list does not include all potential defense witnesses.  In the judgment of counsel,

15   listing all such witnesses – for example, impeachment witnesses – would be inconsistent

16   with the Defendant's right to an effective defense.[1]  Such a list could provide the

17   Government with insight into the defense assessment of weaknesses in the Government's

18   case.  It would alert Government witnesses to likely areas of cross-examination, and it

19   would provide untruthful Government witnesses – if there are any – with advance warning

20   of conversations, relationships and transactions to which impeaching evidence which is and

21   is not available for presentation at trial.

22                                      Respectfully submitted,

23   DATED: October 15, 2010            LAW OFFICES OF ALLEN RUBY

24

25                                      _____/s/_____
                                        Allen Ruby, Attorney for
26                                      Defendant Bonds,

27   _____

28   [1] A number of impeaching witnesses unavoidably had to be identified on this Witness List because they are law
     enforcement agents who will probably be subpoenaed through the Government.

     Defendant's Witness List                                                                    3

1

2   DATED: October 15, 2010               ARGUEDAS, CASSMAN & HEADLEY, LLP

3                                         _____
                                                        /s/
                                          Cristina A. Arguedas, Attorney for
4                                         Defendant Bonds,

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant's Witness List                                              4