1  ALLEN RUBY (SBN 47109)
   LAW OFFICES OF ALLEN RUBY
2  125 South Market Street #1001
   San Jose, CA 95113
3  Telephone: (408) 998-8500 ext. 204
   Facsimile: (408) 998-8503
4
   CRISTINA C. ARGUEDAS (SBN 87787)
5  TED W. CASSMAN (SBN 98932)
   MICHAEL W. ANDERSON (SBN 232525)
6  ARGUEDAS, CASSMAN & HEADLEY, LLP
   803 Hearst Avenue
7  Berkeley, CA 94710
   Telephone: (510) 845-3000
8  Facsimile: (510) 845-3003

9  DENNIS P. RIORDAN (SBN 69320)
   DONALD M. HORGAN (SBN 121547)
10 RIORDAN & HORGAN
   523 Octavia Street
11 San Francisco, CA 94102
   Telephone: (415) 431-3472
12
   Attorneys for Defendant
13 BARRY LAMAR BONDS

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17
   UNITED STATES OF AMERICA,      ) Case No. CR 07 0732 SI
18                                )
              Plaintiff,          ) **DEFENDANT'S REPLY**
19                                ) **MEMORANDUM RE THE**
       vs.                        ) **ADMISSIBILITY OF GREG**
20                                ) **ANDERSON'S REFUSAL TO TESTIFY**
   BARRY LAMAR BONDS,             )
21                                )
              Defendant.          )
22                                )

23      Defendant Bonds has moved to bar the United States from calling the defendant's former

24 trainer, Greg Anderson, to the stand if Anderson persists in refusing to testify, and from

25 presenting to the jury evidence of Anderson's history of refusing to testify. In its response to that

26 motion, the government has agreed that, assuming that Anderson continues to refuse to testify, it

27           will not call him before the jury simply to state his refusal. Nor will
             the United States present evidence of Anderson's history of
28           contempt and argue that the jury can infer the defendant's guilt

**Defendant's Memorandum Re:**
**Anderson Refusal To Testify**           -1-

from this history. The United States also has no intention of asking for a missing witness instruction with regard to Anderson's refusal to testify.

Govt. Resp, at 1-2.

The government therefore does not oppose defendant's motion. The defense agrees that if Mr. Anderson declines to testify, it would be misconduct for any party to suggest that the other side could have or should have called him as a witness at trial.

Dated: February 4, 2011         Respectfully submitted,

LAW OFFICES OF ALLEN RUBY

ARGUEDAS, CASSMAN & HEADLEY, LLP

RIORDAN & HORGAN

By  /s/ Dennis P. Riordan
    Dennis P. Riordan

By  /s/  Donald M. Horgan
    Donald M. Horgan

Counsel for Defendant
Barry Lamar Bonds