ALLEN RUBY, SB #47109
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: 650-470-4500
Facsimile: 650-470-4570

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendants | Case No.: CR 07-0732 SI<br><br>DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF MOTION IN LIMINE NO. 5: TO PROHIBIT EXPERT OPINION TESTIMONY WHICH WAS NOT DISCLOSED TO THE DEFENSE PURSUANT TO RULE 16(a)(1)(G), Federal Rules of Criminal Procedure<br><br>Date: March 1, 2011<br>Hon: Susan Illston |

Defendant has moved for an Order that the Government be prohibited from introducing expert testimony not previously disclosed under Rule 16(a)(1)(G), or 16(c).

The Government filed a "Response" not an Opposition. In its Response, the Government represents that "it is in full compliance with its discovery obligations." Government Response at page 4, line 8. The Government also represents that it has "clearly and unambiguously informed the defense of the anticipated trial testimony of [Dr. Catlin and Dr. Bowers] ..." Government Response at page 2, lines 6-7.

Based on these representations, the motion appears to be moot. The Government knows the specific testimony it will seek to elicit from Dr. Catlin and Dr. Bowers at trial, and the Government affirms that it has "clearly and unambiguously" informed the defense of this testimony. It therefore doesn't seem useful to speculate about the sanctions which should be imposed if the Government tries to offer testimony contrary to its representations of compliance with Rule 16.

Defendant respectfully suggests that the motion be taken off calendar without prejudice, subject to renewal if circumstances warrant at trial.

Respectfully submitted,

DATED: February 24, 2011

Skadden, Arps, Slate, Meagher & Flom LLP

*/s/ Allen Ruby*

Allen Ruby, Attorney for
Defendant Bonds

---

DEFENDANT'S REPLY MEMO IN SUPPORT OF MOTION IN LIMINE NO. 5: TO PROHIBIT EXPERT OPINION TESTIMONY NOT DISCLOSED TO THE DEFENSE PURSUANT TO RULE 16(a)(1)(G), Federal Rules of Criminal Procedure