ALLEN RUBY, SB #47109
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone:650-470-4500
Facsimile: 650-470-4570

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendants | Case No.: CR 07-0732 SI<br><br>DEFENDANT'S JURY INSTRUCTIONS PURSUANT TO ORDER FOR PRETRIAL PREPARATION<br><br>March 1, 2011<br>Hon. Susan Illston |

Pursuant to the Court's Order for Pretrial Preparation, defendant objects to the Government's Special Instruction No. 1 filed October 15, 2010. Leaving aside the issues raised by defendant's motion *in limine* concerning the obstruction of justice count, Special Instruction No. 1

makes reference to numerous counts that the Government has dismissed. Defendant understands that the Government intends to submit a new proposed instruction concerning Count 5, and defendant therefore asks permission to file objections, as well as his own proposed instruction, within a reasonable period of time after the Government files a new proposed instruction on the obstruction count.

The Government's Special Instructions Nos. 2 and 3 both refer to the "Second Superseding Indictment." If the reference to "Second" is replaced by "Third" in each Instruction, defendant does not object to these Instructions.

Defendant does not object to the government's proposed Instruction 8.112, on the elements of 18 U.S.C. §1623, although the reference to Counts One through Ten should read Counts One through Four.

Defendant does not object to the Instructions offered by the Government on October 15, 2010, as set forth under the "Table of Jury Instructions" on page 3 of the Government's submission.

In addition, defendant believes that the following instructions should be read to the jury:

1.1-1.11

2.1

3.1-3.11

4.8-4.9

7.1-7.3

7.5

Defendant respectfully reserves his right to supplement his objections, or offer additional Instructions, depending upon the evidence at trial. For example, whether character evidence (4.4, 4.7) or summaries (4.18, 4.19) or evidence of other alleged crimes will be placed before the jury is unknown at the present time, and may depend upon *in limine* issues that have been submitted to the Court. Similarly, until the substantive Instruction on Count 5 has been determined, defendant will not know whether a version of the specific issue unanimity instruction (7.9) is appropriate. At the close of evidence, or such earlier time as the Court may designate, defendant will respectfully seek leave of Court to submit additional Instructions, or additional or modified Instructions, depending

1 | upon the evidence.
2 |                           Respectfully submitted,
3 | DATED: February 24, 2011      Skadden, Arps, Slate, Meagher & Flom LLP

*[signature: Allen Ruby]*

Allen Ruby, Attorney for
Defendant Bonds