```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

          BEFORE THE HONORABLE JOSEPH C. SPERO, MAGISTRATE JUDGE

-----------------------------)
                             )
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )
                             )
      v.                     )      No. Cr. 07-0732 (SI)
                             )
BARRY LAMAR BONDS,           )
                             )
              Defendant.     )      San Francisco, California
                             )      Tuesday, March 1, 2011
-----------------------------)         (3 pages)



                    TRANSCRIPT OF PROCEEDINGS


APPEARANCES:

For Plaintiff:        MELINDA L. HAAG
                      United States Attorney
                      450 Golden Gate Avenue
                      San Francisco, California  94102
                 BY:  MATTHEW PARRELLA
                      JEFF NEDROW
                      Assistant United States Attorneys

For Defendant:        Ruby & Schofield
                      125 South Market Street
                      Suite 1001
                      San Jose, California 95113
                 BY:  ALLEN RUBY

                      Arguedas, Cassman & Headley, LLP
                      803 Hearst Avenue
                      Berkeley, California 94710
                 BY:  CRISTINA C. ARGUEDAS
                      TED W. CASSMAN
```

1   Tuesday, March 1, 2011

2                                                          (1:15 p.m.)

3           (In open court; defendant present)

4           DEPUTY CLERK:  Calling case Cr. 07-0732, USA versus

5   Barry Lamar Bonds.

6           MR. PARRELLA:  Good afternoon, your Honor.  Matt

7   Parrella for the government.

8           THE COURT:  Mr. Parrella.

9           MR. RUBY:  Allen Ruby for Mr. Bonds, who's present.

10          THE COURT:  Mr. Ruby.

11          MS. ARGUEDAS:  And Cris Arguedas.  Good afternoon,

12  your Honor.

13          THE COURT: Welcome.  All right.  We're here for

14  arraignment on the -- what number is this, third superseding

15  indictment?

16          MR. PARRELLA:  Third.

17          THE COURT:  You're charged, Mr. Bonds, in Counts 1

18  through 4 of the third superseding indictment, with a violation

19  of 18 USC § 1623(a), making a False Declaration Before the

20  Grand Jury; and Count 5, a violation of 18 USC § 1503,

21  Obstruction of Justice.

22          The maximum penalty for each of those violations is 10

23  years in prison; $250,000 fine; three years of supervised

24  release; and a $100 special assessment fee.

25          Do you understand the maximum penalties and the

1   charges?
2           THE DEFENDANT:  Yes, I do.
3           THE COURT:  Waive all reading, Counsel.
4           MR. RUBY:  Yes, your Honor.
5           THE COURT:  Would you like to enter a not guilty plea
6   at this time?
7           THE DEFENDANT:  Yes.  Not guilty.
8           THE COURT:  Okay.  Not guilty is the plea to all
9   counts of the third superseding indictment.
10          Anything else we need to do?
11          MS. ARGUEDAS:  No.
12          MR. RUBY:  Well, your Honor, I'm hoping that the
13  conditions of release remain the same, without having to fill
14  out any more paperwork.
15          THE COURT:  Any objection?
16          MR. PARRELLA:  We have no objection to that, your
17  Honor.
18          THE COURT:  So ordered.  Thank you.
19          MR. RUBY:  Thank you.
20          THE COURT:  We'll stand in recess.
21          (Adjourned)
22                              oOo

CERTIFICATE OF REPORTER

I, Connie Kuhl, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into written form.

_____

Connie Kuhl, RMR, CRR
Tuesday, March 1, 2011