MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Deputy Chief, Criminal Division

MATTHEW A. PARRELLA  (NYBN 2040855)
JEFFREY D. NEDROW (CABN 161299)
MERRY JEAN CHAN (CABN 229254)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5045
Facsimile:  (408) 535-5066
Email: jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARRY BONDS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 07-0732-SI <br><br> **UNITED STATES'S SUPPLEMENTAL FILING REGARDING PUBLIC ACCESS TO VOIR DIRE AND TRIAL** <br><br> Date: March 8, 2011 <br> Time: 2:30 p.m. <br> Judge: Honorable Susan Illston |

At the March 1, 2011 pretrial conference, this Court asked the parties to provide by March 4, 2011, any supplemental materials regarding the Press Organizations' February 26, 2009 motion (Docket # 154) to vacate this Court's February 19, 2009 order (Docket #136) sealing completed juror questionnaires, in light of *Presley v. Georgia*, 130 S. Ct. 721 (2010), and other relevant intervening case law.

In the United States's February 25, 2011 recommendation on this matter (Docket #251), the government recommended that this Court withhold juror names until 9 a.m. the day after the verdict. In further support of that suggestion, the United States hereby submits Exhibit A, the memorandum opinion and order filed on February 28, 2011 in *United States v. Blagojevich*, No.

1  CR 08-888-1 JBZ (N.D. Ill.), finding that the excessive harassment that jurors experienced

2  immediately after the verdict in the first trial warranted a delayed release of juror names.

3

4

5  DATED: March 4, 2011                    Respectfully submitted,

6                                          MELINDA HAAG
                                           United States Attorney
7

8                                          _____/s/_____
                                           MATTHEW A. PARRELLA
9                                          JEFFREY D. NEDROW
                                           MERRY JEAN CHAN
10                                         Assistant United States Attorneys

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. SUPP. FILING RE: PUBLIC ACCESS TO VOIR DIRE AND TRIAL
[CR 07-0732-SI]