1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Deputy Chief, Criminal Division
4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  Assistant United States Attorneys

6    150 Almaden Boulevard,
     San Jose, California 95113
7    Telephone: (408) 535-5045
     Facsimile: (408) 535-5066
8    Email: jeff.nedrow@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,              )    No. CR 07-0732 SI
15                                         )
           Plaintiff,                      )
16                                         )
                                           )    UNITED STATES' SUBMISSION OF
17      v.                                 )    PHOTOGRAPH EXHIBITS
                                           )
18                                         )
   BARRY LAMAR BONDS,                      )
19                                         )    Trial:   March 21, 2011
           Defendant.                      )    Time:    8:30 a.m.
20                                         )    Court:   Hon. Susan Illston
                                           )
21 _____)

22

23      The United States hereby submits the photographs it intends to introduce at trial, along

24 with a list of the witnesses it intends to call to introduce each photograph.  The government

25 reserves the right to supplement this list as trial preparations progress.  The government will

26 notify the defendant of any additional photographs.  To the extent these photos contain images of

27 documents excluded by the Court's February 2009 order, the government will redact the photo

28 (Exhibit 29) or does not believe the image sufficiently clear to warrant exclusion or redaction.


U.S. WITNESS LIST
CR 07-0732 SI

| Photo Exhibit | Subject Matter | Authenticating Witnesses |
|---|---|---|
| 25 | Balco Exterior | Bergland, Novitzky |
| 26 | Balco Log Sheets | Bergland, Novitzky |
| 27 | HGH Kit from Anderson | Qaqish, Novitzky |
| 28 | Athlete Folders At Anderson's Residence | Qaqish, Novitzky |
| 29 | Drawer with note At Anderson's Residence | Qaqish, Novitzky |
| 30 | Open safe at Anderson's Residence | Qaqish, Novitzky |
| 31 | Safe with Note At Anderson's Residence | Qaqish, Novitzky |
| 32 | Quest Form Found at Anderson's Residence | Qaqish, Novitzky |
| 33 | Syringes and pills found in Anderson's car | Qaqish, Novitzky |
| 43 | Bonds and K. Bell | Bell |
| 44 | Bonds calendar picture | Bell |
| 46-54 | Photos of Bonds as Player | Bell, Benard, Conte, Murphy, S. Hoskins, Santiago, and Ting |

DATED:   March 7, 2011                     Respectfully submitted,

MELINDA HAAG
United States Attorney


_____/s/_____
MATTHEW A. PARRELLA
JEFFREY D. NEDROW
Assistant United States Attorneys

U.S. WITNESS LIST
CR 07-0732 SI                                         2