MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYBN 2040855)
JEFFREY D. NEDROW (CABN 161299)
MERRY JEAN CHAN (CABN 229254)
Assistant United States Attorneys

150 Almaden Blvd., 9th floor
San Jose, CA 95113
Telephone: (408) 535-5042
Facsimile: (408) 535-5066
Email: matthew.parrella@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARRY LAMAR BONDS,<br><br>　　　　Defendant. | Criminal No. CR 07-0732 SI<br><br>PARTIES' JOINT PROPOSED JURY INSTRUCTION RE ANDERSON'S ABSENCE AT TRIAL<br><br>Trial:　March 21, 2010<br>Time:　8:30 a.m.<br>Court:　Hon. Susan Illston |

　　　　The parties in this matter agree that the jury should be instructed as to the absence of live testimony from Greg Anderson at trial. The parties have conferred and propose the attached jury instruction. As the United States noted at the March 8, 2011 hearing, it reserves its right to seek a more explicit instruction regarding Anderson's absence if defense counsel makes improper argument based on

Anderson's absence.

DATED: March 9, 2011                    Respectfully submitted,


                                        MELINDA HAAG
                                        United States Attorney


                                        ___/s/_____
                                        MATTHEW A. PARRELLA
                                        JEFFREY D. NEDROW
                                        MERRY JEAN CHAN
                                        Assistant United States Attorneys