Joint Proposed Jury Instruction re Greg Anderson's Absence at Trial

The name Greg Anderson may be referred to during the testimony of the individuals called as witnesses during this trial. Greg Anderson is unavailable to both parties to testify in this trial. You may not speculate as to the cause of his unavailability. You may not consider the absence of his live testimony as evidence in deciding the facts of this case, nor may you draw any inference from his failure to testify.