42 minute

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 3/8/11

Case No.    CR-07-0732  SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- BARRY BOND (NP)(NO CUST)

Attorneys:   Duffy Carolan, Chris Arguedas, John Paess, Merry Jean Chan

Deputy Clerk: Tracy Forakis   Court Reporter: C. Kuhl

## PROCEEDINGS

1)  Motion to Unseal Juror Questionnaires - HELD

2)
3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( x ) SUBMITTED
                                                      PART

Case continued to **3/17/11  @ 11:00 a.m.**   for MOTIONS

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**   for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:           Delay ends:**
(               )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )