IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BARRY LAMAR BONDS,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 07-00732 SI<br><br>**ORDER MODIFYING SECOND PRETRIAL SCHEDULING ORDER** |

The Second Pretrial Scheduling Order currently provides that "[t]here shall be a jury of twelve members, plus four alternate jurors. The government shall have six peremptory challenges, the defendant shall have ten peremptory challenges, and each side shall have one additional peremptory challenge for the alternates." Doc. 269. Federal Rule of Criminal Procedure 24(c)(4)(B) states that "Two additional peremptory challenges are permitted when three or four alternates are impaneled." Therefore, the Second Pretrial Scheduling Order is MODIFIED to read: "There shall be a jury of twelve members, plus four alternate jurors. The government shall have six peremptory challenges, the defendant shall have ten peremptory challenges, and each side shall have two additional peremptory challenges for the alternates."

**IT IS SO ORDERED.**

Dated: March 14, 2011

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge