IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

        Plaintiff,

  v.

BARRY LAMAR BONDS,

        Defendant.

        /

No. C 07-00732 SI

**ORDER RE: JUROR QUESTIONNAIRE**

The Court previously stated that the parties could file stipulated changes to the text of the juror questionnaire on March 16, 2011. Doc. 269. This order is intended to clarify that statement and provide the following additional direction to counsel:

- The parties shall file a joint proposed Final Juror Questionnaire **by 12:00 pm** on Wednesday, March 16, 2011.
- The first page of the questionnaire shall have a space for the juror's name and the juror's signature, and shall not ask the juror for any additional information.
- Both the first and the second pages of the questionnaire shall have a designated space for court staff to enter the number assigned to the juror.
- The Court will file an approved Final Juror Questionnaire by approximately 2:00 pm on Wednesday.
- The plaintiff is ordered to make **150** collated copies of the approved Final Juror Questionnaire and bring it to the jury assembly room **by 5:00 pm** on Wednesday, March 16, 2011.

**IT IS SO ORDERED.**

Dated: March 15, 2011

SUSAN ILLSTON
United States District Judge