ALLEN RUBY (SBN 47109)
SKADDEN, ARPS, SLATE, MEAGHER, & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA. 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorneys for Defendant
BARRY LAMAR BONDS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-CR- 0732 (SI) |
| Plaintiff, | |
| vs. | |
| BARRY LAMAR BONDS, | |
| Defendant. | |

**MOTION TO DISMISS PROSPECTIVE JURORS FOR CAUSE**

1  Defendant Barry Bonds hereby moves to dismiss the prospective jurors listed in Exhibit
2  A for the causes apparent in their answers to the indicated questionnaire items.

Dated: March 21, 2011

LAW OFFICES OF ALLEN RUBY

ARGUEDAS, CASSMAN & HEADLEY, LLP

RIORDAN & HORGAN

By: /s/_____

CRISTINA ARGUEDAS

Counsel for Defendant

Barry Lamar Bonds

## Exhibit A - Defense Challenges to Prospective Jurors

| Part No. | Pool Seq. | Questions showing cause |
|---|---|---|
| 101022898 | 06-0031 | Q54 |
| 101047363 | 06-0008 | Q43, Q49 |
| 101061922 | 06-0072 | Q63 |
| 101126960 | 06-0025 | Q5 |
| 101153349 | 06-0042 | Q19, Q63 |
| 101154903 | 06-0099 | Q49 |
| 101165353 | 06-0002 | Q49, Q54 |
| 101168002 | 06-0028 | Q57, Q51 |