IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. C 07-00732 SI |
| Plaintiff, | **FINAL JUROR QUESTIONNAIRE** |
| v. | |
| BARRY LAMAR BONDS, | |
| Defendant. / | |

The following juror questionnaire has been approved for use in this case.

**IT IS SO ORDERED.**

Dated: March 17, 2011

                                                  SUSAN ILLSTON
                                                  United States District Judge

# Juror Questionnaire
United States v. Barry Lamar Bonds

The indictment charges defendant Barry Bonds with four counts of giving a false declaration in violation of 18 U.S.C. § 1623(a), and one count of obstruction of justice, in violation of 18 U.S.C. § 1503. The indictment is not evidence. The indictment is simply the document used to advise a defendant of the accusations against him. The defendant has pleaded not guilty to all the charges.

Instructions

Please complete the following questionnaire to assist the Court and counsel in selecting a jury to serve in the case of United States v. Barry Lamar Bonds. The purpose of these questions is not to ask unnecessarily about personal matters. It is simply to determine whether a prospective juror can decide the case fairly and impartially.

Please do not discuss the questionnaire or your answers with anyone. It is very important that the answers be yours and yours alone. Remember that there are no "right" or "wrong" answers; only truthful answers. Because this questionnaire is part of the jury selection process, it is to be answered under oath. You are sworn to give true and complete answers to all questions.

Please print your answers and use ink to ensure legibility.  Do not write on the back of any page. If you require additional space for any of your answers or wish to make further comments, please use the explanation sheets attached to the end of this questionnaire.

**Please do not write your name on any page other than the Declaration page.**  When discussing friends and family, please do not refer to them by name.

Thank you for your cooperation.

|  |
|---|
| For Court Personnel Only |

## Declaration

I, (insert name) _____, understand that I have been ordered by the Court to refrain as of now from disseminating or obtaining information about Barry Bonds, the Bonds trial, the court, any of the parties, attorneys, or witnesses, to or from any source outside the courtroom from now until I am dismissed as a juror.

This means that I have been ordered not to research or read about this case or about Barry Bonds. I have been ordered not to communicate about the case or Barry Bonds. This means I should not read, research, or communicate with anyone, directly or indirectly, by any means, including: a writing, the telephone, e-mail, social networking sites like Facebook or MySpace, Twitter, instant messaging, Blackberry messaging, text messaging, internet search engines such as Google or Yahoo, electronic or print media, blogs, or any other means, electronic or otherwise.

This order is necessary in order to protect the right of both sides to have a fair trial based on evidence introduced in a court of law. **I understand that if I were to violate this order I could be held in contempt of court which is punishable by jail and/or monetary fine.**

I, (insert name)_____, declare under penalty of perjury that the answers set forth in the Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others or received assistance in completing the questionnaire.

Your Name: _____
    (Printed)

Signature: _____   Date: _____

For Court Personnel Only

# Juror Questionnaire
United States v. Barry Lamar Bonds

**In answering the following questions, please do not write your name or the names of any friends or family members.**

City or Community: _____ (please do not list your address)

Age: _____        Gender: _____

Do you rent or own your residence? ( ) Own        ( ) Rent        ( ) Neither (live with family)

How long have you been at this residence? _____

Place of birth: _____

1. What is your marital status?

   ( ) Single and never married   ( ) Married for years         ( ) Separated
   ( ) Divorced, not remarried    ( ) Divorced, now remarried
   ( ) Widowed, not remarried     ( ) Widowed, now remarried
   ( ) Single but living with non-marital partner for ____ years

2. What is the highest level of education you have completed?

   ( ) Grammar school    ( ) Junior high  ( ) Some high school   ( ) High school diploma

   ( ) Trade or technical school Subject studied: _____

   ( ) Some college Major/Degree: School attended: _____

   ( ) College degree Major: School attended: _____

   ( ) Graduate school Major/Degree: _____

          School attended: _____

   If you plan to attend or are currently attending school, please describe:
   _____

   If you have taken any courses or had any training in law or a related subject, please describe:
   _____
   _____

3. Is English your first or native language? ( ) Yes ( ) No

   If no, what language is your first or native language? _____

   How well do you understand written English? ( ) Very well ( ) Well ( ) Not very well ( ) Poorly
   How well do you understand spoken English? ( ) Very well ( ) Well ( ) Not very well ( ) Poorly

4. What is your current job status?

   ( ) Working full-time  ( ) Working part-time  ( ) Retired     ( ) Disabled
   ( ) Unemployed         ( ) Homemaker          ( ) Student

   How long has this been your job status? _____

5. What is your current or most recent job? (Please state if you are retired, a homemaker, unemployed, disabled, or a student. If so, describe your previous occupation or most recent job):

   _____

   Employer: _____

   Job title: _____

6. What are your specific duties and responsibilities on the job:

   _____
   _____

7. Does your job involve supervising other people? ( ) Yes    ( ) No

   If yes, approximately how many?_____

   What other full-time employment have you had over your working life?

   _____
   _____
   _____

8. If married, or sharing a household with another adult, please describe that person's job.

   (Please state if they are retired, a homemaker who does not work outside the home, unemployed, disabled, or a student. If so, describe their previous occupation or most recent job):

   _____
   _____
   _____

   Employer: _____

   Job title: _____

   Please describe their job duties: _____

   How long have they had (or did they have) this job?_____ years

9. Do you have any children? ( ) Yes ( ) No

   IF YES, please indicate age, education and occupation of your children.

   <u>AGE</u>          <u>EDUCATION</u>          <u>OCCUPATION</u>

10. Please list any organizations, civic clubs, societies, professional associations, recreational groups, or clubs that you have belonged to within the last 5 years.

11. Do you hold a leadership position in any of the groups or organizations you belong to?
    ( ) Yes  ( ) No  IF YES, what? _____

12. Have you ever previously served on a jury? ( ) Yes ( ) No
    IF YES, how many were criminal trials?_____
    How many were civil trials?_____
    IF YES, did you serve as a foreperson? ( ) Yes ( ) No
    Without indicating what the verdict was, did the jury reach a verdict in all the cases?
                          ( ) Yes      ( ) No
    Please explain how you felt about your prior jury experience:

13. If you have been to court for any reason other than divorce, please explain:

14. If you have relatives or close personal friends who are judges or attorneys or court personnel, what type of judges, attorneys or court personnel are they, and what is relationship to you?

15. Please describe any problem (vision, hearing or other medical problems) that may affect your jury service:

16. Have you ever served in the military?

( ) Yes, currently    ( ) Yes, but not currently    ( ) No

17. Have you, a family member or close friend ever considered working in law enforcement?

( ) Yes    ( ) No    IF YES, what was their relation to you? _____

IF YES, please explain: _____

18. Have you, or any family member or close friend, ever been employed by any of the following?

(a) Federal, State or County Prosecutors' Offices    ( ) Yes    ( ) No

(b) Federal or State Correctional agencies such as a prison, jail or probation or parole office?

( ) Yes    ( ) No

(c) Any Federal law enforcement or investigative agency (examples of which are FBI, DEA, BATF, CIA, Customs, Immigration, Secret Service, etc.)    ( ) Yes    ( ) No

(d) Any state law enforcement agency (examples of which are local police departments; sheriffs, highway patrol, etc.)    ( ) Yes    ( ) No

(e) Public Defender or AID organization    ( ) Yes    ( ) No

(f) Law office or law firm?    ( ) Yes    ( ) No

19. If you answer to any of the above is yes, please explain which agency/office, the dates and describe the employment:

_____

_____

_____

_____

20. Have you ever had to appear in court or in any court proceeding in a case as a plaintiff, defendant, victim, or witness for any reason other than that stated above?

    ( ) Plaintiff    ( ) Defendant    ( ) Victim    ( ) Witness    ( ) No

IF YES, please state when and explain why you appeared in court:

_____

_____

_____

21. Have you, an immediate family member or close personal friend ever suffered from a substance abuse problem?

    ( ) Yes    ( ) No

IF YES, would that experience make it difficult for you to serve as an impartial juror in this case?

_____

_____

22. Have you ever been a party to a lawsuit, whether civil or criminal?    ( ) Yes    ( ) No

IF YES, what was the nature of the case? _____

_____

_____

_____

23. Have you ever had your deposition taken?    ( ) Yes    ( ) No

   IF YES, what was the nature of the case? _____

   _____

   _____

24. Have you or has anyone close to you, ever been asked to testify in court as an expert witness, or as a witness with special knowledge or training?    ( ) Yes    ( ) No

   IF YES, please describe: _____

   _____

   _____

25. Have you, or has someone close to you, ever been the victim of a crime? ( ) Yes ( ) No

   IF YES, please describe the crime(s): _____

   _____

   _____

   Was anyone arrested?    ( ) Yes    ( ) No

   IF YES, there was an arrest, what was the outcome? _____

   _____

   _____

   IF there was a trial, did you testify?   ( ) Yes    ( ) No

   Were you satisfied with the way law enforcement handled the matter?    ( ) Yes    ( ) No

   Why or why not? _____

   _____

26. Have you, or has anyone close to you, been strongly affected by a crime, either growing up or as an adult?    ( ) Yes    ( ) No

   IF YES, please describe the circumstances: _____

   _____

   _____

27. Have you, a family member or close friend ever been accused of or convicted of a crime?

        ( ) Yes        ( ) No

IF YES, please describe: _____

_____


Were you satisfied with the way law enforcement handled the matter?

        ( ) Yes        ( ) No

Why or why not? _____

_____


Do you feel you were treated well by your own attorney(s)?    ( ) Yes  ( ) No

Please describe: _____

_____

_____


28. How often do you get your news from:

| | | | | |
|---|---|---|---|---|
| Newspapers | ( ) Never | ( ) Monthly | ( ) Weekly | ( ) Daily |
| Magazines | ( ) Never | ( ) Monthly | ( ) Weekly | ( ) Daily |
| Radio | ( ) Never | ( ) Monthly | ( ) Weekly | ( ) Daily |
| Television | ( ) Never | ( ) Monthly | ( ) Weekly | ( ) Daily |
| Internet | ( ) Never | ( ) Monthly | ( ) Weekly | ( ) Daily |
| Other _____ | ( ) Never | ( ) Monthly | ( ) Weekly | ( ) Daily |

29. Please list newspapers and/or magazines that you read regularly:

_____

_____

_____

30. How often do you read either in print or on-line any of these publications, if at all?

    San Francisco Chronicle      ( ) Never ( ) A little ( ) Sometimes ( ) A lot ( ) Every day

    SF Gate      ( ) Never ( ) A little ( ) Sometimes ( ) A lot ( ) Every day

    San Francisco Examiner      ( ) Never ( ) A little ( ) Sometimes ( ) A lot ( ) Every day

    Sports Illustrated      ( ) Never ( ) A little ( ) Sometimes ( ) A lot ( ) Every day

    ESPN Magazine      ( ) Never ( ) A little ( ) Sometimes ( ) A lot ( ) Every day

    Sporting News      ( ) Never ( ) A little ( ) Sometimes ( ) A lot ( ) Every day

    Yahoo! Sports      ( ) Never ( ) A little ( ) Sometimes ( ) A lot ( ) Every day

31. How often do you use the Internet?

    ( ) Never      ( ) A little      ( ) Sometimes      ( ) A lot      ( ) Every day

    What sort of things do you use the Internet for? _____

    What sort of information do you obtain from the Internet? _____

    Which web sites do you visit regularly? _____

32. Do you like to "blog" or read blogs on the Internet? ( ) Yes ( ) No

    IF YES, which blogs do you visit? _____

33. Do write your own blog or post comments on other blogs?   ( ) Yes   ( ) No

   IF YES, what do you blog about or post comments about?  *Do not list the name of your blog*.

   _____

34. Have you ever followed any trials closely on TV, the radio, or in the news?

   ( ) Yes       ( ) No

   IF YES, which trials: _____

35. Have you or an immediate family member ever participated in organized sports?

   ( ) Yes       ( ) No

   IF YES, please explain, including level (i.e. high school, college, Division I, II or III, professional)

   _____

   _____

36. Have you or an immediate family member ever coached an organized sport?

   ( ) Yes       ( ) No

   IF YES, please explain, including level (i.e. high school, college, Division I, II or III, professional)

   _____

   _____

37. Generally, how closely do you follow sports news? **(Check only one)**

   ( ) Never       ( ) A little       ( ) Sometimes       ( ) A lot       ( ) Every day

38. What is your main source of sports news? **(Check only one)**

   ( ) Television           ( ) Radio
   ( ) Newspaper            ( ) Friends/Family/Coworkers
   ( ) Magazine             ( ) Internet

39. Are you a fan of professional baseball?                                      ( ) Yes        ( ) No

40. Have you attended a professional baseball game in the past five years? ( ) Yes        ( ) No
    IF YES, how many games have you attended in the past five years? _____

41. Have you attended a San Francisco Giants' game in the past five years? ( ) Yes   ( ) No
    IF YES, how many games have you attended in the past five years? _____

42. Have you heard, read or seen anything about other cases concerning accusations of steroid use by athletes?
    ( ) Yes        ( ) No
    IF YES, please explain: _____
    _____
    _____
    _____
    _____
    _____

43. Are you familiar with recent investigation and charges concerning the Bay Area Laboratory Co-Operative's (BALCO) involvement with steroids or performance enhancing drugs?
    ( ) Yes        ( ) No
    IF YES, please describe what have you seen, read or heard: _____
    _____
    _____
    _____
    _____
    _____

44. Have you heard, read or seen anything about the Mitchell Report?

    ( ) Yes        ( ) No

    IF YES, please describe what have you seen, read or heard: _____

    _____

    _____

    _____

    _____

45. Have you heard, read or seen anything about the Congressional hearings regarding steroid use in Major League Baseball (MLB)?

    ( ) Yes        ( ) No

    IF YES, please describe what have you seen, read or heard: _____

    _____

    _____

    _____

    IF YES, what was your opinion of these hearings?

    ( ) Positive     ( ) Neutral     ( ) Negative

    PLEASE EXPLAIN your answer: _____

    _____

    _____

    _____

46. How strongly do you agree with the following statement: Governmental agencies should be involved with professional sports and their governing of steroid use.

    ( ) Disagree strongly   ( ) Disagree   ( ) Neither   ( ) Agree   ( ) Agree strongly

47. Reports about this case have appeared in the news. Have you seen, heard or read anything about this case? (This includes not only anything you may have seen or read in the media, but also anything you might have heard from relatives, friends or coworkers.)

   ( ) Yes          ( ) No

   IF YES, please indicate where you heard or read about this case by checking **all that apply**:

   ( ) TV News ( ) Radio News ( ) Newspaper ( ) Magazines ( ) Books, including "Game of Shadows"( ) Internet ( ) On-Line ( ) Conversations ( ) Overheard others discussing the case

48. How would you describe the amount of news coverage you have seen about this case:

   ( ) None       ( ) A little      ( ) Some       ( ) A lot

49. Describe what you recall hearing about this case:

50. Do you have a favorable or unfavorable opinion of Barry Bonds?

   ( ) Favorable    ( ) Unfavorable       ( ) No Opinion

51. Have you formed any opinions about this case? If so, please describe.

52. Is there anything that you have heard about this case that you feel would make it hard for you to be a juror in this case? ( ) Yes    ( ) No

   IF YES, please explain: _____

   _____

   _____

   _____

   _____

   _____

53. In general, would you view the evidence presented by the defense differently than you would the evidence presented by the prosecution?   ( ) Yes ( ) No

   IF YES how?

   _____

   _____

   _____

54. Do you have any ethical, religious, or political views or beliefs that may affect your service as a juror in this case?          ( ) Yes ( ) No

   If so, please describe _____

   _____

   _____

55. Under the law, the facts at issue in the trial are for the jury to determine. The law applicable to the charges in the case is something on which the court will instruct you. You are required to accept the law as the judge explains it to you regardless of any opinions you might have as to what the law is or should be. Would you have any difficulty following that instruction?

   ( ) Yes ( ) No

   IF YES, explain why: _____

   _____

   _____

   _____

56. Some witnesses in this case may be law enforcement officers and government officials. The credibility of these witnesses is to be judged by the same standards as any other witness. Their testimony is not entitled to any greater or lesser weight simply because they are involved in law enforcement. Would you have any difficulty following this rule?

   ( ) Yes     ( ) No

   IF YES, explain why: _____

   _____

   _____

   _____

57. Under the law, a defendant need not testify or produce any evidence. The burden of proof is always on the government. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision. Would you have any difficulty following this rule?

   ( ) Yes     ( ) No

   IF YES, explain why: _____

   _____

   _____

   _____

58. Every defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence in the case decides that his guilt has been proved beyond a reasonable doubt. Would you have any difficulty following this rule?

   ( ) Yes     ( ) No

   IF YES, explain why: _____

   _____

   _____

   _____

59. The jurors in this case will be required to take an oath that they will decide the facts in this case according to the evidence and the law as the judge gives it to you, and that they will do so without fear or favor to any person. Is there anything about this case that may prevent you from following that oath?

   ( ) Yes     ( ) No

60. If you are selected as a juror and hear this case, you will be required to deliberate with other jurors. This will require you to discuss the evidence and the law in this case with the other jurors. Do you anticipate that you will have difficulties engaging in such group discussions?

   ( ) Yes        ( ) No

   IF YES, explain why: _____

   _____

   _____

   _____

61. Is there any matter that you should call to the court's attention that may have any bearing on your qualifications to serve as a juror, or that may affect your ability to render an impartial verdict based solely on the evidence and the court's instructions on the law?

   ( ) Yes        ( ) No

   IF YES, explain why: _____

   _____

   _____

   _____

62. Can you think of any reason that would prevent you from being a fair and impartial juror in this case? _____

   _____

   _____

   _____

63. Attached is a list of law firms representing the parties in this case, organizations involved in this case, attorneys in this case, and persons who are potential witnesses in this case. If you know, or think you know, any of the persons or persons in the organizations listed, please circle any name that is familiar to you.

   United States Attorney's Office             Internal Revenue Service

   Federal Bureau of Investigation             Arguedas, Cassman & Headley LLP

   Riordan & Horgan Law                        Offices of Allen Ruby

   Rains, Lucia & Wilkinson LLP

| | | |
|---|---|---|
| J. Douglas Wilson | Jeff Novitzky | Jeffrey Nedrow |
| Matthew Parrella | Jeffrey Finigan | Ross Nadel |
| Barry Bonds | Cris Arguedas | Allen Ruby |
| Ted Cassman | Michael Anderson | Dennis Riordan |
| Donald Horgan | Michael Rains | Kimberly Bell |
| Marvin Benard | Wendy Bergland | Dr. Don Catlin |
| Stan Conte | Bobby Estalella | Ana Geter |
| Jason Giambi | Jeremy Giambi | Kathy Hoskins |
| Steve Hoskins | Larry Izzo | Dr. Jean Joseph |
| Dale Kennedy | Amjad Qaqish | Armando Rios |
| Dr. Barry Sample | Benito Santiago | Dr. Arthur Ting |
| Jim Valente | Randy Velarde | Mike Wilson |
| Greg Anderson | Melissa Duncan | Brian Bishop |
| Borislav Starcevic | Yvonne Chambers | Todd McGauley |
| Stephen Kauffman | Brian Aherns | Dr. Brian Goldman |
| Harvey Shields | Mark Letendre | Dr. David Black |
| Dr. Ronald Swerdloff | Ken Bonano | Erwin Rogers |
| Jon Colombet | Ed Barberini | Christopher Fuelling |
| Brian Cook | Heather Young | Anthony Montero |
| Douglass Doss | John Posusney | Steve Coffin |
| Vincent Browning | Gregory Jenkins | |

If you circled any of these names or organizations, please explain how that person is familiar to you:

_____

_____

_____

_____

_____

_____

ADDITIONAL SHEET OF PAPER FOR LENGTHIER EXPLANATIONS
(Note the number of the question and then complete the answer using this paper).