```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3           BEFORE THE HONORABLE SUSAN ILLSTON, JUDGE

 4   ----------------------------)
                                 )
 5   UNITED STATES OF AMERICA,   )
                                 )
 6               Plaintiff,      )
                                 )
 7        v.                     )    No. Cr. 07-0732 (SI)
                                 )
 8   BARRY LAMAR BONDS,          )
                                 )
 9               Defendant.      )    San Francisco, California
                                 )    Tuesday, March 22, 2011
10   ----------------------------)        (7 pages)

11
               EXCERPTED TRANSCRIPT OF PROCEEDINGS
12

13   APPEARANCES:

14   For Plaintiff:        MELINDA L. HAAG
                           United States Attorney
15                         450 Golden Gate Avenue
                           San Francisco, California  94102
16                     BY: JEFFREY DAVID NEDROW
                           MATTHEW A. PARRELLA
17                         Assistant United States Attorneys

18   For Defendant:        Skadden, Arps, Slate,
                             Meagher & Flom, LLP
19                         525 University Avenue
                           Suite 1100
20                         Palo Alto, California 94301
                       BY: ALLEN RUBY
21
                           Arguedas, Cassman & Headley, LLP
22                         803 Hearst Avenue
                           Berkeley, California 94710
23                     BY: CRISTINA C. ARGUEDAS
                           TED W. CASSMAN
24

25
```

```
1   APPEARANCES (cont.)
2
3   For Defendant:          Riordan & Horgan
                            523 Octavia Street
4                           San Francisco, California 94102
                      BY:   DENNIS P. RIORDAN
5                           DONALD M. HORGAN

6   For Witness:            Geragos & Geragos
    (Anderson)              644 South Figueroa Street
7                           Los Angeles, California 90071
                      BY:   MARK J. GERAGOS
8

9

10  Also Present:           JEFF NOVITZKY
                            Special Agent, FDA
11
```

```
 1   Tuesday, March 22, 2011

 2

 3              (The following is the excerpted proceedings involving

 4              Witness Greg Anderson:)

 5              (In open court; jury not present)

 6              THE COURT:  You may be seated.

 7              Mr. Parrella, did you want to call a witness?

 8              MR. PARRELLA:  Yes.  At this point, we'd call Greg

 9   Anderson.

10              THE COURT:  If you'd come forward, please, sir.

11              Mr. Anderson, you've been called as a witness in this

12   case.  So our first step would normally be to give you the

13   oath.  And then counsel would start to ask you some questions.

14              DEPUTY CLERK:  Can you state your appearance for the

15   record?

16              MR. GERAGOS:  Sure.  Mark Geragos, appearing with

17   Mr. Anderson, who's present.

18              MR. PARRELLA:  Your Honor, for the record, I've served

19   Mr. Geragos with a copy of the compulsion and immunity order

20   signed by this Court.  And I would request, given the history

21   of this scenario, that the Court just inquire whether

22   Mr. Anderson intends to comply, and we'll move on from there.

23              THE COURT:  All right.

24              MR. GERAGOS:  And I'm obviously okay with that.  We

25   can short-circuit it if you want.
```

1          It's his continued position that he's not going to
2    testify in this matter.  I have filed -- I've just lodged with
3    the Court a motion to determine affirmative custodial sanctions
4    would be punitive rather than coercive; and attached to that a
5    copy of, under 36-3, *United States v. Singleton*.
6          I've also attached a declaration of Jack Trimarco in
7    support of this motion as well.
8          I didn't want to -- I'm not on ECF for this particular
9    case, so I didn't file it by virtue of ECF, but I will state
10   for the record clearly and unequivocally he's not going to
11   comply with the order that is the compulsion and order for Greg
12   Anderson to the extent that it requires any testimony.
13         **THE COURT:**  All right, Mr. Anderson.  Will you come
14   forward and be sworn?
15         (Witness sworn)
16         **THE COURT:**  Okay.  Would you state your full name for
17   the record, please?
18         **THE WITNESS:**  Greg Anderson.
19         **THE COURT:**  All right.  Will you testify here today,
20   sir?
21         **THE WITNESS:**  No.
22         **THE COURT:**  Are you refusing to testify?
23         **THE WITNESS:**  Yes.
24         **THE COURT:**  You understand, sir, that you've been
25   ordered previously, and I am ordering you now, to testify in

1   this proceeding?  You understand that, sir?
2            **THE WITNESS:**  Yes.
3            **THE COURT:**  And if you refuse to testify, you will be
4   in civil contempt of my order that you testify.  And it is my
5   intention to ask that you be remanded into the marshals'
6   custody until such time as you agree to testify in this trial.
7   Do you understand that process, sir?
8            **THE WITNESS:**  Yes.
9            **THE COURT:**  And you still are not going to testify?
10           **THE WITNESS:**  Yes.
11           **THE COURT:**  All right.
12           Well, I do find then that Mr. Anderson is in civil
13  contempt of this case.  It is causing us a lot of dislocation
14  that you are not testifying.  And it's very important that you
15  do so so that the whole truth can come out in this trial.  And
16  if you refuse to do so -- I am hopeful that you will change
17  your mind; I wish you would change your mind.  But in any
18  event, I will ask that the marshals take you into custody until
19  such time as you've decided to testify.
20           And Mr. Geragos, I have received and I shall read the
21  materials that you've given me.  I have not read them yet.  If
22  I read them and they change my mind, then I'll call you back
23  and we can talk about it further.  How's that?
24           **MR. GERAGOS:**  That's fine, your Honor.
25           If I may, just so that I've got something, that in the

1   event that the Court does not change its mind so that I can
2   then take it to the Ninth Circuit, which we've done a couple of
3   times on this matter, would the Court issue at some point today
4   a ruling so that I can then use that?  One way -- I can use
5   that in order to seek relief with the Ninth Circuit?
6           **THE COURT:**  Yes, I'll try to do that before close of
7   business.
8           **MR. GERAGOS:**  That would be great.  Thank you.  I
9   appreciate it.
10          **THE COURT:**  Is there anything else you'd like me to
11  inquire or say, Mr. Parrella?
12          **MR. PARRELLA:**  Not in terms of the basis for the
13  contempt.  I would, however, just suggest to the Court that
14  perhaps adding along with the custodial or the taking this
15  individual into custody, adding a fine might have a coercive
16  effect.
17          **THE COURT:**  I think custody is about as coercive as
18  I'm going to get here, Mr. Parrella.
19          **MR. PARRELLA:**  Okay.
20          **THE COURT:**  So I do then find you in civil contempt,
21  and I order that the marshals take Mr. Anderson into custody,
22  please.
23          And, sir, if you change your mind, or you want to
24  testify, let everyone know just ASAP and we will change the
25  circumstances here.  Do you understand?

| | |
|---|---|
| 1 | **THE WITNESS:** Yes. |
| 2 | **THE COURT:** Okay. |
| 3 | **THE WITNESS:** Thank you. |
| 4 | (The witness exits the courtroom, in custody of the |
| 5 | marshals) |
| 6 | **THE COURT:** Before the end of the day, I will issue an |
| 7 | order. |
| 8 | **MR. GERAGOS:** I understand. You've got your hands |
| 9 | full. |
| 10 | **THE COURT:** Okay. Thank you. |
| 11 | Okay. So then we will resume at 12:15. |
| 12 | (End of excerpt) |
| 13 | oOo |

CERTIFICATE OF REPORTER

I, Connie Kuhl, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into written form.

*[signature: Connie Kuhl]*

Connie Kuhl, RMR, CRR
Tuesday, March 22, 2011