**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0732 SI |
| Plaintiff, | **ADVICE TO COUNSEL RE INSTRUCTIONS** |
| v. | |
| BARRY LAMAR BONDS, | |
| Defendant. | |

Filed concurrently herewith are the Court's instructions to the jury.  With respect to the obstruction instruction, the Court adopted the disjunctive "or,"  rather than "and"; and also deleted defendant's requested "when considered in its totality" qualifier.  The Court will instruct that the statements the jury should consider, in addition to the language of Counts 1, 2 and 3, are the statements formerly identified as "B" (now Statement A), "C" (now Statement B), "D" (now Statement C) and "E" (now Statement D).  The Court will not include in the instruction the statements formerly identified as "A," "F" or "G."

IT IS SO ORDERED.

Dated: April 6, 2011

_____

SUSAN ILLSTON
United States District Judge