FILED
APR 13 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            No. CR 07-0732 SI

   Plaintiff,                        **VERDICT**

v.

BARRY LAMAR BONDS,

   Defendant.
_____/

We, the jury, unanimously find the defendant BARRY LAMAR BONDS as follows:

**AS TO COUNT ONE:**
_DIVIDED - NOT UNANIMOUS_   of a violation of 18 U.S.C. Section 1623(a),
GUILTY/NOT GUILTY           False Declaration before the Grand Jury

**AS TO COUNT TWO:**
_DIVIDED - NOT UNANIMOUS_   of a violation of 18 U.S.C. Section 1623(a),
GUILTY/NOT GUILTY           False Declaration before the Grand Jury

**AS TO COUNT THREE:**
_DIVIDED - NOT UNANIMOUS_   of a violation of 18 U.S.C. Section 1623(a),
GUILTY/NOT GUILTY           False Declaration before the Grand Jury

AS TO COUNT FIVE:

**GUILTY**
GUILTY/NOT GUILTY    of a violation of 18 U.S.C. Section 1503, Obstruction of Justice

Unanimity Finding:   The jury agrees that the following statement or statements obstructed, influenced or impeded the grand jury, or were made for the purpose of obstructing, influencing or impeding the grand jury and were intentionally evasive, false or misleading::

_____   Statement contained in Count One

_____   Statement contained in Count Two

_____   Statement contained in Count Three

_____   Statement A contained in the Obstruction of Justice instruction, p. 10-12

_____   Statement B contained in the Obstruction of Justice instruction, p. 10-12

**GUILTY**   Statement C contained in the Obstruction of Justice instruction, p. 10-12

_____   Statement D contained in the Obstruction of Justice instruction, p. 10-12

Dated: 4/13/2011

Juror #854
Foreperson