0/46

CRIMINAL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: **April 13, 2011**

**The Honorable SUSAN ILLSTON**

**Clerk:** Tracy Forakis          **Court Reporter:** James Yeomans

Case No. CR-07-0732 SI          Case Name: **UNITED STATES v. BARRY BONDS**

Voir Dire Began 3/21/11    Trial Began 3/21/11

Further Deliberations:   Trial Ended  4/13/11

**Trial Motions Heard**:                                                    **Disposition**


Trial Witnesses/Other:

**Verdict:**

Mistrial as to Counts 1,2, & 3

Guilty as to Count 5 (see particular statement on Verdict)

**Sentencing Date:**      not set

**Disposition of Exhibits**:   (Filed with Clerk's Office)


CASE CONTINUED TO 5/20/11 @ 11 A.M. (Defts. Appearance is waived) for Trial/Sentence setting.

Deft to file Rule 29 and 33 motions by 5/20/11 (to be set for hearing at the 5/20/11 conference)