IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,                          No. C 07-00732 SI

    Plaintiff,              **JURY NOTE**

v.

BONDS,

    Defendant.

WE THE JURY IN THE ABOVE ENTITLED ACTION, REQUEST THE FOLLOWING:

THE FULL WRITTEN TRANSCRIPT OF STEVE HOSKINS/ GREG ANDERSON DIGITAL TAPE RECORDING FROM 2003.

DATED: 4/8/2011

TIME: 11:00 AM



JUROR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

BONDS,

        Defendant.

No. C 07-00732 SI

**JURY NOTE**

WE THE JURY IN THE ABOVE ENTITLED ACTION, REQUEST THE FOLLOWING:

MAY WE HEAR OR READ THE TRANSCRIPT OF CATHY HOSKIN'S TESTIMONY?

DATED: 4-8-2011

TIME: 3:10 PM

854
JUROR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

BONDS,

        Defendant.

No. C 07-00732 SI

**JURY NOTE**

WE THE JURY IN THE ABOVE ENTITLED ACTION, REQUEST THE FOLLOWING:

MAY WE GET 7¢ more PRINTED COPIES OF MR BONDS' GRAND JURY TESTIMONY? WE PREFER NOT TO HAVE IT READ TO US IN COURT. IF NOT, WE WILL SHARE ONE COPY.

DATED: 4-11-2011

TIME: 10:36 AM

Juror #854

JUROR