IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. C 07-00732-1 SI |
| Plaintiff, | **ORDER RE: JURY** |
| v. | |
| BARRY LAMAR BONDS, | |
| Defendant. / | |

It is hereby ordered that the jury office may release to members of the public the names of the fourteen individuals who served as jurors or alternate jurors in this trial, upon request.

**IT IS SO ORDERED.**

Dated: April 18, 2011

SUSAN ILLSTON
United States District Judge