```
1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Deputy Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  Assistant United States Attorneys

6    150 Almaden Boulevard,
     San Jose, California 95113
7    Telephone: (408) 535-5045
     Facsimile: (408) 535-5066
8    Email: jeff.nedrow@usdoj.gov

9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0732 SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER RESETTING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| BARRY LAMAR BONDS, | ) | |
| Defendant. | ) | |

Pursuant to Stipulation of the parties,

IT IS HEREBY ORDERED:

1.  That the Status Conference presently scheduled for May 20, 2011, is continued to June 17, 2011, at 11:00 a.m.

2.  Absent further order of Court, defendant will file his written motions directed to Count 5 prior to the June 17, 2011 Status Conference.

[PROPOSED] ORDER
CR 07-0732 SI

3.      Based on the stipulation, the Court finds that the parties require additional time to evaluate the basis and need for post-trial motions, to evaluate witness availability in the event of a retrial, and to ensure counsel has the time necessary for effective preparation of post-trial and pre-trial motions in the event of a possible retrial.  The Court finds that the time from and including May 20, 2011 through June 17, 2011 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial, and in particular based on the need for the parties to have reasonable time for effective preparation of post-trial and pre-trial motions in the event of a retrial, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED:    5/18/11

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE