IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: June 17, 2011 law and motion.

**CLERK'S NOTICE**

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability, the following cases have been continued to Friday, June 24, 2011, at 11:00 a.m.

3:07-cr-00732-SI - USA v. Barry Bonds
Trial Setting Hearing

3:10-cr-00338-SI - USA v. Carl Pitts
Sentencing

3:11-cr-00101-SI - USA v. Ricardo Garcia
Change of Plea Hearing

3:11-cr-00108-SI - USA v. Joseph Gutierrez
Trial Setting Hearing

3:11-cr-00108-SI - USA v. Martha Santiago
Trial Setting Hearing

3:11-cr-00155-SI - USA v. Maurice McCant
Trial Setting Hearing

1.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: May 24, 2011                                              RICHARD W. WIEKING, Clerk

                                                                          _____
                                                                          Tracy Forakis
                                                                          Deputy Clerk