IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00732SI |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| BONDS, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a status conference has scheduled to occur on Friday, September 2, 2011, at 11:00 a.m.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: August 31, 2011          RICHARD W. WIEKING, Clerk

                                Tracy Torakis
                                Deputy Clerk