MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Deputy Chief, Criminal Division

MATTHEW A. PARRELLA  (NYBN 2040855)
JEFFREY D. NEDROW (CABN 161299)
MERRY JEAN CHAN (CABN 229254)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5066
   Email: matthew.parrella@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00732 SI |
|     Plaintiff, ) | |
|   v. ) | NOTICE OF DISMISSAL AND [PROPOSED] ORDER |
| BARRY LAMAR BONDS, ) | |
|     Defendant. ) | (San Francisco Venue) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Counts One, Two, and Three of the above-captioned third superseding indictment without prejudice.

DATED:    August 31, 2011        Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney

                                                    /s/
                                                J. DOUGLAS WILSON
                                                Deputy Chief, Criminal Division

NOTICE OF DISMISSAL
AND ORDER
CR-07-00732 SI

[PROPOSED] ORDER

Leave of Court having been granted to the government to dismiss Counts One, Two, and Three of the third superseding indictment,

**IT IS HEREBY ORDERED** that Counts One, Two, and Three of the above-captioned third superseding indictment are dismissed without prejudice.

Date: _____

_____
SUSAN ILLSTON
United States District Judge

NOTICE OF DISMISSAL
AND ORDER
CR-07-00732 SI                                2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL
AND ORDER
CR-07-00732 SI        3