**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Susan Illston<br>U.S. District Judge | RE: | Barry Lamar Bonds |
| FROM: | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | Docket No.: | CR07-0732 SI |
| Date: | February 3, 2012 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Silvio Lugo                                                     (415) 436-7514

Deputy Chief U.S. Pretrial Services Officer                     **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

    **A.** (circled) The defendant shall not possess any firearm, ammunition, destructive device, or other dangerous weapon (except baseball bats).

    B.    Click here to enter text
☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

/s/ Susan Illston                                    2/6/12
**JUDICIAL OFFICER**                                 **DATE**

Cover Sheet (06/02/08)