ALLEN RUBY (SBN 47109)
SKADDEN, ARPS, MEAGHER & FLOM, LLP
525 University Avenue, Ste. 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorneys for Defendant
BARRY LAMAR BONDS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>BARRY LAMAR BONDS,<br><br>           Defendant. | Case No. CR 07 0732 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE STAY** |

Pending further appellate proceedings in this matter, IT IS HEREBY STIPULATED by the parties that the Court shall vacate the stay of the probationary sentence, imposed on the

1

defendant on December 16, 2011, consisting of a thirty day term of home confinement, 250 hours of community service, and a $4,000 fine.  The defendant is ordered to confer with the Probation Office forthwith to make arrangements to begin serving his sentence.

Dated: September 19, 2013                    /s/ Dennis P. Riordan
                                                DENNIS P. RIORDAN
                                                Attorney for Defendant
                                                BARRY LAMAR BONDS

Dated: September 19, 2013                    /s/ Matthew Parrella
                                                MATTHEW PARRELLA
                                                Assistant U. S. Attorney

Dated: September 19, 2013                    /s/ /Jeff Nedrow
                                                JEFF NEDROW
                                                Assistant U. S. Attorney

    IT IS SO ORDERED.


Dated: _____
                                                HONORABLE SUSAN ILLSTON
                                                United States District Court Judge