ALLEN RUBY (SBN 47109)
SKADDEN, ARPS, MEAGHER & FLOM, LLP
525 University Avenue, Ste. 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorneys for Defendant
BARRY LAMAR BONDS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0732 SI |
| ) | |
| ) | **STIPULATION AND [**~~PROPOSED~~**]** |
| Plaintiff, ) | **ORDER TO VACATE STAY** |
| ) | |
| vs. ) | |
| ) | |
| BARRY LAMAR BONDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending further appellate proceedings in this matter, IT IS HEREBY STIPULATED by the parties that the Court shall vacate the stay of the probationary sentence, imposed on the

1

defendant on December 16, 2011, consisting of a thirty day term of home confinement, 250 hours of community service, and a $4,000 fine. The defendant is ordered to confer with the Probation Office forthwith to make arrangements to begin serving his sentence.

Dated: September 19, 2013        /s/ Dennis P. Riordan
                                 DENNIS P. RIORDAN
                                 Attorney for Defendant
                                 BARRY LAMAR BONDS

Dated: September 19, 2013        /s/ Matthew Parrella
                                 MATTHEW PARRELLA
                                 Assistant U. S. Attorney

Dated: September 19, 2013        /s/ /Jeff Nedrow
                                 JEFF NEDROW
                                 Assistant U. S. Attorney

IT IS SO ORDERED.

Dated:   9/16/13
                                 _____
                                 HONORABLE SUSAN ILLSTON
                                 United States District Court Judge